JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:   775-786-1177
Email:  jlc@jonesvargas.com
   and    tbw@jonesvargas.com
   and    lbubala@jonesvargas.com

WILLIAM A. BREWER III, ESQ.
Texas State Bar No. 02967035
*Admitted Pro Hac Vice*
MICHAEL J. COLLINS, ESQ.
Texas State Bar No. 00785495
*Admitted Pro Hac Vice*
KENNETH N. HICKOX, JR., ESQ.
Texas State Bar No. 24045194
*Admitted Pro Hac Vice*
ROBERT M. MILLIMET, ESQ.
Texas State Bar No. 24025538
*Admitted Pro Hac Vice*
BICKEL & BREWER
1717 Main Street, Suite 4800
Dallas, Texas  75201
Telephone:  (214) 653-4000
Facsimile:  (214) 653-1015
Email:  wab@bickelbrewer.com
           mjc@bickelbrewer.com
           kzh@bickelbrewer.com
           rrm@bickelbrewer.com

**Entered on Docket
January 25, 2010**

Attorneys for:
Robert J. Kehl; Ruth Ann Kehl; Robert A. Kehl; Christina "Tina" M. Kehl; Krystina L. Kehl; Daniel J. Kehl; Kevin A. Kehl, individually and on behalf of Susan L. Kehl and Andrew R. Kehl; Patrick J. Anglin; Cynthia A. Winter; Kehl Development Corporation; Judy A. Bonnet; Kevin A. McKee; Pamela J. McKee; Warren Hoffman Family Investments, LP Charles B. Anderson, as trustee of the Charles B. Anderson Trust; Rita P. Anderson, as trustee of the Rita P. Anderson Trust; Baltes Company; Mojave Canyon, Inc., Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Joe LaFayette, Janice Lucas, Charles Maraden, Carol Mortenson, Daniel Newman, Edward Schoonover, Carol Simon, Lawrence Tengan, Connie Westbrook, Ken Zawacki, Alfie Fujitani, Walt Musso, Cyril Tammadge, and Robert Fuller
(collectively, the "Direct Lenders")

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                   Debtor.<br><br>3685 SAN FERNANDO LENDERS, LLC, *et al.*,<br>                                   Plaintiffs,<br>v.<br><br>COMPASS USA SPE LLC, *et al.*,<br>                                   Defendants**.** | Case No. 2:07-CV-892-RCJ-GWF-BASE |
| In re:<br><br>ASSET RESOLUTION LLC, et al.,<br>                                   Debtors.<br>- | Chapter 11<br>   (Jointly Administered under)<br>Case No. BK-S-09-32824-bam<br><br>**ORDER GRANTING MOTIONS TO WITHDRAW REFERENCE** |

On January 5, 2010, a hearing was held in the United States District Court, District of Nevada before the Honorable Judge Robert C. Jones in connection with the motions by Certain Direct Lenders to withdraw the reference, in whole or in part, regarding the Asset Resolution LLC, et al., Chapter 11 cases jointly administered under Case No. BK-S-09-32824-bam. Pursuant to 28 U.S.C. § 157(d), FED. R. BANKR. P. 5011, and LR 5011, based on the pleadings and oral argument of counsel, and for all the reasons set forth on the record at the hearing,

IT IS HEREBY ORDERED that the motions to withdraw the reference for the entirety of the above-captioned chapter 11 cases are immediately GRANTED.

IT IS FURTHER ORDERED THAT the case and docket entry numbers shall remain the same, with the exception that the initials following the case numbers shall be changed from "BAM" to "RCJ."

IT IS FURTHER ORDERED THAT all papers and pleadings shall continue to be filed with the clerk for the United States Bankruptcy Court for the District of Nevada.

IT IS FURTHER ORDERED THAT the Federal Rules of Bankruptcy Procedure as well as the Local Rules for the United States Bankruptcy Court for the District of Nevada shall continue to apply to the above-captioned chapter 11 cases.

IT IS FURTHER ORDERED THAT any appeals from orders entered in the above-captioned chapter 11 cases shall be taken directly to the Ninth Circuit Court of Appeals.

IT IS FURTHER ORDERED THAT the adversary complaint filed by Debtors on December 30, 2009 [Doc. #218], shall be assigned a new case number pursuant to further order of the Court.

