| | |
|---|---|
| TRACY L. KLESTADT<br>Pro Hac Vice<br>**KLESTADT & WINTERS, LLP**<br>292 Madison, 17th Floor<br>New York, New York 10017<br>Phone: 212-972-3000<br>Fax: 212-972-2245<br><br>Counsel for Debtors | RANDOLPH L. HOWARD<br>Nevada Bar No. 6688<br>**KOLESAR & LEATHAM, CHTD.**<br>3320 Sahara Avenue, Suite 380<br>Las Vegas, Nevada 89102<br>Phone: 702-362-7800<br>Fax:   702-362-9472<br><br>Counsel for Debtors |
| FRANCIS B. MAJORIE<br>Pro Hac Vice<br>**THE MAJORIE FIRM, LTD**.<br>3514 Cedar Springs Road<br>Dallas, Texas 75219<br>Phone: 214-522-7400<br>Fax:   214-522-7911<br><br>Counsel for Silar Advisors, LP<br>and Silar Special Opportunities Fund, LP | MELANIE A. ELLS<br>Nevada Bar. No. 8796<br>**LAW OFFICE OF MELANIE ELLS**<br>8509 Normandy Shores<br>Las Vegas, Nevada 89131<br>Phone: 702-362-8500<br>Fax:   702-837-5081<br><br>Counsel for Silar Advisors, LP<br>and Silar Special Opportunities Fund, LP |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>ASSET RESOLUTION LLC,<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Bundy 2.5 Million SPE, LLC<br>☐ Affects Bundy Five Million SPE, LLC<br>☐ Affects CFP Anchor B SPE, LLC<br>☐ Affects CFP Cornman Toltec SPE, LLC<br>☐ Affects CFP Gess SPE LLC<br>☐ Affects CFP GRAMERCY SPE, LLC<br>☐ Affects Fiesta Stoneridge, LLC<br>☐ Affects Fox Hills SPE, LLC<br>☐ Affects HFAH Monaco SPE, LLC<br>☐ Affects Huntsville SPE LLC<br>☐ Affects Lake Helen Partners SPE LLC<br>☐ Affects Ocean Atlantic SPE LLC<br>☐ Affects Shamrock SPE LLC<br>☐ Affects 10-90 SPE, LLC<br><br>Debtors. | Case No. BK-S-09-32824-RCJ<br><br>Assigned to the Honorable Robert C. Jones<br><br>Chapter 11<br><br>Jointly Administered<br>09-32831; 09-32839; 09-32843; 09-32844;<br>09-32846; 09-32849; 09-32851; 09-32853;<br>09-32868; 09-32873; 09-32875; 09-32878;<br>09-32880; 09-32882<br><br><br>NOTICE OF APPEAL |

Silar Advisors, LP, and Silar Special Opportunities Fund, LP (jointly and severally,

SM01DOCS\769854.1

NOTICE OF APPEAL

"Silar") and Asset Resolution, LLC ("Asset Resolution") and together with all other debtors in the captioned cases, solely for themselves as debtors, not as debtors in possession (jointly and severally the "Debtors") hereby appeal to the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") from the following orders of the United States Bankruptcy Court for the District of Nevada:

    A.  Order Granting Motion for Limited Relief From Automatic Stay [Docket No. 355] entered January 28, 2009 ("Stay Order"), attached hereto as Exhibit 1;

    B.  Nunc Pro Tunc Order Converting Chapter 11 Cases to Chapter 7 Cases entered in the captioned cases on January 29, 2010 [Docket No. 356] ("Conversion Order"), attached hereto as Exhibit 2; and

    C.  The following Orders which are inextricably interconnected to the foregoing Conversion Order and/or Stay Order:

        1.  Order Granting Motions to Transfer Venue entered December 9, 2009 [Docket No. 107], attached hereto as Exhibit 3, and Opinion Granting Motions to Transfer entered December 9, 2009 [Docket No. 106], attached hereto as Exhibit 4; and

        2.  Order Vacating Preliminary Injunction and Order Pursuant to 11 U.S.C. §§ 105 and 1141 and Fed. R. Civ. P. 65 Enforcing Confirmation Order [Docket No. 1634] entered on January 25, 2010 in the U.S.D.C., District of Nevada, Case No. 2:07-cv-00892-RCJ-GWF, attached hereto as Exhibit 5; and

        3.  Order Granting Motions to Withdraw Reference filed in the U.S.D.C., District of Nevada, Case No. 2:07-cv-892 [Docket No. 1633] ("Reference Order"); and

        4.  Order entered January 21, 2010 in the U.S.D.C., District of Nevada, Case No. 2:07-cv-00892 [Docket No. 1630] which, among other things, terminated Asset Resolution as servicer under the Loan Servicing Agreements and denied a motion to appoint equity receiver, attached hereto as Exhibit 6.

Copies of the Orders being appealed are attached hereto as Exhibits 1-6. The appeal is being made to the Ninth Circuit pursuant to the District Court's Reference Order [Docket No.

1633], which orders appeals from orders entered in "the above-captioned chapter 11 cases" are to be appealed directly to the Ninth Circuit Court of Appeals. A Notice of Appeal has been filed concurrently in the Bankruptcy Cases.

DATED: February 2, 2010.

