RECEIVED
AND F[ILED]

FEB 4  6 10 AM '10

U.S. BANKRU[PTCY]
MARY A. SCHOTT, CLERK

# TRANSMITTAL FORM

**TO:**  U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
95 Seventh Street, San Francisco, CA. 94103

**FROM:**  MARY A. SCHOTT, CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF NEVADA
District Office No. 0978/2

**RE:**  NUNC PRO TUNC ORDER CONVERTING CHAPTER 11 CASES TO CHAPTER 7 CASES #356

**CASE NAME**     ASSET RESOLUTION LLC

**BANKRUPTCY NO**     09-32824-RCJ

**ADVERSARY NO**

**APPEALS FILED IN THE
SAME BANKRUPTCY CASE
OR IN A RELATED ADV CASE**

**REFERENCE NO**     10-03

**BANKRUPTCY JUDGE**     ROBERT C JONES

**DATE NOTICE OF APPEAL FILED**     2/2/2010

**DATE OF ENTRY OF ORDER APPEALED**     1/29/2010

**DATE BANKRUPTCY FILED**     10/14/2009

**DATE OF TRANSMITTAL**     2/4/2010

BY   *m. Lyons*
DEPUTY CLERK