RECEIVED AND FILED

FEB 5 9 26 AM '10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>ASSET RESOLUTION LLC<br><br>_____ Debtor(s) _____<br><br>ASSET RESOLUTION LLC<br>SILAR SPECIAL OPPORTUNITIES FUND, L.P.<br>SILAR ADVISORS, L.P.<br><br>                    Appellant(s)<br><br>vs<br>SCOTT AUGUST, SIERRA LIQUIDITY FUND LLC, DONNA CANGELOSI, LISA A. RASMUSSEN, CERTAIN DIRECT LENDERS, JANET CHUBB, ROBERT M. MILLIMET, ALEXANDER D. WIDELL, COUNTY OF LOS ANGELES TAX COLLECTION, DEBT ACQUISITION COMPANY OF AMERICA, LLC, EAGLE INVESTMENT PARTNERS, L.P., DEAN T. KRIBY, JR., EPIQ BANKRUPTCY SOLUTIONS LLC, THE GARDEN CITY GROUP, KAY P SICKELS, G.T. LEACH BUILDERS, LLC, JOHN P DILLMAN, JENNINGS, STROUSS & SALMON, P.L.C., BRADLEY J. STEVENS, KEHL FAMILY MEMBERS, LOUIS M. BUBALA, III, JONES AND VARGAS, OFFICIAL COMMITEE OF UNSECURED CREDITORS, JAMES D. GREEN, NORMAN N. KINEL, PARITZ & COMPANY, PATRICIA PORT, MARTHA E. ROMERO, SMOF-A, LLC, SHEPPARD MULLIN RICHTER & HAMPTON LLP, GAYLE A. KERN, USACM LIQUIDATING TRUST, ROB CHARLES, ROB CHARLES, LEWIS AND ROCA, LLP<br><br>_____ Appellee(s) _____ | Bankruptcy No.: 09-32824-RCJ<br><br>Appeal Ref: 10-4<br><br>NOTICE OF REFERRAL OF APPEAL TO THE COURT OF APPEALS FOR THE NINTH CIRCUIT |

1  TO: ALL PARTIES IN APPEAL: TRACY L. KLESTADT, RANDOLPH L. HOWARD,
2  FRANCIS B. MAJORIE, MELANIE A. ELLS, SCOTT AUGUST, SIERRA LIQUIDITY
3  FUND LLC, DONNA CANGELOSI, LISA A. RASMUSSEN, CERTAIN DIRECT
4  LENDERS, JANET CHUBB, ROBERT M. MILLIMET, ALEXANDER D. WIDELL,
5  COUNTY OF LOS ANGELES TAX COLLECTION, DEBT ACQUISITION COMPANY
6  OF AMERICA, LLC, EAGLE INVESTMENT PARTNERS, L.P., DEAN T. KRIBY, JR.,
7  EPIQ BANKRUPTCY SOLUTIONS LLC, THE GARDEN CITY GROUP, KAY P
8  SICKELS, G.T. LEACH BUILDERS, LLC, JOHN P DILLMAN, JENNINGS, STROUSS
9  & SALMON, P.L.C., BRADLEY J. STEVENS, KEHL FAMILY MEMBERS, LOUIS M.
10 BUBALA, III, JONES AND VARGAS, OFFICIAL COMMITEE OF UNSECURED
11 CREDITORS, JAMES D. GREEN, NORMAN N. KINEL, PARITZ & COMPANY,
12 PATRICIA PORT, MARTHA E. ROMERO, SMOF-A, LLC, SHEPPARD MULLIN
13 RICHTER & HAMPTON LLP, GAYLE A. KERN, USACM LIQUIDATING TRUST,
14 ROB CHARLES, ROB CHARLES, LEWIS AND ROCA, LLP

16      YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by <u>ASSET
17 RESOLUTION LLC, SILAR SPECIAL OPPORTUNIITIES FUND, L.P. AND SILAR
18 ADVISORS, L.P.</u> with the Clerk of the Bankruptcy Court on 2/3/2010. By virtue of orders of the
19 Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has
20 been referred to the Court of Appeals for the Ninth Circuit.

