UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| In re: ASSET RESOLUTION, | ) </br> ) </br> ) </br> ) Case No.  BK-S-09-32824-RCJ </br> ) </br> ) </br> ) ORDER </br> ) </br> ) </br> ) Date: December 1, 2010 </br> / |

**FROM:  THE HONORABLE ROBERT C. JONES, U.S. DISTRICT JUDGE**

**Deputy Clerk:  Lesa Ettinger**

IT IS ORDERED that the attached document (letter from Jack Beaulieux dated 11/30/2010) shall be made part of the record as a request for a hearing date.

LANCE S. WILSON, CLERK

By: /s/ Lesa Ettinger
Deputy Clerk

LAS VEGAS, NV.
NOV. 30-2010

Honorable Judge Robert C. Jones
United State District Court
400 South Virginia St.
Reno, Nev. 89501

Dear Judge Jones
Re: Bickle and Brewer

I have investment all my retirement savings with U.S.A. CAPITAL.

On June 16/04 my investment was $450.000 = (Four Hundred Fifty Thousands) in GRAMERCY COURT"

I do not wish to be part of the Federal litigation, BICKEL AND BREWER are not authorized to represent me, and should not be entitled to anything, no check should be issued to BICKEL and BREWER from my funds.

Sincerely yours.

Jack Beaulieu
2502 Palma Vista Av.
Las Vegas, NV 89121