**Entered on Docket**
**April 22, 2011**

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  James P. Hill, CA SBN 90478 (Pro Hac Vice)
  Jonathan S. Dabbieri CA SBN 91963 (Pro Hac Vice)
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone:  (702) 382-6440
Fax Number: (702) 384-9102

Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>Debtor.<br><br>Affects:<br>☒ All Debtors<br>☐ Asset Resolution, LLC, 09-32824<br>☐ Bundy 2.5 Million SPE, LLC, 09-32831<br>☐ Bundy Five Million SPE, LLC, 09-32839<br>☐ CFP Anchor B SPE, LLC, 09-32843<br>☐ CFP Cornman Toltec SPE, LLC, 09-32844<br>☐ CFP Gess SPE LLC, 09-32846<br>☐ CFP Gramercy SPE, LLC, 09-32849<br>☐ Fiesta Stoneridge, LLC, 09-32851<br>☐ Fox Hills SPE, LLC, 09-32853<br>☐ HFAH Monaco SPE LLC, 09-32868<br>☐ Huntsville SPE LLC, 09-32873<br>☐ Lake Helen Partners SPE LLC, 09-32875<br>☐ Ocean Atlantic SPE LLC, 09-32878<br>☐ Shamrock SPE LLC, 09-32880<br>☐ 10-90 SPE, LLC, 09-32882 | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br><br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT (BAY POMPANO)**<br><br>Date:   April 21, 2011<br>Time:  9:00 a.m.<br>Ctrm:  RCJ - Courtroom 6<br>         Bruce R. Thompson Federal Building<br>         400 S. Virginia Street<br>         Reno, NV 89501<br>             AND<br>         RCJ – Courtroom TBD<br>         Lloyd D. George Courthouse<br>         333 Las Vegas Blvd. South<br>         Las Vegas, NV 89101<br>Judge: Hon. Robert C. Jones |

- 1 -

323771-v1

1   The Motion to Approve Settlement Agreement (Bay Pompano) of William A. Leonard, Jr.
2   ("Trustee"), chapter 7 trustee in these jointly administered cases, (the Motion) came on regularly for
3   hearing on April 21, 2011 at 9:00 a.m., the Honorable Robert C. Jones, District Judge, Presiding.
4   Jonathan S. Dabbieri of Sullivan Hill Lewin Rez & Engel appeared on behalf of the chapter 7
5   trustee; Janet Chubb appeared on behalf of certain direct lenders; no other parties appeared.
6   The Court having read and considered the papers with respect to the Motion and having
7   heard the argument of counsel, no opposition to the Motion having been filed, it appearing that due
8   and appropriate notice of the Motion has been given under the circumstances of the case and that no
9   further notice need be provided, and good cause appearing,
10  **IT IS HEREBY ORDERED** that the Motion is granted and the Trustee is authorized to (i)
11  accept the proposed settlement as described in the Motion papers and all direct lenders of Bay
12  Pompano shall be bound thereby; (ii) waive any request for servicing fees in excess of those which
13  have already been paid; and (iii) distribute the settlement proceeds promptly upon their receipt and
14  this order becoming final.
15  Dated this   22   day of April, 2011

Honorable Robert C. Jones

17  Respectfully Submitted By:
18  SULLIVAN, HILL, LEWIN, REZ & ENGEL
    A Professional Law Corporation

20  By:        /s/ Jonathan S. Dabbieri
            James P. Hill
21          Jonathan S. Dabbieri
            Elizabeth E. Stephens
22          Attorneys for Chapter 7 Trustee,
            William A. Leonard, Jr.

24  **APPROVED AS TO FORM:**

25  ARMSTRONG TEASDALE LLP

26  By:        /s/ Janet L. Chubb
            Janet L. Chubb
27          Louis M. Bubala, III
            Attorneys for the Kehl Family &
28          Local Counsel for Certain Direct Lenders

- 2 -

323771-v1

**LOCAL RULE 9021 DECLARATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

- Janet L. Chubb, Counsel for Kehl Family & Local Counsel for Certain Direct Lenders – Approved

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 21st day of April, 2011.

                        SULLIVAN, HILL, LEWIN, REZ & ENGEL
                        A Professional Law Corporation

                        By:    */s/ Jonathan S. Dabbieri*
                              James P. Hill
                              Christine A. Roberts
                              Elizabeth E. Stephens
                              Attorneys for William A. Leonard, Jr.,
                              Chapter 7 Trustee

###

323771-v1