SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  James P. Hill, CA SBN 90478 (Pro Hac Vice)
  Jonathan S. Dabbieri, SBN 91963 (Pro Hac Vice)
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 382-6440
Fax Number: (702) 384-9102

Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

**Electronically Filed: March 22, 2012**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>　　　　Debtor.<br><br>―――――――――――――――――<br>Affects:<br><br>☒ All Debtors<br>☐ Asset Resolution, LLC, 09-32824<br>☐ Bundy 2.5 Million SPE, LLC, 09-32831<br>☐ Bundy Five Million SPE, LLC, 09-32839<br>☐ CFP Anchor B SPE, LLC, 09-32843<br>☐ CFP Cornman Toltec SPE, LLC, 09-32844<br>☐ CFP Gess SPE LLC, 09-32846<br>☐ CFP Gramercy SPE, LLC, 09-32849<br>☐ Fiesta Stoneridge, LLC, 09-32851<br>☐ Fox Hills SPE, LLC, 09-32853<br>☐ HFAH Monaco SPE LLC, 09-32868<br>☐ Huntsville SPE LLC, 09-32873<br>☐ Lake Helen Partners SPE LLC, 09-32875<br>☐ Ocean Atlantic SPE LLC, 09-32878<br>☐ Shamrock SPE LLC, 09-32880<br>☐ 10-90 SPE, LLC, 09-32882 | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br><br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ;  BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ;  BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ;  BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ;  BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ;  BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ;  BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ;  BK-S-09-32882-RCJ<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>Ctrm: RCJ - Courtroom 6<br>　　　Bruce R. Thompson Federal Building<br>　　　400 S. Virginia Street<br>　　　Reno, NV 89501<br>Judge: Hon. Robert C. Jones |

///

///

///

337188-v1                                          - 1 -

1   I am employed in San Diego County.  I am over the age of 18 and not a party to this action.

2   My business address is 550 West C Street, Suite 1500, San Diego, California 92101.

3   On March 22, 2012, I served the foregoing document(s), described as:

4   **1. NOTICE OF HEARING ON MOTION FOR APPROVAL OF POST-PETITION FINANCING, LOAN-RELATED CLAIM RESOLUTION, AND RELATED MATTERS  (MARGARITA ANNEX);**

6   **2. TRUSTEE'S MOTION FOR APPROVAL OF POST-PETITION FINANCING, LOAN-RELATED CLAIM RESOLUTION, AND RELATED MATTERS (MARGARITA ANNEX);**

8   **3. DECLARATION OF WILLIAM A. LEONARD, JR. , CHAPTER 7 TRUSTEE IN SUPPORT OF MOTION FOR APPROVAL OF POST-PETITION FINANCING, LOAN-RELATED CLAIM RESOLUTION, AND RELATED MATTERS (MARGARITA ANNEX);**

11  **4. DECLARATION OF RICHARD DEAN PEARSON IN SUPPORT OF MOTION FOR APPROVAL OF POST-PETITION FINANCING, LOAN-RELATED CLAIM RESOLUTION, AND RELATED MATTERS  (MARGARITA ANNEX);**

13  **5. DECLARATION OF ROBIN GRAHAM IN SUPPORT OF MOTION FOR APPROVAL OF POST-PETITION FINANCING, LOAN-RELATED CLAIM RESOLUTION, AND RELATED MATTERS  (MARGARITA ANNEX)**

15  **6. DECLARATION OF CAROL KESLER IN SUPPORT OF TRUSTEE'S MOTION FOR APPROVAL OF POST-PETITION FINANCING, LOAN-RELATED CLAIM RESOLUTION, AND RELATED MATTERS  (MARGARITA ANNEX)**

17  **7. [PROPOSED] ORDER RE APPROVAL OF POST-PETITION FINANCING, LOAN-RELATED CLAIM RESOLUTION, AND RELATED MATTERS  (MARGARITA ANNEX)**

19  ☒   by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

20  ☒   **A.    ECF SYSTEM** On March 22, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- J. THOMAS BECKETT     ECF@parsonsbehle.com
- KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com
- LOUIS M. BUBALA     lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com
- ROBERT M. CHARLES     rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com
- JANET L. CHUBB     bsalinas@armstrongteasdale.com
- EMILY G. CLARK     eclark@lrlaw.com, jvienneau@lrlaw.com;jmoulian@lrlaw.com;lbrowning@lrlaw.com
- DAVID A. COLVIN     dcolvin@maclaw.com, mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com
- JOSEPH C. CORNEAU     jcorneau@klestadt.com
- TIMOTHY S CORY     tim.cory@corylaw.us, NV11@ecfcbis.com

