SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  James P. Hill, CA SBN 90478 (Pro Hac Vice)
  Jonathan S. Dabbieri, SBN 91963 (Pro Hac Vice)
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone:  (702) 382-6440
Fax Number: (702) 384-9102

Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

**Electronically Filed: July 16, 2012**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>            Debtor.<br><br>─────────────────────────<br>Affects:<br><br>☒ All Debtors<br>☐ Asset Resolution, LLC, 09-32824<br>☐ Bundy 2.5 Million SPE, LLC, 09-32831<br>☐ Bundy Five Million SPE, LLC, 09-32839<br>☐ CFP Anchor B SPE, LLC, 09-32843<br>☐ CFP Cornman Toltec SPE, LLC, 09-32844<br>☐ CFP Gess SPE LLC, 09-32846<br>☐ CFP Gramercy SPE, LLC, 09-32849<br>☐ Fiesta Stoneridge, LLC, 09-32851<br>☐ Fox Hills SPE, LLC, 09-32853<br>☐ HFAH Monaco SPE LLC, 09-32868<br>☐ Huntsville SPE LLC, 09-32873<br>☐ Lake Helen Partners SPE LLC, 09-32875<br>☐ Ocean Atlantic SPE LLC, 09-32878<br>☐ Shamrock SPE LLC, 09-32880<br>☐ 10-90 SPE, LLC, 09-32882 | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br><br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ;  BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ;  BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ;  BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ;  BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ;  BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ;  BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ;  BK-S-09-32882-RCJ<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br>Ctrm:  RCJ - Courtroom 6<br>         Bruce R. Thompson Federal Building<br>         400 S. Virginia Street<br>         Reno, NV 89501<br>Judge: Hon. Robert C. Jones |

/ / /

/ / /

/ / /

- 1 -

306631-v1

I am employed in San Diego County.  I am over the age of 18 and not a party to this action.

My business address is 550 West C Street, Suite 1500, San Diego, California 92101.

On July 16, 2012, I served the foregoing document(s), described as:

1. **[PROPOSED] AGREED ORDER REGARDING SETTLEMENT AND RELATED RELIEF**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **A.    ECF SYSTEM** On July 16, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- J. THOMAS BECKETT    ECF@parsonsbehle.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com, smcmullen@gooldpatterson.com
- LOUIS M. BUBALA    lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com
- ROBERT M. CHARLES    rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com
- JANET L. CHUBB    bsalinas@armstrongteasdale.com
- EMILY G. CLARK    eclark@lrlaw.com, jvienneau@lrlaw.com;jmoulian@lrlaw.com;lbrowning@lrlaw.com
- DAVID A. COLVIN    dcolvin@maclaw.com, mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com
- JOSEPH C. CORNEAU    jcorneau@klestadt.com
- TIMOTHY S CORY    tim.cory@corylaw.us, NV11@ecfcbis.com
- TIMOTHY S. CORY    tcory@djplaw.com, sbryant@djplaw.com
- NATALIE M. COX    ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com
- JONATHAN S. DABBIERI    dabbieri@sullivanhill.com, hill@sullivanhill.com;hawkins@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;stein@sullivanhill.com;benoit@sullivanhill.com;ggarcia@sullivanhill.com;murdock@sullivanhill.com
- LARS EVENSEN    lkevensen@hollandhart.com, ckelly@hollandhart.com;ecftevensen_bk@hollandhart.com;glpacheco@hollandhart.com
- JASON CHANDLER FARRINGTON    jason@farringtonlawfirm.com
- DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;jberghammer@gerrard-cox.com;jbidwell@gerrard-cox.com;kmckay@gerrard-cox.com
- JONATHAN B. GOLDSMITH    jonathan@vegaslawsite.com, goldecf@gmail.com
- REW R. GOODENOW    ecf@parsonsbehle.com
- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
- JAMES D. GREENE    jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, selenav@goldguylaw.com;kdavis@goldguylaw.com;peterc@goldguylaw.com