Dated: January 25, 2010

THE HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

1. On January 12, 2010, I filed and served the following document(s):

   **[PROPOSED] ORDER GRANTING MOTIONS TO WITHDRAW REFERENCE**

2. I served the above-named document(s) by the following means to the persons listed below:

   - ☒ a. ECF System (attach the "Notice of Electronic Filing" or list all persons and addresses):

   - Joshua S. Akbar
     jakbar@sonnenschein.com
   - Mark Albright
     gma@allbrightstoddard.com
   - Lindsy Nicole Alleman
     lalleman@fulbright.com
   - Michael W. Anglin
     angling@fulbright.com
   - Patrick Anglin
     tbw@jonesvargas.com
   - Reid L. Ashinoff
     rashinoff@sonnenschein.com
   - Anthony W. Austin
     aaustin@lrlaw.com
   - Baltes Company
     tbw@jonesvargas.com
   - Judy A. Bonnet
     tbw@jonesvargas.com
   - Georganne Bradley
     Georganne.bradley@bullivant.com,mary.opatrny@bullivant.com
   - Andrew M. Brumby
     abrumby@shutts-law.com
   - Louis Martin Bubala, III
     lbubala@jonesvargas.com,bcopeland@jonesvargas.com
   - Donna Cangelosi
     mail@asmithlaw.com
   - Candace C. Carylon
     ccarlyon@sheacarlyon.com,ltreadway@sheacarlyon.com, manthony@sheacarlyon.com,rmsmith@sheacarlyon.com,pdriscoll@sheacarlyon.com
   - Rob Charles
     rcharles@lrlaw.com,cjordan@lrlaw.com
   - Janet L. Chubb
     tbw@jonesvargas.com
   - Terry A. Coffing
     tcoffing@marquisaurbach.com,smong@marquisaurbach.com
   - Jamie S. Cogburn
     jsc@cogburnlaw.com,ch@cogburnlaw.com
   - Kristin H. Cogburn
     KHC@COGBURNLAW.COM
   - Compass Financial Partners, LLC
     georganne.Bradley@bullivant.com
   - Compass USA SPE LLC
     Georganne.bradley@bullivant.com
   - Robert P. Cummins

- rpc@cumminslawfirm.com
- Louis A. Curcio
  lcurcio@sonnenschein.com,jakbar@sonnenschein.com,JForstot@sonnenschein.com, calbanese@sonnenschein.com,rashinoff@sonnenschein.com, kpettapiece@sonnenschein.com,fitzmaurice@sonnenschein.com
- Kevin A. Darby
  Kevin@darbylawpractice.com
- Laurel E. Davis
  ldavis@fclaw.com,mhurtado@fclaw.com
- Allan B. Diamond
  adiamond@diamondmccarthy.com
- Direct Lenders
  mail@asmithlaw.com
- Craig S. Dunlap
  cdunlap@fclaw.com
- Brent C. Eckersley
  beckersley@halelane.com
- Thomas H. Fell
  usdcnotices@gordonsilver.com
- Elizabeth Fielder
  efielder@jonesvargas.com
- Arley D. Finley, III
  tfinley@diamondmccarthy.com
- Patrick Fitzmaurice
  Fitzmaurice@sonnenschein.com,yzitelli@sonnenschein.com
- Jonathan D. Forstot
  jforstot@tpw.com
- Louis E. Garfinkel
  law@lgkattorneys.com,dstrawder@lgkattorneys.com
- Gregory E. Garman
  usdcnotices@gordonsilver.com
- Wade B. Cochnour
  WBG@h2law.com,bd@h2law.com
- Gerald M. Gordon
  gmg@gordonsilver.com
- Talitha B. Gray
  usdcnotices@gordonsilver.com
- Peter W. Guyon
  pguyon@yahoo.com
- Joseph P. Hardy
  jhardy@gordonrees.com,mtwitst@gordonrees.com,wdanhieux@gordonrees.com
- Brigid M. Higgins
  usdcnotices@gordonsilver.com
- Randolph L. Howard
  rhoward@klnevada.com,ckishi@klnevada.com,usdistrict@klnevada.com
- C. Stanley Hunterton
  shunterton@huntertonlaw.com,janallen@huntertonlaw.com
- Annette W. Jarvis
  ajarvis@rqn.com
- Erin E. Jones
  ejones@diamondmccarthy.com
- Spencer M. Judd
  sjudd@albrightstoddard.com
- Lindsay S. Katz
  lkatz@tpw.com
- Kehl Development Corporation