        **KLESTADT & WINTERS, LLP**

By:  /s/ Tracy L. Klestadt
     Tracy L. Klestadt
     292 Madison, 17th Floor
     New York, New York 10017
     Phone: 212-972-3000
     Fax: 212-972-2245
     Attorneys for Debtors

**KOLESAR & LEATHAM, CHTD.**
Randolph L. Howard
Nevada Bar No. 6888
3320 Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Phone: 702-362-7800
Fax: 702-362-9472
Counsel for Debtors

**THE MAJORIE FIRM, LTD.**

By:  /s/ Francis B. Majorie
     Francis B. Majorie
     Pro Hac Vice
     3514 Cedar Springs Road
     Dallas, Texas 75219
     Phone: 214-522-7400
     Fax: 214-522-7911
     Counsel for Silar Advisors, LP, and
     Silar Special Opportunities Fund, LP

**LAW OFFICE OF MELANIE ELLS**
Melanie A. Ells
Nevada Bar No. 8796
8509 Normandy Shores
Las Vegas, Nevada 89131
Phone: 702-362-8500
Fax: 702-837-5081
Counsel for Silar Advisors, LP, and
Silar Special Opportunities Fund, LP

Pursuant to Ninth Circuit Rule 3-2, the names of all parties to this appeal, and the names and addresses and telephone numbers of the parties and/or their respective attorneys are as follows:

**APPELLANTS**:

ASSET RESOLUTION, LLC

Tracy L. Klestadt                                        TKlestadt@Klestadt.com
Ian R. Winters
Joseph C. Corneau
KLESTADT & WINTERS, LLP
292 Madison Avenue, 17th Floor
New York, New York 10017-6314
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Katherine M. Windler                                     katherine.windler@bryancave.com
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 76-2105
Facsimile: (310) 260-4105

Randolph L. Howard                                       rhoweard@klnevda.com
Peter Navarro                                            pnavarro@klnevada.com
Natalie M. Cox                                           ncox@klnevada.com
KOLESAR & LEATHAM
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472

SILAR ADVISORS, LP and SILAR SPECIAL OPPORTUNITIES FUND, LP

Francis B. Majorie                                       fbmajorie@themajoriefirm.com
THE MAJORIE FIRM, LTD.
3514 Cedar Springs Road
Dallas, Texas 75219
Telephone: (214) 522-7400
Facsimile: (214) 522-7400

Melanie Ells  lawyermel@cox.net
LAW OFFICE OF MELANIE ELLS
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (702) 362-8500
Facsimile: (702) 837-5081

**U.S. TRUSTEES:**

U.S. Trustee – LV – 11
300 Las Vegas Boulevard S.
Suite 4300
Las Vegas, Nevada 89101

William A. Leonard, Chapter 7 Trustee
6625 South Valley View #224
Las Vegas, Nevada 89118
Telephone: (702) 262-9322

Andrea B. Schwartz
33 Whitehall Street, 21st Floor
New York, New York 10004

**APPELLEES AND PARTIES IN INTEREST:**

**Donna Cangelosi**
Lisa A. Rasmussen
Law Office of Lisa Rasmussen
616 South 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 471-1436
Facsimile: (702) 471-6540

**Certain Direct Lenders**
Janet L. Chubb
Jones Vargas
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504
Telephone: (775) 786-5000
Facsimile: (775) 786-1177

Robert M. Millimet
Bickel & Brewer
1717 Main Street, Suite 4800
Dallas, Texas 75201

Telephone: (214) 653-4908
Facsimile: (214) 653-1014

Alexander D. Widell
767 Fifth Avenue, 50th Floor
New York, New York 10153

**Debt Acquisition Company of America, LLC**
Dean T. Kirby, Jr.
707 Broadway, Suite 1750
San Diego, California 92101
Telephone: (619) 525-1652
Facsimile: (619) 525-1651

**Epiq Bankruptcy Solutions LLC**
Henry P. Baer, Jr.
Latham & Watkins, LLP
885 Third Avenue
New York, New York
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

**G.T. Leach Builders, LLC**
Lisa M. Norman
Craig E. Power
Cokinos, Bosien & Young
1221 Lamar Street, 16th Floor
Houston, Texas 77010
Telephone: (713) 535-5500

**Harris Coun**ty
John P. Dillman
POB 3064
Houston, Texas 77253
Telephone: (713) 844-3400

**Jennings, Strouss & Salmon, P.L.C.**
Bradley J. Stevens
Jennings, Strouss & Salmon, P.L.C.
21 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5955

**Kehl Family Members**
Louis M. Bubla, III
Jones Vargas
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89501
Telephone: (775) 786-5000
Facsimile: (775) 786-1177

**Official Committee of Unsecured Creditors**
James D. Green
Rice Silbey Reuther & Sullivan
3960 Howard Hughes Parkway, Suite 700
Las Vegas, Nevada 89109
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

Norman N. Kinel
Duval & Stachenfeld, LLP
101 Park Avenue, 11thFloor
New York, New York 10178
Telephone: (212) 883-1700

**San Bernardino County**
Martha E. Romero
Romero Law Firm
6516 Bright Avenue
Whittier, California 90601
Telephone: (562) 907-6800
Facsimile: (562) 907-6820

**SMOF-A, LLC**
Joshua I. Divack
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022

**Sheppard Mullin Richter & Hampton LLP**
Gayle A. Kern
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 324-5930
Facsimile: (775) 324-6173

**USACM Liquidating Trust**
Rob Charles
One South Church Avenue, Suite 700
Tucson, AZ 85701-1611

Rob Charles
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8321