22 DATE:    2/5/2010                                Mary A. Schott, CLERK

23                                          By:    _M. Hypno_
24                                                 Deputy Clerk
                                                   U.S. Bankruptcy Court
25                                                 300 Las Vegas Blvd., So.
                                                   Las Vegas, NV 89101
26

Notice of Referral-10-4.wpd rev. 2/08

PARTIES:

APPELLANTS:

ASSET RESOLUTION, LLC
Tracy L. Klestadt
Ian R. Winters
Joseph C. Corneau
KLESTADT & WINTERS, LLP
292 Madison Avenue, 17th Floor
New York, New York 10017-6314


Katherine M. Windler
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

Randolph L. Howard
Peter Navarro
Natalie M. Cox
KOLESAR & LEATHAM
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

SILAR ADVISORS, LP
SILAR SPECIAL OPPORTUNITIES FUND, LP:
Francis B. Majorie
THE MAJORIE FIRM, LTD.
3514 Cedar Springs Road
Dallas, Texas 75219

Melanie A. Ells
LAW OFFICE OF MELANIE ELLS
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148

U.S. TRUSTEES:
U.S. Trustee – LV – 11
300 Las Vegas Boulevard S.
Suite 4300
Las Vegas, Nevada 89101

William A. Leonard, Chapter 7 Trustee
6625 South Valley View #224
Las Vegas, Nevada 89118

Notice of Referral-10-4.wpd rev. 3/08

```
 1  Andrea B. Schwartz
    33 Whitehall Street, 21st Floor
 2  New York, New York 10004

 3
    APPELLEES AND PARTIES IN INTEREST:
 4  Scott August
    Sierra Liquidity Fund LLC
 5  2699 White Road, Suite 225
    Irvine, California 92614
 6
    Donna Cangelosi
 7  Lisa A. Rasmussen
    Law Office of Lisa Rasmussen
 8  616 South 8th Street
    Las Vegas, Nevada 89101
 9
    Certain Direct Lenders
10  Janet L. Chubb
    Jones Vargas
11  100 W. Liberty Street, 12th Floor
    P.O. Box 281
12  Reno, Nevada 89504

13
    Robert M. Millimet
14  Bickel & Brewer
    1717 Main Street, Suite 4800
15  Dallas, Texas 75201

16

17
    Alexander D. Widell
18  767 Fifth Avenue, 50th Floor
    New York, New York 10153
19
    County of Los Angeles Tax Collection
20  Jeffery D. Patterson
    Goold Patterson Alex & Day
21  4496 S. Pecos Road
    Las Vegas, Nevada 89121
22
    Debt Acquisition Company of America, LLC
23  Eagle Investment Partners, L.P.
    Dean T. Kirby, Jr.
24  707 Broadway, Suite 1750
    San Diego, California 92101
25

26

    Notice of Referral-10-4.wpd rev. 4/08
```

| | |
|---|---|
| 1 | Epiq Bankruptcy Solutions LLC |
|   | Henry P. Baer, Jr. |
| 2 | Latham & Watkins, LLP |
|   | 885 Third Avenue |
| 3 | New York, New York |
| 4 | |
|   | The Garden City Group |
| 5 | Kay P. Sickels |
|   | Associate General Counsel |
| 6 | 105 Maxess Road |
|   | Melville, New York 11747-3827 |
| 7 | |
|   | G.T. Leach Builders, LLC |
| 8 | Lisa M. Norman |
|   | Craig E. Power |
| 9 | Cokinos, Bosien & Young |
|   | 1221 Lamar Street, 16th Floor |
| 10 | Houston, Texas 77010 |
| 11 | Harris County |
|   | John P. Dillman |
| 12 | POB 3064 |
|   | Houston, Texas 77253 |
| 13 | |
|   | Jennings, Strouss & Salmon, P.L.C. |
| 14 | Bradley J. Stevens |
|   | Jennings, Strouss & Salmon, P.L.C. |
| 15 | 201 East Washington Street, |
|   | Phoenix, Arizona 85004-2385 |
| 16 | |
| 17 | Kehl Family Members |
|   | Louis M. Bubala, III |
| 18 | Jones Vargas |
|   | 100 W. Liberty Street, 12th Floor |
| 19 | P.O. Box 281 |
|   | Reno, Nevada 89501 |
| 20 | |
| 21 | Official Committee of Unsecured Creditors |
|   | James D. Green |
| 22 | Rice Silbey Reuther & Sullivan |
|   | 3960 Howard Hughes Parkway, Suite 700 |
| 23 | Las Vegas, Nevada 89109 |
| 24 | |
|   | Norman N. Kinel |
| 25 | Duval & Stachenfeld, LLP |
|   | 101 Park Avenue, 11thFloor |
| 26 | New York, New York 10178 |