337188-v1                                       - 2 -

- TIMOTHY S. CORY    tcory@djplaw.com, sbryant@djplaw.com
- NATALIE M. COX    ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com
- JONATHAN S. DABBIERI    dabbieri@sullivanhill.com, hill@sullivanhill.com;hawkins@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;stein@sullivanhill.com;benoit@sullivanhill.com;ggarcia@sullivanhill.com
- LARS EVENSEN    lkevensen@hollandhart.com, ckelly@hollandhart.com;ecftevensen_bk@hollandhart.com;glpacheco@hollandhart.com
- JASON C. FARRINGTON    jfarrington@asbazlaw.com
- DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;jberghammer@gerrard-cox.com;jbidwell@gerrard-cox.com
- JONATHAN B. GOLDSMITH    jonathan@vegaslawsite.com, goldecf@gmail.com;emilie@vegaslawsite.com;jose@vegaslawsite.com
- REW R. GOODENOW    ecf@parsonsbehle.com
- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
- JAMES D. GREENE    jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, selenav@goldguylaw.com;kdavis@goldguylaw.com;peterc@goldguylaw.com
- DANIEL T HAYWARD    dhayward@laxalt-nomura.com, PPUTNAM@LAXALT-NOMURA.COM
- MELANIE A. HILL    filings@whiteandwetherall.com, ksmith@whiteandwetherall.com
- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com,bankruptcy@klnevada.com
- BRIAN A. JENNINGS    bjennings@perkinscoie.com, MLMaag@perkinscoie.com
- GAYLE A. KERN    gakltd@kernltd.com, christinelamia@kernltd.com;jenniferstarley@kernltd.com;sfroberts@kernltd.com;nicolemilton@kernltd.com
- DEAN T. KIRBY    dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com,jcastranova@kirbymac.com
- JOANNA S. KISHNER    timothy.walsh@dlapiper.com, jason.karaffa@dlapiper.com
- TRACY L. KLESTADT    tklestadt@klestadt.com, tklestadt@gmail.com
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com,bankruptcy@klnevada.com
- WILLIAM A LEONARD    biff7tte@mindspring.com, ca46@ecfcbis.com
- FRANCIS B. MAJORIE    fbmajorie@themajoriefirm.com, vrunning@themajoriefirm.com
- ROBERT E. MCPEAK    mcpeakr@ballardspahr.com, koronac@ballardspahr.com;LVDocket@ballardspahr.com
- SHAWN W MILLER    smiller@millerwrightlaw.com, ltreadway@millerwrightlaw.com;efile@millerwrightlaw.com
- ROBERT M MILLIMET    RRM@bickelbrewer.com
- ERVEN T. NELSON    enelson@djplaw.com
- VICTORIA L NELSON    vnelson@nevadafirm.com, bkecf@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagley@nevadafirm.com;apestonit@nevadafirm.com
- BOB L. OLSON    lvecffilings@gtlaw.com, olsonb@gtlaw.com;heilichj@gtlaw.com;lvlitdock@gtlaw.com

- JON T PEARSON    pearsonj@ballardspahr.com, LVDocket@ballardspahr.com;koronac@ballardspahr.com
- CRAIG E. POWER    cpower@cbylaw.com, nstephens@cbylaw.com;msegura@cbylaw.com;asprague@cbylaw.com
- DENNIS M. PRINCE    dprince@princekeating.com
- LISA A. RASMUSSEN    lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;julian@lrasmussenlaw.com
- CHRISTINE A ROBERTS    roberts@sullivanhill.com, hill@sullivanhill.com;vidovich@sullivanhill.com;stephens@sullivanhill.com;stein@sullivanhill.com;calderone@sullivanhill.com;manning@sullivanhill.com;iriarte@sullivanhill.com;millerick@sullivanhill.com;benoit@sullivanhill.com;ggarcia@sullivanhill.com
- MARTHA E. ROMERO    ROMERO@mromerolawfirm.com
- SEAN C. SOUTHARD    ssouthard@klestadt.com
- ELIZABETH E. STEPHENS    stephens@sullivanhill.com, calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivanhill.com;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanhill.com;benoit@sullivanhill.com;ggarcia@sullivanhill.com
- ERIC W. SWANIS    swanise@gtlaw.com, lvlitdock@gtlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, gina@sylvesterpolednak.com
- THE GARDEN CITY GROUP, INC. (cj)    craig.johnson@gardencitygroup.com, rvhteam@gcginc.com;Pacerteam@gardencitygroup.com;etlteam@gcginc.com
- AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
- U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
- LIANE K. WAKAYAMA    jwatt@maclaw.com, lwakayama@maclaw.com
- DAVID V. WILSON    dwilson@haysmcconn.com, gflores@haysmcconn.com
- KATHERINE M. WINDLER    katherine.windler@bryancave.com
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com
- FRANK J. WRIGHT    bankruptcy@hswgb.com