- DANIEL T HAYWARD    dhayward@laxalt-nomura.com, PPUTNAM@LAXALT-NOMURA.COM
- MELANIE A. HILL    filings@whiteandwetherall.com, ksmith@whiteandwetherall.com
- RICHARD F. HOLLEY    rholley@nevadafirm.com, vnelson@nevadafirm.com;bkecf@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com
- BRIAN E HOLTHUS    bankruptcy@juww.com
- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com,bankruptcy@klnevada.com
- BRIAN A. JENNINGS    bjennings@perkinscoie.com, MLMaag@perkinscoie.com
- GAYLE A. KERN    gakltd@kernltd.com, christinelamia@kernltd.com;sfroberts@kernltd.com;nicolemilton@kernltd.com
- ROBERT R. KINAS    rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;jbucceri@swlaw.com
- DEAN T. KIRBY    dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com
- JOANNA S. KISHNER    timothy.walsh@dlapiper.com, jason.karaffa@dlapiper.com
- TRACY L. KLESTADT    tklestadt@klestadt.com, tklestadt@gmail.com
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com,bankruptcy@klnevada.com
- WILLIAM A LEONARD    biff7tte@mindspring.com, ca46@ecfcbis.com
- FRANCIS B. MAJORIE    fbmajorie@themajoriefirm.com
- WILLIAM MCGRANE    william.mcgrane@mcgranellp.com, anna.song@mcgranellp.com
- ROBERT E. MCPEAK    mcpeakr@ballardspahr.com
- SHAWN W MILLER    smiller@millerwrightlaw.com, efile@millerwrightlaw.com;cmiller@millerwrightlaw.com;randerson@millerwrightlaw.com
- ROBERT M MILLIMET    RRM@bickelbrewer.com
- STEPHEN MOLLATH    joan@prezantmollath.com
- ERVEN T. NELSON    enelson@djplaw.com
- VICTORIA L NELSON    vnelson@nevadafirm.com, bkecf@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagley@nevadafirm.com;apestonit@nevadafirm.com
- BOB L. OLSON    lvecffilings@gtlaw.com, olsonb@gtlaw.com;heilichj@gtlaw.com;lvlitdock@gtlaw.com
- JON T PEARSON    pearsonj@ballardspahr.com, LVDocket@ballardspahr.com;koronac@ballardspahr.com
- CRAIG E. POWER    cpower@cbylaw.com, nstephens@cbylaw.com;msegura@cbylaw.com;asprague@cbylaw.com
- DENNIS M. PRINCE    dprince@princekeating.com, aebinger@princekeating.com
- LISA A. RASMUSSEN    lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;julian@lrasmussenlaw.com
- CHRISTINE A ROBERTS    roberts@sullivanhill.com, hill@sullivanhill.com;vidovich@sullivanhill.com;stephens@sullivanhill.com;stein@sullivanhill.com;calderone@sullivanhill.com;manning@sullivanhill.com;iriarte@sullivanhill.com;millerick@sullivanhill.com;murdock@sullivanhill.com;ggarcia@sullivanhill.com
- MARTHA E. ROMERO    ROMERO@mromerolawfirm.com
- SEAN C. SOUTHARD    ssouthard@klestadt.com

306631-v1

- ELIZABETH E. STEPHENS    stephens@sullivanhill.com, calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivanhill.com;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanhill.com;benoit@sullivanhill.com;ggarcia@sullivanhill.com;murdock@sullivanhill.com
- ERIC W. SWANIS    swanise@gtlaw.com, lvlitdock@gtlaw.com;bonnerc@gtlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com
- THE GARDEN CITY GROUP, INC. (cj)    craig.johnson@gardencitygroup.com, rvhteam@gcginc.com;Pacerteam@gardencitygroup.com;etlteam@gcginc.com
- AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
- U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
- LIANE K. WAKAYAMA    jwatt@maclaw.com, lwakayama@maclaw.com
- DAVID V. WILSON    dwilson@haysmcconn.com, gflores@haysmcconn.com
- KATHERINE M. WINDLER    katherine.windler@bryancave.com
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com
- FRANK J. WRIGHT    fwright@wgblawfirm.com

☒   **B.    UNITED STATES MAIL, postage fully prepaid**:

| Hon. Robert C. Jones | United States Trustees Office |
| United States District Court - Reno | 300 Las Vegas Boulevard, S, Room 4300 |
| 400 S. Virginia St. | Las Vegas, NV 89101 |
| Reno, NV 89501 | |
| *Courtesy Copy* | |

Terrance Polen, Trustee
3502 S. Morgan Street
Seattle, WA 98118
*Request for Special Notice*

☒   **D.    BY DIRECT E-MAIL (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary.*)  Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

***SEE ATTACHED SERVICE LIST***

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2012 at San Diego, California.