tbw@jonesvargas.com

- Dean T. Kirby
  dkirby@kirbymac.com,gsparks@kirbymac.com
- Joanna S. Kishner
  Joanna.kishner@dlapiper.com,usdclv@dlapiper.com,darhyl.kerr@dlapiper.com
- Mitchell J. Langberg
  mlangberg@bhfs.com,orodriguez@bhfs.com
- Cynthia J. Larsen
  clarsen@orrick.com,wpeters@orrick.com
- Kent F. Larsen
  kfl@slwlaw.com,cld@slwlaw.com
- Anne M. Loraditch
  lvlitdock@gtlaw.com,loraditcha@gtlaw.com,koisp@gtlaw.com
- Eric D. Madden
  emadden@diamondmccarthy.com
- Kevin McKee
  tbw@jonesvargas.com
- Pamela McKee
  tbw@jonesvargas.com
- Richard McKnight
  rmcknight@lawlasvegas.com,gkopang@lawlasvegas.com, mmcalonis@lawlasvegas.com,dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- McKnight 2000 Family Trust dated 4/20/00
  rmcknight@lawlasvegas.com
- Jeanette E. McPherson
  usdcfilings@s-mlaw.com
- Shawn W. Miller
  smiller@sheacarlyon.com,ltreadway@sheacarlyon.com,rmsmith@sheacarlyon.com, aboehmer@sheacarlyon.com
- Douglas M. Monson
  dmonson@rqn.com
- Peter D. Navarro
  pnavarro@klnevada.com,dhoule@klnevada.com
- Nikoll Nikei
  nik@schwartzlawyers.com,ecf@schwartzlawyers.com,sam@schwartzlawyers.com
- Henry H. Oh
  Henry.oh@dlapiper.com
- Bobby L. Olson
  olsonb@gtlaw.com,koisp@gtlaw.com,lvlitdock@gtlaw.com,jenkinsm@gtlaw.com
- Christine Pajak
  cpajak@stutman.com
- Andrew M. Parlen
  aparlen@stutman.com
- Stanley W. Parry
  parrys@ballardspahr.com,waltons@ballardspahr.com
- Jon T. Pearson
  jpearson@fclaw.com
- William Pletcher
  wpletcher@milbank.com
- Norlynn B. Price
  Nprice@fulbright.com,cchiasson@fulbright.com
- Lisa A. Rasmussen
  lisa@lrasmussenlaw.com,tamika@lrasmussenlaw.com,secretary@lrasmussen.com, sarah@lrasmussenlaw.com
- Samuel A. Schwartz
  sam@schwartzlawyers.com

JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1
- Lenard E. Schwartzer
  jsdcfiligns@s-mlaw.com
- James Patrick Shea
  bankruptcyfilings@sheacarlyon.com
- Shlomo S. Sherman
  ssherman@sheacarlyon.com,ltreadway@sheacarlyon.com, swinder@sheacarlyon.com, manthony@sheacarlyon.com,rmsmith@sheacarlyon.com
- Betty M. Shumener
  Betty.sumener@dlapiper.com
- Alan R. Smith
  mail@asmithlaw.com,turk@asmithlaw.com,marsh@asmithlaw.com
- Stephanie O. Sparks
  sos@hogefenton.com
- John D. Spurling
  John.spurling@dlapiper.com
- Steven C. Strong
  sstrong@rqn.com
- Jeffrey R. Sylvester
  jeff@sylvesterpolednak.com,jsylvester@sylvestorpolednak.net
- The Lenders Protection Group
  mail@asmithlaw.com
- Warren Hoffman Family Investments, LP
  tbw@jonesvargas.com
- Gabriel M. Weaver
  gweaver@milbank.com
- Gregory L. Wilde
  feddc@wildelaw.com
- Cynthia Winter
  tbw@jonesvargas.com
- Michael Yoder
  myoder@diamondmccarthy.com
- Matthew C. Zirzow
  usdcnotices@gordonsilver.com

☐ b.     United States mail, postage fully prepaid(list persons and addresses):

☐ c.     Personal Service (list persons and addresses):

■ d.     By direct email (as opposed to through the ECF System) (list persons and email addresses):

- JOSEPH C. CORNEAU     jcorneau@klestadt.com
- NATALIE M. COX     ncox@klnevada.com, bankruptcy@klnevada.com;kgregos@klnevada.com
- MELANIE A. ELLS     mells@whiteandwetherall.com, ksmith@whiteandwetherall.com
- JAMES D. GREENE     jgreene@rsrslaw.com, mkemple@rsrslaw.com;cjorvig@rsrslaw.com;fritchie@rsrslaw.com
- RANDOLPH L. HOWARD     rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- TRACY L. KLESTADT     tklestadt@klestadt.com, tklestadt@gmail.com
- NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- CRAIG E. POWER     cpower@cbylaw.com, ahamilton@cbylaw.com

1 
- SEAN C. SOUTHARD    ssouthard@klestadt.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- KATHERINE M. WINDLER    katherine.windler@bryancave.com

☐ e.    By fax transmission (list persons and fax numbers):

☐ f.    By messenger

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of January 2010.

| Tawney Waldo | /s/Tawney Waldo |
|---|---|
| Name | Signature |

JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177