Notice of Referral-10-4.wpd rev. 5/08

| | |
|---|---|
| 1 | Paritz & Company |
| 2 | 15 Warrne Street |
| | Hackensack, New Jersey 07601 |
| 3 | Morton J. Port |
| | POB 4505 |
| 4 | Incline Village, Nevada 89450 |
| 5 | Patricia Port |
| | POB 4505 |
| 6 | Incline Village, Nevada 89450 |
| 7 | San Bernardino County |
| | Martha E. Romero |
| 8 | Romero Law Firm |
| | 6516 Bright Avenue |
| 9 | Whittier, California 90601 |
| 10 | |
| 11 | SMOF-A, LLC |
| | Joshua I. Divack |
| | Hahn & Hessen LLP |
| 12 | 488 Madison Avenue |
| | New York, New York 10022 |
| 13 | |
| | Sheppard Mullin Richter & Hampton LLP |
| 14 | Gayle A. Kern |
| | 5421 Kietzke Lane, Suite 200 |
| 15 | Reno, Nevada 89511 |
| 16 | |
| | USACM Liquidating Trust |
| 17 | Rob Charles |
| | One South Church Avenue, Suite 700 |
| 18 | Tucson, AZ 85701-1611 |
| | Rob Charles |
| 19 | Lewis and Roca LLP |
| | 3993 Howard Hughes Parkway, Suite 600 |
| 20 | Las Vegas, Nevada 89169 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

Notice of Referral-10-4.wpd rev. 6/08

| | |
|---|---|
| TRACY L. KLESTADT<br>Pro Hac Vice<br>**KLESTADT & WINTERS, LLP**<br>292 Madison, 17th Floor<br>New York, New York 10017<br>Phone: 212-972-3000<br>Fax: 212-972-2245<br><br>Counsel for Debtors | RANDOLPH L. HOWARD<br>Nevada Bar No. 6688<br>**KOLESAR & LEATHAM, CHTD.**<br>3320 Sahara Avenue, Suite 380<br>Las Vegas, Nevada 89102<br>Phone: 702-362-7800<br>Fax:   702-362-9472<br><br>Counsel for Debtors |
| FRANCIS B. MAJORIE<br>Pro Hac Vice<br>**THE MAJORIE FIRM, LTD**.<br>3514 Cedar Springs Road<br>Dallas, Texas 75219<br>Phone: 214-522-7400<br>Fax:   214-522-7911<br><br>Counsel for Silar Advisors, LP<br>and Silar Special Opportunities Fund, LP | MELANIE A. ELLS<br>Nevada Bar. No. 8796<br>**LAW OFFICE OF MELANIE ELLS**<br>8509 Normandy Shores<br>Las Vegas, Nevada 89131<br>Phone: 702-362-8500<br>Fax:   702-837-5081<br><br>Counsel for Silar Advisors, LP<br>and Silar Special Opportunities Fund, LP |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>ASSET RESOLUTION LLC,<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Bundy 2.5 Million SPE, LLC<br>☐ Affects Bundy Five Million SPE, LLC<br>☐ Affects CFP Anchor B SPE, LLC<br>☐ Affects CFP Cornman Toltec SPE, LLC<br>☐ Affects CFP Gess SPE LLC<br>☐ Affects CFP GRAMERCY SPE, LLC<br>☐ Affects Fiesta Stoneridge, LLC<br>☐ Affects Fox Hills SPE, LLC<br>☐ Affects HFAH Monaco SPE, LLC<br>☐ Affects Huntsville SPE LLC<br>☐ Affects Lake Helen Partners SPE LLC<br>☐ Affects Ocean Atlantic SPE LLC<br>☐ Affects Shamrock SPE LLC<br>☐ Affects 10-90 SPE, LLC<br><br>Debtors. | Case No. BK-S-09-32824-RCJ<br><br>Assigned to the Honorable Robert C. Jones<br><br>Chapter 11<br><br>Jointly Administered<br>09-32831; 09-32839; 09-32843; 09-32844;<br>09-32846; 09-32849; 09-32851; 09-32853;<br>09-32868; 09-32873; 09-32875; 09-32878;<br>09-32880; 09-32882<br><br>NOTICE OF APPEAL |