☒    **B.    UNITED STATES MAIL, postage fully prepaid**:

Hon. Robert C. Jones
United States District Court - Reno
400 S. Virginia St.
Reno, NV 89501
*Courtesy Copy*

United States Trustees Office
300 Las Vegas Boulevard, S, Room 4300
Las Vegas, NV 89101

Terrance Polen, Trustee
3502 S. Morgan Street
Seattle, WA 98118
*Request for Special Notice*

/ / /

/ / /

/ / /

/ / /

337188-v1                                                            - 4 -

1
2
3
4
5

☒ **D.    BY DIRECT E-MAIL (as opposed to through the ECF System)** (*List persons and email addresses.  Attach additional paper if necessary.*)  Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

***SEE ATTACHED SERVICE LISTS***

6
7

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 22, 2012 at San Diego, California.

8
9

*/s/ Jamie N. Vidovich*
Jamie N. Vidovich

**ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ**

### SERVICE LIST VIA DIRECT EMAIL

| | |
|---|---|
| Tracy L. Klestadt<br>Sean C. Southard<br>Joseph C. Corneau<br>Ian R. Winters<br>Klestadt & Winters, LLP<br>570 Seventh Avenue, 17th Floor<br>New York, NY 10018<br>tklestadt@klestadt.com; ssouthard@klestadt.com<br>iwinters@klestadt.com ; jcorneau@klestadt.com<br>porr@klestadt.com<br>*General Counsel for Debtors*<br>*ECF* | Randolph L. Howard<br>Natalie Cox<br>KOLESAR & LEATHAM, CHTD<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br>rhoward@klnevada.com<br>ncox@klnevada.com<br>*Local Counsel for Debtors*<br>*ECF* |
| Katherine Windler<br>BRYAN CAVE, LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>katherine.windler@bryancave.com<br>*Special Counsel for Debtors*<br>*ECF* | Henry P Baer<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022<br>henry.baer@lw.com<br>*Counsel for Epiq Bankruptcy Solutions* |
| Francis B. Majorie<br>THE MAJORIE FIRM, LTD<br>3514 Cedar Springs Road<br>Dallas, TX 75219<br>fbmajorie@themajoriefirm.com<br>*Counsel for Interested Party Silar Advisors, LP*<br>*and Silar Special Opportunities Fund, LP*<br>*ECF* | Melanie A. Hill, Esq.<br>LAW OFFICE OF MELANIE HILL<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, Nevada 89148<br>Melanie@MelanieHillLaw.com<br>*Local Counsel for Silar Advisors, L.P. and Silar Special*<br>*Opportunities Fund, L.P.*<br>*ECF* |
| William A. Brewer III<br>Luke McGrath<br>Alexander D. Widell<br>BICKEL & BREWER<br>767 Fifth Avenue, 50th Floor<br>New York, New York 101533<br>wab@bickelbrewer.com<br>lzm@bickelbrewer.com<br>*Counsel for Certain Direct Lenders*<br>***Request for Special Notice*** | Robert M. Millimet<br>Michael J. Collins<br>BICKEL & BREWER<br>4800 Bank One Center<br>1717 Main Street<br>Dallas, Texas 75201<br>mjc@bickelbrewer.com<br>rrm@bickelbrewer.com<br>*Counsel for Certain Direct Lenders*<br>***Request for Special Notice & ECF*** |

**ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ**

**SERVICE LIST VIA DIRECT EMAIL**

| | |
|---|---|
| Janet L. Chubb<br>Louis M. Bubala, III<br>ARMSTRONG TEASDALE LLP<br>50 W. Liberty Street, Ste. 950<br>Reno, NV 89501<br>jchubb@armstrongteasdale.com<br>lbubala@armstrongteasdale.com<br>*Counsel for the Kehl Family*<br>*& Local Counsel for Certain Direct Lenders*<br>***Request for Special Notice & ECF*** | Bradley J. Stevens<br>JENNINGS, STROUSS & SALMON, PLC<br>201 East Washington Street, 11 Floor<br>Phoenix, AZ 85004-2385<br>bstevens@jsslaw.com<br>*Counsel for Jennings, Strouss & Salmon*<br>***Request for Special Notice*** |
| Kirk Brett<br>DUVAL & STACHENFELD LLP<br>101 Park Avenue, 11th Floor<br>New York, NY 10178<br>kbrett@dsllp.com<br>*Counsel for Official Committee of Unsecured Creditors*<br>***Request for Special Notice*** | James D. Greene<br>GREENE INFUSO, LLP<br>3960 Howard Hughes Pkwy., Ste. 700<br>Las Vegas, NV 89169<br>jgreene@greeneinfusolaw.com<br>*Local Counsel for Official Committee of Unsecured Creditors*<br>***ECF*** |
| Anthony Vassallo<br>Tal Sapeika<br>Jeff Stein<br>THE GARDEN CITY GROUP, INC.<br>105 Maxess Rd.<br>Melville, NY 11747-3836<br>Anthony.Vassallo@gcginc.com<br>Tal.Sapeika@gcginc.com<br>Jeff.Stein@gcginc.com<br>***Request for Special Notice*** | Robert W. Ulm<br>414 Morning Glory Road<br>St. Mary's, GA 31558<br>robert.w.ulm@gmail.com<br>***Request for Special Notice*** |
| Craig E. Power<br>Lisa M. Norman<br>COKINOS, BOSIEN & YOUNG<br>Four Houston Center<br>1221 Lamar, 16th Floor<br>Houston, Texas 77010<br>cpower@cbylaw.com<br>*Counsel for G.T. Leach Builders, LLC*<br>***Request for Special Notice & ECF*** | David Wilson<br>HAYS, MCCONN, RICE & PICKERING<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>dwilson@haysmcconn.com<br>*Local Counsel for G.T. Leach Builders, LLC* |
| Barry Glaser<br>STECKBAUER WEINHART JAFFE, LLP<br>26 333 S. Hope Street, 36th Floor<br>Los Angeles, California 90071<br>bglaser@swjlaw.com<br>*Counsel for County of Los Angeles Tax Collector*<br>***Request for Special Notice*** | Jeffrey D. Patterson<br>Kelly J. Brinkman<br>GOOLD PATTERSON ALES & DAY<br>4496 South Pecos Road<br>Las Vegas, Nevada 89121<br>jpatterson@gooldpatterson.com<br>kbrinkman@gooldpatterson.com<br>*Local Counsel for County of Los Angeles Tax Collector*<br>***Request for Special Notice & ECF*** |

**ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ**

**SERVICE LIST VIA DIRECT EMAIL**

| | |
|---|---|
| Lisa A. Rasmussen<br>LAW OFFICE OF LISA RASMUSSEN, ESQ.<br>616 South 8th Street<br>Las Vegas, NV 89101<br>Lisa@LRasmussenLaw.com<br>*Counsel for Donna Cangelosi, et al.*<br>***Request for Special Notice & ECF*** | Scott August<br>SIERRA LIQUIDITY FUND, LLC<br>2699 White Road, Ste. 255<br>Irvine, CA 92614<br>saugust@sierrafunds.com<br>***Request for Special Notice*** |
| Gayle A. Kern<br>GAYLE A. KERN, LTD.<br>5421 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>gaylekern@kernltd.com<br>*Counsel for Sheppard, Mullin, Richter & Hampton*<br>***Request for Special Notice & ECF*** | Ori Katz<br>Michael Aherns, Esq.<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>OKatz@sheppardmullin.com<br>MAhrens@sheppardmullin.com<br>***Request for Special Notice*** |
| Rob Charles<br>LEWIS AND ROCA LLP<br>One South Church Avenue, Suite 700<br>Tucson, Arizona 85701-1611<br>RCharles@LRLaw.com<br>*Counsel for USACM Liquidating Trust*<br>***Request for Special Notice & ECF*** | John P Dillman<br>LINEBARGER GOGGAN BLAIR & SAMPSON<br>P.O. BOX 3064<br>Houston, TX 77253<br>Houston_bankruptcy@publicans.com<br>*Counsel for Harris County*<br>***Request for Special Notice*** |
| Joshua I. Divack<br>HAHN & HESSEN LLP<br>488 Madison Avenue<br>New York, New York 10022<br>jdivack@hahnhessen.com<br>*Counsel for SMOF-A, LLC*<br>***Request for Special Notice*** | Frank J. Wright<br>Wright Ginsberg Brusilow P.C.<br>14755 Preston Road, Suite 600<br>Dallas, TX 75254<br>bankruptcy@wgblawfirm.com<br>*Counsel for Hall Phoenix/Inwood Ltd. and Hall Financial Group, Ltd.*<br>***Request for Special Notice*** |
| Lorne R. Polger<br>PROCOPIO, CORY, HARGREAVES & SAVITCH<br>530 B Street, Suite 2100<br>San Diego, CA 92101-4469<br>lrp@procopio.com<br>*Counsel for CCM Pathfinder Gramercy, LLC* | Thomas F. Carlucci<br>Victor A. Vilaplana<br>Matthew J. Riopelle<br>FOLEY & LARDNER LLP<br>402 W. Broadway, Suite 2100<br>San Diego, CA 92101-3542<br>VVilaplana@foley.com<br>MRiopelle@foley.com<br>*Counsel for CCM Pathfinder Gramercy, LLC* |

**ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ**

**SERVICE LIST VIA DIRECT EMAIL**

| | |
|---|---|
| Victor Vilaplana<br>Matthew J. Riopelle<br>FOLEY & LARDNER<br>402 W. Broadway, Suite 2100<br>San Diego, CA 92101<br>vavilaplana@foley.com<br>mriopelle@foley.com<br>*Counsel for CCM Pathfinder Pompano Bay*<br>***Request for Special Notice*** | Victoria L. Nelson, Esq.<br>SANTORO, DRIGGS, WALCH,<br>KEARNEY, HOLLEY & THOMPSON<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>vnelson@nevadafirm.com<br>*Local Counsel for CCM Pathfinder Pompano Bay*<br>*ECF* |
| Timothy W. Walsh<br>Jason Karaffa<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>timothy.walsh@dlapiper.com<br>jason.karaffa@dlapiper.com<br>*Counsel for Klestadt & Winters, LLP<br>and Tracy L. Klestadt*<br>***Request for Special Notice & ECF*** | Timothy S. Cory<br>Law Offices of Timothy S. Cory & Associates<br>8831 W. Sahara Avenue<br>Las Vegas, NV 89102<br>tim.cory@corylaw.us<br>*Local Counsel for Klestadt & Winters, LLP<br>and Tracy L. Klestadt*<br>***Request for Special Notice & ECF*** |
| Dean T. Kirby, Jr.<br>KIRBY & MCGUINN<br>600 B Street, Suite 1950<br>San Diego, CA 92101<br>dkirby@kirbymac.com<br>*Counsel for Debt Acquisition Company of America, LLC*<br>*ECF* | Eric Swanis<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169<br>swanise@gtlaw.com<br>*Interested Party*<br>*ECF* |
| Rew R. Goodenow<br>PARSONS BEHLE & LATIMER<br>50 West Liberty Steet, Suite 750<br>Reno, NV 89501<br>RGoodenow@parsonsbehle.com<br>ECF@parsonsbehle.com<br>*Local Counsel for Silar Advisors, LP, Sara Pfrommer, Robert Leeds and Jay Gracin*<br>*ECF* | Joseph M. Stultz<br>J. Thomas Beckett<br>David P. Billings<br>Mark W. Dykes<br>PARSONS BEHLE & LATIMER<br>201 South Main Street<br>Salt Lake City, UT 84111<br>ECF@parsonsbehle.com<br>*Counsel for Silar Advisors, LP, Sara Pfrommer, Robert Leeds and Jay Gracin* |

**ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ**

**SERVICE LIST VIA DIRECT EMAIL**

| | |
|---|---|
| J. Stephen Peek<br>Bryce K. Kunimoto<br>Lars K. Evensen<br>HOLLAND & HART LLP<br>3800 Howard Hughes Parkway, 10th Floor<br>Las Vegas, Nevada 89169<br>speek@hollandhart.com<br>bkunimoto@hollandhart.com<br>lkevensen@hollandhart.com<br>MBurton@hollandhart.com<br>*Counsel for Bryan Cave LLC and Katherine Windler*<br>*Request for Special Notice & ECF* | Michael R. Bakst<br>Marla B. Neufeld<br>RUDEN MCCLOSKY, P.A.<br>222 Lakeview Avenue, Suite 800<br>West Palm Beach, FL 33401<br>michael.bakst@ruden.com<br>marla.neufeld@ruden.com<br><br>*Request for Special Notice* |
| Pamela Smith Holleman<br>SULLIVAN & WORCESTER, LLP<br>One Post Office Square<br>Boston, MA 02109<br>pholleman@sandw.com | Jeffrey R. Sylvester<br>SYLVESTER & POLEDNAK<br>7371 Prairie Falcon Road, Suite 120<br>Las Vegas, NV 89128<br>jeff@sylvesterpolednak.com<br>*Local Counsel for Sullivan & Worcester, LLP* |
| Dean C. Waldt<br>BALLARD SPAHR LLP<br>Plaza 1000 - Suite 500 Main Street<br>Voorhees, NJ 08043-4636<br>waldtd@ballardspahr.com<br>*Counsel for Carallas Holdings, Inc.*<br>*Request for Special Notice* | David A. Barksdale<br>Jon Pearson<br>BALLARD SPAHR LLP<br>100 North City Parkway, Suite 1750<br>Las Vegas, NY 89106-4617<br>barksdaled@ballardspahr.com<br>pearsonj@ballardspahr.com<br>*Local Counsel for Carallas Holdings, Inc.*<br>*Request for Special Notice* |
| Ryan J. Works, Esq.<br>McDONALD CARANO WILSON LLP<br>2300 West Sahara Avenue, Suite 1000<br>Las Vegas, Nevada 89102<br>rworks@mcdonaldcarano.com<br>*Counsel for Alliance Realty Partners, LLC*<br>*AND*<br>*Counsel for Defendants Parke S. Teal, Richard K. Basso, and Mark Collins in Adversary Case No. 11-01080-RCJ*<br>*ECF & Request for Special Notice* | Liane K. Wakayama, Esq.<br>MARQUIS & AURBACH<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Email: lwakayama@marquisaurbach.com<br>kchandler@marquisaurbach.com<br>*Counsel for Tom Grimmett, as Receiver in Related U.S. District Court Case*<br>*Request for Special Notice* |

**ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ**

**SERVICE LIST VIA DIRECT EMAIL**

| | |
|---|---|
| Richard C. Greenberg<br>Michael J. Weinberger<br>GREENBERG, WHITCOMBE & TAKEUCHI, LLP<br>21515 Hawthorne Blvd., Ste.450<br>Torrance, CA 90503<br>rgreenberg@gwtllp.com<br>mweinberger@gwtllp.com<br>*Counsel for Commercial Mortgage Managers, Inc.* | Amy N. Tirre<br>LAW OFFICES OF AMY N. TIRRE<br>3715 Lakeside Drive, Suite A<br>Reno, NV 89509<br>amy@amytirrelaw.com<br>*Local Counsel for Commercial Mortgage Managers, Inc.* |

McAlan Duncan
Cory Emerson
CROSS FLS
16475 North Dallas, Parkway, Suite 550
Addison, TX 75001
mduncan@crossfls.com
cemerson@crossfls.com

IN RE ASSET RESOLUTION, LLC, ET AL., CASE NO. 09-32824-RCJ
MARGARITA ANNEX DIRECT LENDER LIST

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| AUDREY A ROE | 2211 LOUSETOWN RD | RENO | NV | 89521 |
| PAUL BRUGGEMANS | 385 W TAHQUITZ CANYON WAY | PALM SPRINGS | CA | 92262 |
| EVELYN KITT | 2128 EAGLEPATH CIR | HENDERSON | NV | 89074 |
| ELIZABETH STRYKS SHAW | 1545 BROADWAY APT 308 | SAN FRANCISCO | CA | 94109 |
| MICHAELIAN HOLDINGS, LLC | 413 CANYON GREENS DR | LAS VEGAS | NV | 89144 |
| JAMES PAUL GOODE | 92-1500 MAKAKILO DRIVE | KAPOLEI | HI | 96707 |
| JAMES W. SHAW IRA | 14225 PRAIRIE FLOWER CT. | RENO | NV | 89511 |
| JAMES & ANN DERY | 10 Longmeadow Ln. | Beachwood | OH | 44122 |
| ALICE HUMPHRY& VALERIE JAEGER | 2000 Laguna Street | Pahrump | NV | 89048-5761 |
| RODERICK W. LINS | 1502 STANFORD DR | CARSON CITY | NV | 89701 |
| DR. DAVID R. ENRICO & DR. BONNY K. ENRICO | P.O. BOX 1524 | DRIGGS | ID | 83422 |
| MICHAEL JOHN GOODWIN | 555 YELLOW PINE RD | RENO | NV | 89511 |
| KTAYLORGO INVESTMENTS, LTD. | PO BOX 911209 | ST GEORGE | UT | 84791 |
| ROBIN & CELIA ALLEN-GRAHAM | 1460 TWINRIDGE RD | SANTA BARBARA | CA | 93111 |
| PHILIP & NANCI PALMINTERE | 11219 STAUFFER LN | CUPERTINO | CA | 95014 |
| LARRY & PATSY RIEGER | 2615 GLEN EAGLES DR | RENO | NV | 89523 |
| PAUL & SUSAN HARGIS | 28640 Wahoo Drive | Bonita Springs | FL | 34135 |
| WILLIAM & PENNY DUPIN | 545 COLE CIR | INCLINE VILLAGE | NV | 89451 |
| JANICE W BRADBURY | 1250 RIVER FLOW WAY | EAGLE | ID | 83616 |
| DENNIS & DONNA SIPIORSKI | 1312 JACKIE LN | MINDEN | NV | 89423 |
| ARTHUR V ADAMS | 9519 CARTERWOOD RD | RICHMOND | VA | 23229 |
| ALAN & PATTY DONDERO | 1930 VILLAGE CENTER CIR. UNIT 3-273 | LAS VEGAS | NV | 89134 |
| DONNA M CANGELOSI | 5860 LAUSANNE DR | RENO | NV | 89511 |
| DAVID M. THATCHER | PO BOX 37 | SEDALIA | CO | 80135 |