                                         */s/ Jamie N. Vidovich*
                                         Jamie N. Vidovich

**ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ**

**SERVICE LIST VIA DIRECT EMAIL**

| | |
|---|---|
| Tracy L. Klestadt<br>Sean C. Southard<br>Joseph C. Corneau<br>Ian R. Winters<br>Klestadt & Winters, LLP<br>570 Seventh Avenue, 17th Floor<br>New York, NY  10018<br>tklestadt@klestadt.com; ssouthard@klestadt.com<br>iwinters@klestadt.com ; jcorneau@klestadt.com<br>porr@klestadt.com<br>*General Counsel for Debtors*<br>*ECF* | Randolph L. Howard<br>Natalie Cox<br>KOLESAR & LEATHAM, CHTD<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br>rhoward@klnevada.com<br>ncox@klnevada.com<br>*Local Counsel for Debtors*<br>*ECF* |
| Katherine Windler<br>BRYAN CAVE, LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>katherine.windler@bryancave.com<br>*Special Counsel for Debtors*<br>*ECF* | Henry P Baer<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022<br>henry.baer@lw.com<br>*Counsel for Epiq Bankruptcy Solutions* |
| Francis B. Majorie<br>THE MAJORIE FIRM, LTD<br>3514 Cedar Springs Road<br>Dallas, TX 75219<br>fbmajorie@themajoriefirm.com<br>*Counsel for Interested Party Silar Advisors, LP and Silar Special Opportunities Fund, LP*<br>*ECF* | Melanie A. Hill, Esq.<br>LAW OFFICE OF MELANIE HILL<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, Nevada 89148<br>Melanie@MelanieHillLaw.com<br>*Local Counsel for Silar Advisors, L.P. and Silar Special Opportunities Fund, L.P.*<br>*ECF* |
| William A. Brewer III<br>Luke McGrath<br>Alexander D. Widell<br>BICKEL & BREWER<br>767 Fifth Avenue, 50th Floor<br>New York, New York 101533<br>wab@bickelbrewer.com<br>lzm@bickelbrewer.com<br>*Counsel for Certain Direct Lenders*<br>***Request for Special Notice*** | Robert M. Millimet<br>Michael J. Collins<br>BICKEL & BREWER<br>4800 Bank One Center<br>1717 Main Street<br>Dallas, Texas 75201<br>mjc@bickelbrewer.com<br>rrm@bickelbrewer.com<br>*Counsel for Certain Direct Lenders*<br>***Request for Special Notice & ECF*** |

**ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ**

**SERVICE LIST VIA DIRECT EMAIL**

| | |
|---|---|
| Janet L. Chubb<br>Louis M. Bubala, III<br>ARMSTRONG TEASDALE LLP<br>50 W. Liberty Street, Ste. 950<br>Reno, NV 89501<br>jchubb@armstrongteasdale.com<br>lbubala@armstrongteasdale.com<br>*Counsel for the Kehl Family*<br>*& Local Counsel for Certain Direct Lenders*<br>***Request for Special Notice & ECF*** | Bradley J. Stevens<br>JENNINGS, STROUSS & SALMON, PLC<br>201 East Washington Street, 11 Floor<br>Phoenix, AZ 85004-2385<br>bstevens@jsslaw.com<br>*Counsel for Jennings, Strouss & Salmon*<br>***Request for Special Notice*** |
| Kirk Brett<br>DUVAL & STACHENFELD LLP<br>101 Park Avenue, 11th Floor<br>New York, NY 10178<br>kbrett@dsllp.com<br>*Counsel for Official Committee of Unsecured Creditors*<br>***Request for Special Notice*** | James D. Greene<br>GREENE INFUSO, LLP<br>3960 Howard Hughes Pkwy., Ste. 700<br>Las Vegas, NV 89169<br>jgreene@greeneinfusolaw.com<br>*Local Counsel for Official Committee of Unsecured Creditors*<br>***ECF*** |
| Anthony Vassallo<br>Tal Sapeika<br>Jeff Stein<br>THE GARDEN CITY GROUP, INC.<br>105 Maxess Rd.<br>Melville, NY 11747-3836<br>Anthony.Vassallo@gcginc.com<br>Tal.Sapeika@gcginc.com<br>Jeff.Stein@gcginc.com<br>***Request for Special Notice*** | Robert W. Ulm<br>414 Morning Glory Road<br>St. Mary's, GA 31558<br>robert.w.ulm@gmail.com<br>***Request for Special Notice*** |
| Craig E. Power<br>Lisa M. Norman<br>COKINOS, BOSIEN & YOUNG<br>Four Houston Center<br>1221 Lamar, 16th Floor<br>Houston, Texas 77010<br>cpower@cbylaw.com<br>*Counsel for G.T. Leach Builders, LLC*<br>***Request for Special Notice & ECF*** | David Wilson<br>HAYS, MCCONN, RICE & PICKERING<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>dwilson@haysmcconn.com<br>*Local Counsel for G.T. Leach Builders, LLC* |
| Barry Glaser<br>STECKBAUER WEINHART JAFFE, LLP<br>26 333 S. Hope Street, 36th Floor<br>Los Angeles, California 90071<br>bglaser@swjlaw.com<br>*Counsel for County of Los Angeles Tax Collector*<br>***Request for Special Notice*** | Jeffrey D. Patterson<br>Kelly J. Brinkman<br>GOOLD PATTERSON ALES & DAY<br>4496 South Pecos Road<br>Las Vegas, Nevada 89121<br>jpatterson@gooldpatterson.com<br>kbrinkman@gooldpatterson.com<br>*Local Counsel for County of Los Angeles Tax Collector*<br>***Request for Special Notice & ECF*** |

**ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ**

**SERVICE LIST VIA DIRECT EMAIL**

| | |
|---|---|
| Lisa A. Rasmussen<br>LAW OFFICE OF LISA RASMUSSEN, ESQ.<br>616 South 8th Street<br>Las Vegas, NV 89101<br>Lisa@LRasmussenLaw.com<br>*Counsel for Donna Cangelosi, et al.*<br>***Request for Special Notice & ECF*** | Scott August<br>SIERRA LIQUIDITY FUND, LLC<br>2699 White Road, Ste. 255<br>Irvine, CA 92614<br>saugust@sierrafunds.com<br>***Request for Special Notice*** |
| Gayle A. Kern<br>GAYLE A. KERN, LTD.<br>5421 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>gaylekern@kernltd.com<br>*Counsel for Sheppard, Mullin, Richter & Hampton*<br>***Request for Special Notice & ECF*** | Ori Katz<br>Michael Aherns, Esq.<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>OKatz@sheppardmullin.com<br>MAhrens@sheppardmullin.com<br>***Request for Special Notice*** |
| Rob Charles<br>LEWIS AND ROCA LLP<br>One South Church Avenue, Suite 700<br>Tucson, Arizona 85701-1611<br>RCharles@LRLaw.com<br>*Counsel for USACM Liquidating Trust*<br>***Request for Special Notice & ECF*** | John P Dillman<br>LINEBARGER GOGGAN BLAIR & SAMPSON<br>P.O. BOX 3064<br>Houston, TX 77253<br>Houston_bankruptcy@publicans.com<br>*Counsel for Harris County*<br>***Request for Special Notice*** |
| Joshua I. Divack<br>HAHN & HESSEN LLP<br>488 Madison Avenue<br>New York, New York 10022<br>jdivack@hahnhessen.com<br>*Counsel for SMOF-A, LLC*<br>***Request for Special Notice*** | Frank J. Wright<br>Wright Ginsberg Brusilow P.C.<br>14755 Preston Road, Suite 600<br>Dallas, TX 75254<br>bankruptcy@wgblawfirm.com<br>*Counsel for Hall Phoenix/Inwood Ltd. and Hall Financial Group, Ltd.*<br>***Request for Special Notice*** |
| Lorne R. Polger<br>PROCOPIO, CORY, HARGREAVES & SAVITCH<br>530 B Street, Suite 2100<br>San Diego, CA 92101-4469<br>lrp@procopio.com<br>*Counsel for CCM Pathfinder Gramercy, LLC* | Thomas F. Carlucci<br>Victor A. Vilaplana<br>Matthew J. Riopelle<br>FOLEY & LARDNER LLP<br>402 W. Broadway, Suite 2100<br>San Diego, CA 92101-3542<br>VVilaplana@foley.com<br>MRiopelle@foley.com<br>*Counsel for CCM Pathfinder Gramercy, LLC* |

**ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ**

**SERVICE LIST VIA DIRECT EMAIL**

| | |
|---|---|
| Victor Vilaplana<br>Matthew J. Riopelle<br>FOLEY & LARDNER<br>402 W. Broadway, Suite 2100<br>San Diego, CA 92101<br>vavilaplana@foley.com<br>mriopelle@foley.com<br>*Counsel for CCM Pathfinder Pompano Bay*<br>***Request for Special Notice*** | Victoria L. Nelson, Esq.<br>SANTORO, DRIGGS, WALCH,<br>KEARNEY, HOLLEY & THOMPSON<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>vnelson@nevadafirm.com<br>*Local Counsel for CCM Pathfinder Pompano Bay*<br>*ECF* |
| Timothy W. Walsh<br>Jason Karaffa<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>timothy.walsh@dlapiper.com<br>jason.karaffa@dlapiper.com<br>*Counsel for Klestadt & Winters, LLP<br>and  Tracy L. Klestadt*<br>***Request for Special Notice & ECF*** | Timothy S. Cory<br>Law Offices of Timothy S. Cory & Associates<br>8831 W. Sahara Avenue<br>Las Vegas, NV 89102<br>tim.cory@corylaw.us<br>*Local Counsel for Klestadt & Winters, LLP<br>and  Tracy L. Klestadt*<br>***Request for Special Notice & ECF*** |
| Dean T. Kirby, Jr.<br>KIRBY & MCGUINN<br>600 B Street, Suite 1950<br>San Diego, CA 92101<br>dkirby@kirbymac.com<br>*Counsel for Debt Acquisition Company of America, LLC*<br>*ECF* | Eric Swanis<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169<br>swanise@gtlaw.com<br>*Interested Party*<br>*ECF* |
| Rew R. Goodenow<br>PARSONS BEHLE & LATIMER<br>50 West Liberty Steet, Suite 750<br>Reno, NV 89501<br>RGoodenow@parsonsbehle.com<br>ECF@parsonsbehle.com<br>*Local Counsel for Silar Advisors, LP, Sara Pfrommer, Robert Leeds and Jay Gracin*<br>*ECF* | Joseph M. Stultz<br>J. Thomas Beckett<br>David P. Billings<br>Mark W. Dykes<br>PARSONS BEHLE & LATIMER<br>201 South Main Street<br>Salt Lake City, UT 84111<br>ECF@parsonsbehle.com<br>*Counsel for Silar Advisors, LP, Sara Pfrommer, Robert Leeds and Jay Gracin* |

**ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ**

**SERVICE LIST VIA DIRECT EMAIL**

| | |
|---|---|
| J. Stephen Peek<br>Bryce K. Kunimoto<br>Lars K. Evensen<br>HOLLAND & HART LLP<br>3800 Howard Hughes Parkway, 10th Floor<br>Las Vegas, Nevada 89169<br>speek@hollandhart.com<br>bkunimoto@hollandhart.com<br>lkevensen@hollandhart.com<br>MBurton@hollandhart.com<br>*Counsel for Bryan Cave LLC and Katherine Windler*<br>***Request for Special Notice & ECF*** | Michael R. Bakst<br>Marla B. Neufeld<br>RUDEN MCCLOSKY, P.A.<br>222 Lakeview Avenue, Suite 800<br>West Palm Beach, FL 33401<br>michael.bakst@ruden.com<br>marla.neufeld@ruden.com<br><br>***Request for Special Notice*** |
| Pamela Smith Holleman<br>SULLIVAN & WORCESTER, LLP<br>One Post Office Square<br>Boston, MA 02109<br>pholleman@sandw.com | Jeffrey R. Sylvester<br>SYLVESTER & POLEDNAK<br>7371 Prairie Falcon Road, Suite 120<br>Las Vegas, NV 89128<br>jeff@sylvesterpolednak.com<br>*Local Counsel for Sullivan & Worcester, LLP* |
| Dean C. Waldt<br>BALLARD SPAHR LLP<br>Plaza 1000 - Suite 500 Main Street<br>Voorhees, NJ 08043-4636<br>waldtd@ballardspahr.com<br>*Counsel for Carallas Holdings, Inc.*<br>***Request for Special Notice*** | David A. Barksdale<br>Jon Pearson<br>BALLARD SPAHR LLP<br>100 North City Parkway, Suite 1750<br>Las Vegas, NY 89106-4617<br>barksdaled@ballardspahr.com<br>pearsonj@ballardspahr.com<br>*Local Counsel for Carallas Holdings, Inc.*<br>***Request for Special Notice*** |
| Ryan J. Works, Esq.<br>McDONALD CARANO WILSON LLP<br>2300 West Sahara Avenue, Suite 1000<br>Las Vegas, Nevada 89102<br>rworks@mcdonaldcarano.com<br>*Counsel for Alliance Realty Partners, LLC*<br>*AND*<br>*Counsel for Defendants Parke S. Teal, Richard K. Basso, and Mark Collins in Adversary Case No. 11-01080-RCJ*<br>***ECF & Request for Special Notice*** | Liane K. Wakayama, Esq.<br>MARQUIS & AURBACH<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Email: lwakayama@marquisaurbach.com<br>kchandler@marquisaurbach.com<br>*Counsel for Tom Grimmett, as Receiver in Related U.S. District Court Case*<br>***Request for Special Notice*** |

**ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ**

**SERVICE LIST VIA DIRECT EMAIL**

Richard C. Greenberg
Michael J. Weinberger
GREENBERG, WHITCOMBE & TAKEUCHI, LLP
21515 Hawthorne Blvd., Ste.450
Torrance, CA 90503
rgreenberg@gwtllp.com
mweinberger@gwtllp.com
*Counsel for Commercial Mortgage Managers, Inc.*

Amy N. Tirre
LAW OFFICES OF AMY N. TIRRE
3715 Lakeside Drive, Suite A
Reno, NV 89509
amy@amytirrelaw.com
*Local Counsel for Commercial Mortgage Managers, Inc.*

McAlan Duncan
Cory Emerson
CROSS FLS
16475 North Dallas, Parkway, Suite 550
Addison, TX 75001
mduncan@crossfls.com
cemerson@crossfls.com