Silar Advisors, LP, and Silar Special Opportunities Fund, LP (jointly and severally,

SM01DOCS\769854.1

NOTICE OF APPEAL

"Silar") and Asset Resolution, LLC ("Asset Resolution") and together with all other debtors in the captioned cases, solely for themselves as debtors, not as debtors in possession (jointly and severally the "Debtors") hereby appeal to the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") from the following order of the United States Bankruptcy Court for the District of Nevada:

A. Order Granting Motion for Limited Relief From Automatic Stay [Docket No. 355] entered January 28, 2009 ("Stay Order"), attached hereto as Exhibit 1;

B. The following Orders which are inextricably interconnected to the foregoing Stay Order:

1. Nunc Pro Tunc Order Converting Chapter 11 Cases to Chapter 7 Cases entered in the captioned cases on January 29, 2010 [Docket No. 356] ("Conversion Order"), attached hereto as Exhibit 2; and

2. Order Granting Motions to Transfer Venue entered December 9, 2009 [Docket No. 107], attached hereto as Exhibit 3, and Opinion Granting Motions to Transfer entered December 9, 2009 [Docket No. 106], attached hereto as Exhibit 4; and

3. Order Vacating Preliminary Injunction and Order Pursuant to 11 U.S.C. §§ 105 and 1141 and Fed. R. Civ. P. 65 Enforcing Confirmation Order [Docket No. 1634] entered on January 25, 2010 in the U.S.D.C., District of Nevada, Case No. 2:07-cv-00892-RCJ-GWF, attached hereto as Exhibit 5; and

4. Order Granting Motions to Withdraw Reference filed in the U.S.D.C., District of Nevada, Case No. 2:07-cv-892 [Docket No. 1633] ("Reference Order"); and

5. Order entered January 21, 2010 in the U.S.D.C., District of Nevada, Case No. 2:07-cv-00892 [Docket No. 1630] which, among other things, terminated Asset Resolution as servicer under the Loan Servicing Agreements and denied a motion to appoint equity receiver, attached hereto as Exhibit 6.

Copies of the Orders being appealed are attached hereto as Exhibits 1-6. The appeal is being made to the Ninth Circuit pursuant to the District Court's Reference Order [Docket No.

1633], which orders appeals from orders entered in "the above-captioned chapter 11 cases" are to be appealed directly to the Ninth Circuit Court of Appeals. A Notice of Appeal has been filed concurrently in the Bankruptcy Cases.

DATED: February 2, 2010.

        **KLESTADT & WINTERS, LLP**

By:  /s/ Tracy L. Klestadt
      Tracy L. Klestadt
      292 Madison, 17th Floor
      New York, New York  10017
      Phone: 212-972-3000
      Fax: 212-972-2245
      Attorneys for Debtors

**KOLESAR & LEATHAM, CHTD.**
Randolph L. Howard
Nevada Bar No. 6888
3320 Sahara Avenue, Suite 380
Las Vegas, Nevada  89102
Phone: 702-362-7800
Fax: 702-362-9472
Counsel for Debtors

**THE MAJORIE FIRM, LTD.**

By:  /s/ Francis B. Majorie
      Francis B. Majorie
      Pro Hac Vice
      3514 Cedar Springs Road
      Dallas, Texas 75219
      Phone: 214-522-7400
      Fax: 214-522-7911
      Counsel for Silar Advisors, LP, and
      Silar Special Opportunities Fund, LP

**LAW OFFICE OF MELANIE ELLS**
Melanie A. Ells
Nevada Bar No. 8796
8509 Normandy Shores
Las Vegas, Nevada  89131
Phone: 702-362-8500
Fax: 702-837-5081
Counsel for Silar Advisors, LP, and
Silar Special Opportunities Fund, LP

Pursuant to Ninth Circuit Rule 3-2, the names of all parties to this appeal, and their addresses and telephone numbers or the names, addresses and telephone numbers of the respective attorneys are, as follows:

**APPELLANTS:**

ASSET RESOLUTION, LLC

Tracy L. Klestadt
Ian R. Winters
Joseph C. Corneau
KLESTADT & WINTERS, LLP
292 Madison Avenue, 17th Floor
New York, New York 10017-6314
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Katherine M. Windler
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Randolph L. Howard
Peter Navarro
Natalie M. Cox
KOLESAR & LEATHAM
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-1281