| LAWRENCE & LORRAINE TENGAN | 504 EDGEFIELD RIDGE PL | HENDERSON | NV | 89012 |
| BLAIR & BARBARA ROACH | PO BOX 1238 | ZEPHYR COVE | NV | 89448 |
| STEVEN K ANDERSON | 1024 NAWKEE DR | N LAS VEGAS | NV | 89031 |
| RONALD C BUSK | 10624 S EASTERN AVE # A161 | HENDERSON | NV | 89052 |
| T CLAIRE HARPER | 541 W 2ND ST | RENO | NV | 89503 |
| JACK & ALICE HUMPHRY | 2000 Laguna Street | Pahrump | NV | 89048-5761 |
| JACK POLEN | 3150 E TROPICANA AVE APT 234 | LAS VEGAS | NV | 89121 |
| JOSEPH & CAROL ZAPPULLA | 3128 E. BLUE SAGE CT. | GILBERT | AZ | 85297 |
| LEON & SUZY SINGER | 2601 BYRON DR | LAS VEGAS | NV | 89134 |
| POLYCOMP | 3000 LAVA RIDGE COURT #130 | ROSEVILLE | CA | 95661 |
| RAYMOND & MARGARET SMITH | PO BOX 1195 | MINDEN | NV | 89423 |
| ROBERT S SPECKERT | 2128 RED DAWN SKY ST | LAS VEGAS | NV | 89134 |
| RICHARD J RYAN | 9072 SUNDIAL DR | LAS VEGAS | NV | 89134 |
| THOMAS & ANNE SANFORD | 22225 MISNER RD | LAPWAI | ID | 83540 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| TODD DAVIS | 360 WEST 55TH STREET, APT 1G | NEW YORK | NY | 10019 |
| JAMES & REBA CARDWELL | 505 E WINDMILL LN # 1-B-158 | LAS VEGAS | NV | 89123 |
| EARL HOWSLEY, JR. | PO BOX 11044 | RENO | NV | 89510 |
| MIKE WAGNON | 536 SOUTH ATLANTIC AVE. | VIRGINIA BEACH | VA | 23451 |
| WOLF & CLAUDIA VOSS | 14 VIA AMBRA | NEWPORT BEACH | CA | 92657 |
| WILSON & VIRGINIA RICHARDS | 20075 BLACK BUTTE RD | LEWISTOWN | MT | 59457 |
| RAYMOND & KAREN EBERLIN | PO BOX 6795 | STATELINE | NV | 89449 |
| HOMFELD II, LLC | 2515 N ATLANTIC BLVD | FORT LAUDERDALE | FL | 33305 |
| HAROLD EPSTEIN | 40 West 3rd #703 | San Mateo | CA | 94402 |
| LARRY & KATHLEEN LEHRMANN | 204 W. MILL VALLEY DR | COLLEYVILLE | TX | 76034 |
| MARK & SANDRA EAMES | 7849 S VALENTIA ST | CENTENNIAL | CO | 80112 |
| BERT E ARNLUND | 82 INNISBROOK AVE | LAS VEGAS | NV | 89113 |
| BRADFORD & MAGGIE SMITH | PO BOX 1455 | FELTON | CA | 95018 |
| DONALD & NANCY HERRMANN | 15212 STINSON DR | GRASS VALLEY | CA | 95949 |
| JOHN MALLIN JR & MARIE MALLIN | 9809 PINNACLE PASS DR | LAS VEGAS | NV | 89117 |
| CHARLES B ANDERSON | 211 COPPER RIDGE CT | BOULDER CITY | NV | 89005 |
| RICHARD N. DAHLKE | 25 HARMONY LN | WALNUT CREEK | CA | 94597 |
| JON & TAMARA JENSEN | 3777 N 161ST AVE | GOODYEAR | AZ | 85395 |
| ROBERT & DONNA ROBERTS | 4708 NE 199TH AVE | VANCOUVER | WA | 98682 |
| KENNETH & PHYLLIS WYATT | PO BOX 370400 | LAS VEGAS | NV | 89137 |
| WILLIAM & BETTY OGREN | 22102 SHANNONDELL DRIVE | AUDUBON | PA | 19403 |
| ANGELA MOSINSKIS | 7563 MCCONNELL AVE | LOS ANGELES | CA | 90045 |