Robert R. Kinas
Claire Y. Dossier
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
rkinas@swlaw.com
cdossier@swlaw.com
*Counsel for USA Capital Diversified Trust Deed Fund, LLC*

Jeffery D. Hermann
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
jhermann@orrick.com
*Counsel for USA Capital Diversified Trust Deed Fund, LLC*

IN RE ASSET RESOLUTION, LLC, ET AL., LEAD CASE NO. 09-32824-RCJ
ADVERSARY SERVICE LIST, CASE NOS. 11-01080-RCJ; 11-01296-RCJ THROUGH 11-01313-RCJ; 12-01154-RCJ

| ADVERSARY CASE NO. | DEFENDANT | COUNSEL/SERVICE INFORMATION |
|---|---|---|
| 11-01080 | CITRON | Citron Investment Group, Inc.<br>10545 Baracoa Court<br>Trinity, FL  34655<br>thecitrons@hotmail.com<br><br>Danielle N. Citron<br>10545 Baracoa Court<br>Trinity, FL  34655<br>thecitrons@hotmail.com<br><br>Erven T. Nelson, Esq.<br>DURHAM JONES & PINEGAR<br>10785 West Twain Ave., Ste. 200<br>Las Vegas, Nevada  89135<br>ENelson@djplaw.com<br>Attorney for Citron Investment Group, Inc., Michael B. Citron and Danielle Nicole Citron<br><br>Ryan J. Works, Esq.<br>MCDONALD CARANO WILSON LLP<br>2300 West Sahara Ave., Ste. 1000<br>Las Vegas, Nevada  89102<br>rworks@mcdonaldcarano.com<br>pmurch@mcdonaldcarano.com<br>Attorneys for Defendants Richard K. Basso and Mark Collins<br><br>Michael B. Citron<br>10545 Baracoa Court<br>Trinity, FL  34655<br>thecitrons@hotmail.com<br><br>Marjorie A. Guymon<br>GOLDSMITH & GUYMON, P.C.<br>2055 Village Center Circle<br>Las Vegas, Nevada  89134<br>mguymon@goldguylaw.com<br>Request for special Notice<br><br>Daniel T. Hayward, Esq.<br>LAXALT & NOMURA, LTD.<br>9600 Gateway Drive<br>Reno, Nevada  89521<br>dhayward@laxalt-nomura.com<br>Attorneys for David Blatt, Boris Piskin |

335372-v1
Updated: July 16, 2012

IN RE ASSET RESOLUTION, LLC, ET AL., LEAD CASE NO. 09-32824-RCJ
ADVERSARY SERVICE LIST, CASE NOS. 11-01080-RCJ; 11-01296-RCJ THROUGH 11-01313-RCJ; 12-01154-RCJ

| ADVERSARY CASE NO. | DEFENDANT | COUNSEL/SERVICE INFORMATION |
|---|---|---|
| 11-01296 | KROLL | KROLL, INC.<br>C/O CORPORATION SERVICE COMPANY<br>80 STATE STREET<br>ALBANY, NEW YORK, 12207-2543<br><br>KROLL INC.<br>CORPORATE HEADQUARTERS<br>600 THIRD AVENUE<br>NEW YORK, NEW YORK 10016 |
| 11-01297 | BRYAN CAVE | LARS EVENSEN<br>MONA BURTON<br>HOLLAND & HART, LLP<br>3800 HOWARD HUGHES PKWY, 10TH FLOOR<br>LAS VEGAS, NV 89169<br>702-669-4600<br>FAX : 702-669-4650<br>LKEVENSEN@HOLLANDHART.COM<br>MBURTON@HOLLANDHART.COM |
| 11-01298 | KLESTADT WINTERS | TRACY L. KLESTADT<br>KLESTADT & WINTERS, LLP<br>570 SEVENTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10018<br>TKLESTADT@KLESTADT.COM; SSOUTHARD@KLESTADT.COM<br>IWINTERS@KLESTADT.COM ; JCORNEAU@KLESTADT.COM<br>PORR@KLESTADT.COM<br><br>TIMOTHY W. WALSH<br>DLA PIPER LLP (US)<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10020-1104<br>TIMOTHY.WALSH@DLAPIPER.COM |
| 11-01299 | GREENBERG TRAURIG | BOB L. OLSON<br>GREENBERG TRAURIG, LLP<br>3773 HOWARD HUGHES PARKWAY | SUITE 400 NORTH<br>LAS VEGAS, NEVADA 89169<br>TEL 702.938.6947 | CELL 702-499-5471<br>OLSONB@GTLAW.COM |
| 11-01300 | PATTERSON BELKNAP | BRIAN GUINEY/DAVID DYKHOUSE<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710<br>P. (212) 336.2305<br>F. (212) 336.1256<br>BGUINEY@PBWT.COM<br>DWDYKHOUSE@PBWT.COM |