SILAR ADVISORS, LP and SILAR SPECIAL OPPORTUNITIES FUND, LP:

Francis B. Majorie
THE MAJORIE FIRM, LTD.
3514 Cedar Springs Road
Dallas, Texas 75219
Telephone: (214) 522-7400
Facsimile: (214) 522-7400

Melanie A. Ells
LAW OFFICE OF MELANIE ELLS
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (702) 362-8500
Facsimile: (702) 837-5081

**U.S. TRUSTEES:**

U.S. Trustee – LV – 11
300 Las Vegas Boulevard S.
Suite 4300
Las Vegas, Nevada 89101

William A. Leonard, Chapter 7 Trustee
6625 South Valley View #224
Las Vegas, Nevada 89118
Telephone: (702) 262-9322

Andrea B. Schwartz
33 Whitehall Street, 21st Floor
New York, New York 10004

**APPELLEES AND PARTIES IN INTEREST:**

**Scott August**
Sierra Liquidity Fund LLC
2699 White Road, Suite 225
Irvine, California 92614
(949) 660-1144 ext. 17

**Donna Cangelosi**
Lisa A. Rasmussen
Law Office of Lisa Rasmussen
616 South 8th Street
Las Vegas, Nevada 89101
(702) 471-1436
(702) 471-6540 (fax)

**Certain Direct Lenders**
Janet L. Chubb
Jones Vargas
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504
(775) 786-5000
(775) 786-1177 (fax)

Robert M. Millimet
Bickel & Brewer
1717 Main Street, Suite 4800
Dallas, Texas 75201
(214) 653-4908
(214) 653-1014 (fax)

Alexander D. Widell
767 Fifth Avenue, 50th Floor
New York, New York 10153

**County of Los Angeles Tax Collection**
Jeffery D. Patterson
Goold Patterson Alex & Day
4496 S. Pecos Road
Las Vegas, Nevada 89121

**Debt Acquisition Company of America, LLC**
**Eagle Investment Partners, L.P.**
Dean T. Kirby, Jr.
707 Broadway, Suite 1750
San Diego, California 92101
(619) 525-1652
(619) 525-1651 (fax)

**Epiq Bankruptcy Solutions LLC**
Henry P. Baer, Jr.
Latham & Watkins, LLP
885 Third Avenue
New York, New York
(212) 906-1200
(212) 751-4864 (Fax)

**The Garden City Group**
Kay P. Sickels
Associate General Counsel
105 Maxess Road
Melville, New York 11747-3827

**G.T. Leach Builders, LLC**
Lisa M. Norman
Craig E. Power
Cokinos, Bosien & Young
1221 Lamar Street, 16th Floor
Houston, Texas 77010
(713) 535-5500

**Harris County**
John P. Dillman
POB 3064
Houston, Texas 77253
(713) 844-3400

**Jennings, Strouss & Salmon, P.L.C.**
Bradley J. Stevens
Jennings, Strouss & Salmon, P.L.C.
201 East Washington Street,
Phoenix, Arizona 85004-2385
(602) 262-5955

**Kehl Family Members**
Louis M. Bubala, III
Jones Vargas
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89501
(775) 786-5000
(775) 786-1177 (fax)

**Official Committee of Unsecured Creditors**
James D. Green
Rice Silbey Reuther & Sullivan
3960 Howard Hughes Parkway, Suite 700
Las Vegas, Nevada 89109
(702) 732-9099
(702) 732-7110 (fax)

Norman N. Kinel
Duval & Stachenfeld, LLP
101 Park Avenue, 11thFloor
New York, New York 10178
(212) 883-1700

**Paritz & Company**
15 Warrne Street
Hackensack, New Jersey 07601

**Morton J. Port**
POB 4505
Incline Village, Nevada 89450

**Patricia Port**
POB 4505
Incline Village, Nevada 89450

**San Bernardino County**
Martha E. Romero
Romero Law Firm
6516 Bright Avenue
Whittier, California 90601
(562) 907-6800; (562) 907-6820 (fax)

**SMOF-A, LLC**
Joshua I. Divack
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022

**Sheppard Mullin Richter & Hampton LLP**
Gayle A. Kern
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511
(775) 324-5930
(775) 324-6173 (fax)

**USACM Liquidating Trust**
Rob Charles
One South Church Avenue, Suite 700
Tucson, AZ 85701-1611

Rob Charles
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8320
(702) 949-8321 (fax)