IN RE ASSET RESOLUTION, LLC, ET AL., CASE NO. 09-32824-RCJ
MARGARITA ANNEX DIRECT LENDER LIST

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| MICHAEL & JO ANN MALONEY | 2198 PEYTEN PARK ST | HENDERSON | NV | 89052 |
| JACQUELINE THURMOND | 1512 MACDONALD RANCH DR | HENDERSON | NV | 89012 |
| JOHN & DOREEN CLENDENING | 1250 DAVIDSON WAY | RENO | NV | 89509 |
| GRABLE B. RONNING | PO BOX 7804 | INCLINE VILLAGE | NV | 89452 |
| CROSBIE B. RONNING | PO BOX 7804 | INCLINE VILLAGE | NV | 89452 |
| SYLVIA HOOKS IRA | 10405 SHOALHAVEN DR. | LAS VEGAS | NV | 89134 |
| STEPHEN & SIDNEY HAWLEY | 9008 EMERALD HILL WAY | LAS VEGAS | NV | 89117 |
| PAT & LORA DOLCE | 4410 W JEFFERSON BLVD | LOS ANGELES | CA | 90016 |
| S & P DAVIS LIMITED PARTNERSHIP | 737 Bannerman Lane | FORT MILL | SC | 29715 |
| ROBERT & PAULA BENDER | 733 CHAMPAGNE RD | INCLINE VILLAGE | NV | 89451 |
| ALDON & DEEDRA COOK | 259 Hammock Terrace | VENICE | FL | 34293 |
| ARADA INVESTMENTS, LLC | 7121 N PLACITA SIN CODICIA | TUCSON | AZ | 85718 |
| WILLIAM F. ERRINGTON | 1335 S SANTA BARBARA DR | MINDEN | NV | 89423 |
| MICHAEL T. BRIDGES | 4235 CITRUS CIR | YORBA LINDA | CA | 92886 |
| GLORIA M. SWETT & DEBORAH H. NOGAIM | 3635 JEWEL CAVE DR | LAS VEGAS | NV | 89122 |
| C. K. KHURY &IRENE K. BASS | 1930 VILLAGE CENTER CIR PMB 3-387 | LAS VEGAS | NV | 89134 |
| DENNIS A. DEVITO | 17071 W DIXIE HWY | MIAMI | FL | 33160 |
| PHILIP & LISA HOWELL | 46-421 MANITOU DRIVE | INDIAN WELLS | CA | 92210 |
| ELLEN V. DUSTMAN & OLIVER HENRY | 440 CALHOUN ST | PORT TOWNSEND | WA | 98368 |
| TGBA PROPERTIES | 6223 BUFFALO RUN | LITTLETON | CO | 80125 |
| ELEANOR VARELLI | 1212 N LAKE SHORE DR APT 23CN | CHICAGO | IL | 60610 |
| VICKIE PIEPER | 2664 SAN LAGO CT | LAS VEGAS | NV | 89121 |
| ANNE E. ABRAMS | 10490 WILSHIRE BLVD APT 703 | LOS ANGELES | CA | 90024 |
| MALDEN VENTURES LTD. DEFINED BENEFIT PENSION PLAN | PO BOX 10162 | ZEPHYR COVE | NV | 89448 |
| DAVID B. CHAFFIN, MD & RENEE A. CHAFFIN | 1855 MANZANITA CIR | RENO | NV | 89509 |
| MICHAEL & IRIT RAICHBART | 2920 DEER HOLLOW LN. | LIVERMORE | CA | 94550 |
| EDWARD & LEAH KLINE | 9932 ARBUCKLE DR | LAS VEGAS | NV | 89134 |
| EDWIN E. ARNOLD IRA | 20170 REDWOOD DR. | FORESTHILL | CA | 95631 |
| ROSE F. SWAYZE | PO BOX 946 | CRYSTAL BAY | NV | 89402 |
| DAVID A. KINGMAN | PO BOX 209 | GLENBROOK | NV | 89413 |
| DONALD & PATRICIA VIRTS | 2400 Hidden Hills Ln | LINCOLN | CA | 89502 |
| SIERRA LIQUIDITY FUND, LLC | 2699 WHITE ROAD, STE #255 | IRVINE | CA | 92614 |
| COMPASS PARTNERS LLC | 333 SEVENTH AVENUE, THIRD FLOOR | NEW YORK | NY | 10001 |
| COMPASS USA SPE, LLC | 333 SEVENTH AVE, THIRD FLOOR | NEW YORK | NY | 10001 |
| ALAN & GAIL ROBINSON | 4919 N MILDRED ST | TACOMA | WA | 98407 |
| ROBERT L. OGREN | 3768 RICK STRATTON DR | LAS VEGAS | NV | 89120 |
| DENNIS FLIER | 20155 PORTO VITA WAY APT 1803 | AVENTURA | FL | 33180 |
| EDWARD D. EARL | 121 W HIGHLAND DR | HENDERSON | NV | 89015 |