335372-v1
Updated: July 16, 2012

IN RE ASSET RESOLUTION, LLC, ET AL., LEAD CASE NO. 09-32824-RCJ
ADVERSARY SERVICE LIST, CASE NOS. 11-01080-RCJ; 11-01296-RCJ THROUGH 11-01313-RCJ; 12-01154-RCJ

| ADVERSARY CASE NO. | DEFENDANT | COUNSEL/SERVICE INFORMATION |
|---|---|---|
| 11-01301 | SULLIVAN GROUP | SULLIVAN GROUP<br>12555 HIGH BLUFF DRIVE, STE 210<br>SAN DIEGO, CA 92130<br><br>NEAL P. PANISH<br>SELTZER CAPLAN MCMAHON VITEK<br>2100 SYMPHONY TOWERS<br>750 B STREET<br>SAN DIEGO, CA 92101-8177<br>619.685.3003<br>619.685.3100 (FAX)<br>PANISH@SCMV.COM |
| 11-01302 | ELLENOFF GROSSMAN | JORDAN WOLFF<br>RICHARD P. KAYE<br>ELLENOFF GROSSMAN & SCHOLE LLP<br>150 E. 42ND STREET, 11TH FLOOR<br>NEW YORK, NY 10017<br>212.370.1300<br>JWOLFF@EGSLLP.COM |
| 11-01303 | CONWAY MACKENZIE | BRIAN A. JENNINGS \| PERKINS COIE LLP<br>1201 THIRD AVENUE, 48TH FLOOR<br>SEATTLE, WASHINGTON 98101<br>PHONE: 206.359.3679<br>FAX: 206.359.4679<br>MOBILE: 206.992.8256<br>BJENNINGS@PERKINSCOIE.COM<br><br>TALITHA GRAY KOZLOWSKI ESQ.<br>GORDON SILVER<br>3960 HOWARD HUGHES PKWY.<br>NINTH FLOOR<br>LAS VEGAS, NV 89169<br>702.796.5555<br>702.369.2666<br>TGRAY@GORDONSILVER.COM<br>VDIMAIO@GORDONSILVER.COM<br>DGUTFELD@GMAIL.COM |

IN RE ASSET RESOLUTION, LLC, ET AL., LEAD CASE NO. 09-32824-RCJ
ADVERSARY SERVICE LIST, CASE NOS. 11-01080-RCJ; 11-01296-RCJ THROUGH 11-01313-RCJ; 12-01154-RCJ

| ADVERSARY CASE NO. | DEFENDANT | COUNSEL/SERVICE INFORMATION |
|---|---|---|
| 11-01304 | BULLIVANT HOUSER | BULLIVANT HOUSER BAILEY, PC<br>888 S.W. FIFTH AVE., STE 300<br>PORTLAND, OR 97204-2089<br><br>DENNIS M. PRINCE<br>ERIC N. TRAN<br>PRINCE & KEATING<br>3230 SOUTH BUFFALO DRIVE, SUITE 108<br>LAS VEGAS, NV 89112<br>DPRINCE@PRINCEKEATING.COM<br>ETRAN@PRINCEKEATING.COM<br><br>VON HEINZ<br>JUDY VIENNEA<br>LEWIS AND ROCA LLP<br>3993 HOWARD HUGHES PARKWAY, SUITE 600<br>LAS VEGAS, NEVADA 89169-5996<br>VHEINZ@LRLAW.COM<br>JVIENNEA@LRLAW.COM |
| 11-01304 | EPSTEIN BECKER | EMILY G. CLARK<br>LEWIS AND ROCA LLP<br>3993 HOWARD HUGHES PKWY, STE 600<br>LAS VEGAS, NV 89169<br>(702) 949-8200<br>FAX : (702) 949-8323<br>ECLARK@LRLAW.COM<br><br>DENNIS M. PRINCE<br>PRINCE & KEATING<br>3230 SOUTH BUFFALO DRIVE, SUITE 108<br>LAS VEGAS, NV 89112<br>DPRINCE@PRINCEKEATING.COM |
| 11-01305 | GOTTEX ABI | WILLIAM WOOLVERTON/ GOTTEX FUND MGMT<br>ONE INTERNATIONAL PLACE, 14TH FLR<br>BOSTON, CA 02110<br>DAN HAYWARD<br>DHAYWARD@LAXALT-NOMURA.COM |
| 11-01305 | GOTTEX ABL | WILLIAM WOOLVERTON/ GOTTEX FUND MGMT<br>ONE INTERNATIONAL PLACE, 14TH FLR<br>BOSTON, CA 02110<br>DAN HAYWARD<br>DHAYWARD@LAXALT-NOMURA.COM |
| 11-01305 | REPOTEX-CLASS A | WILLIAM WOOLVERTON/ GOTTEX FUND MGMT<br>ONE INTERNATIONAL PLACE, 14TH FLR<br>BOSTON, CA 02110<br>DAN HAYWARD<br>DHAYWARD@LAXALT-NOMURA.COM |

335372-v1
Updated: July 16, 2012

IN RE ASSET RESOLUTION, LLC, ET AL., LEAD CASE NO. 09-32824-RCJ
ADVERSARY SERVICE LIST, CASE NOS. 11-01080-RCJ; 11-01296-RCJ THROUGH 11-01313-RCJ; 12-01154-RCJ

| ADVERSARY CASE NO. | DEFENDANT | COUNSEL/SERVICE INFORMATION |
|---|---|---|
| 11-01306 | I.W. OSBORNE | I.W. OSBORNE<br>ONE BUNHILL ROW<br>LONDON, UK ECIY 8YY<br><br>FRANCIS B. MAJORIE<br>FBMAJORIE@THEMAJORIEFIRM.COM |
| 11-01307 | WESTWOOD CAPITAL | K. MICHAEL CABANOS - GC<br>WESTWOOD CAPITAL<br>489 FIFTH AVENUE<br>NEW YORK, NY 10017 |
| 11-01308 | GREAT WHITE INV. | CRAIG ORROCK<br>GREAT WHITE INVESTMENTS, NV, INC.<br>3990 VEGAS DRIVE<br>LAS VEGAS, NV 89108<br><br>FRANCIS B. MAJORIE<br>FBMAJORIE@THEMAJORIEFIRM.COM |
| 11-01309 | 1ST SERVICE | GRANT RILEY<br>RILEY AND ASSOCIATES<br>1875 CENTURY PARK EAST, SUITE 1000<br>LOS ANGELES, CA 90067<br>TEL 310.284.8822<br>FAX 310.284.8833<br>GRILEY@RILEYLAWCA-NV.COM |
| 11-01310 | KRAMER LEVIN | ROBERT T. SCHMIDT<br>ELISE SCHERR FREJKA<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10036<br>TEL: 212-715-9281<br>FAX: 212-715-8230<br>EFREJKA@KRAMERLEVIN.COM<br>RSCHMIDT@KRAMERLEVIN.COM |
| 11-01311 | THOMPSON HINE | CAROL PALMER<br>BARRY KAZAN<br>THOMPSON HINE<br>335 MADISON AVENUE, 12TH FLR<br>NEW YORK, NY 10017-4611<br>WILLIAM.JACOBS@THOMPSONHINE.COM<br>BARRY.KAZAN@THOMPSONHINE.COM |

335372-v1
Updated: July 16, 2012

IN RE ASSET RESOLUTION, LLC, ET AL., LEAD CASE NO. 09-32824-RCJ
ADVERSARY SERVICE LIST, CASE NOS. 11-01080-RCJ; 11-01296-RCJ THROUGH 11-01313-RCJ; 12-01154-RCJ

| ADVERSARY CASE NO. | DEFENDANT | COUNSEL/SERVICE INFORMATION |
|---|---|---|
| 11-01312 | KOLESAR & LEATHAM | NILE LEATHAM<br>RANDOLPH L. HOWARD<br>NATALIE COX<br>KOLESAR & LEATHAM, CHTD<br>400 SOUTH RAMPART BOULEVARD, SUITE 400<br>LAS VEGAS, NEVADA 89145<br>RHOWARD@KLNEVADA.COM<br>NCOX@KLNEVADA.COM<br>NLEATHAM@KLNEVADA.COM |
| 11-01313 | AKERMAN SENTERFITT | AKERMAN SENTERFITT, LLP<br>800 PENNSYLVANIA AVE., N.W., STE 600<br>WASHINGTON, DC 20004<br><br>RICHARD HOLLEY<br>SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON<br>400 SOUTH FOURTH STREET, THIRD FLOOR<br>LAS VEGAS, NV 89101<br>RHOLLEY@NEVADAFIRM.COM |
| 12-01154 | WEIL GOTSHAL, MILBANK TWEED TYSON LOMAZOW | MINDY J. SPECTOR<br>WEIL GOTSHAL & MANGES, LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>MINDY.SPECTOR@WEIL.COM<br><br>THOMAS A. ARENA<br>MILBANK, TWEED, HADLEY & MCCLOY, LLP<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005<br>TARENA@MILBANK.COM<br><br>TYSON M. LOMAZOW<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005<br>TLOMAZOW@MILBANK.COM |

335372-v1
Updated: July 16, 2012