1  STEPHEN C. MOLLATH [NV SBN #922]          WILLIAM McGRANE [CA SBN #57761]
   PREZANT & MOLLATH                         McGRANE LLP
2  6560 SW McCarran Blvd., Suite A           Four Embarcadero Center, Suite 1400
   Reno, NV  89509                           San Francisco, California 94111
3  Telephone:  (775) 786-3011               Telephone: (415) 766-3590
   Email:  stephen@prezantmollath.com        Email:  william.mcgrane@mcgranellp.com
4  Attorneys for Plaintiff Donna Cangelosi,  Co-counsel for Plaintiff Donna Cangelosi,
5  as TDI Representative under an Order entered  as TDI Representative under an Order entered
   by this Court on May 3, 2012              by this Court on May 3, 2012
6                                            [PRO HAC VICE]

7                 UNITED STATES BANKRUPTCY COURT

8                        DISTRICT OF NEVADA

9

10  In re:                                   Case No. BK-S-09-32824-RCJ (Lead Case)

11  ASSET RESOLUTION, LLC                    Jointly Administered with Case Nos.:
                                             BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;
12           Debtor.                         BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;
                                             BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;
13  .                                        BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;
                                             BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;
14                                           BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;
                                             BK-S-09-32880-RCJ; BK-S-09-32882-RCJ
15                                           Chapter 7

16                                           **STIPULATION AND ORDER
                                             EXTENDING THE AUTOMATIC STAY**

17

18

19

20

21

22

23

24

1   Midland Pacific Building Corporation (Midland) filed a motion for relief from the

2   automatic stay under 11. U.S.C. § 362(d) [Docket No. 1854] requesting that it be allowed to

3   proceed with a trial on the issue, *inter alia*, of the priority of its lien vis-à-vis a lien held by the

4   debtor Asset Resolution, LLC, and on the enforceability of a purchase agreement it has with

5   John and Carole King, who own the secured property located in the Margarita Annex area of

6   San Luis Obispo.  On August 14, 2012, Midland set its motion for hearing on September 17,

7   2012, [Docket No. 1865], the earliest date that the Court's schedule would permit.  The motion

8   is opposed by TDI Representative Donna Cangelosi [Docket No. 1866].

9   Under 11 U.S.C. § 362(e) the automatic stay would expire on September 13, 2012, but

10  the Court can order the automatic stay extended beyond 30 days.

11  By their signatures below, Midland and Cangelosi stipulate to the entry of an order

12  extending the automatic stay until the conclusion of the hearing on Midland's motion.  Good

13  cause appearing:

14  IT IS ORDERED, that

15  The Automatic Stay that applies to Midland Pacific Building Corporation's efforts to

16  establish the priority of its lien, or to otherwise enforce said lien against the Margarita Annex

17  property, or to enforce its purchase agreement against the Kings, under 11 U.S.C. § 362(a), is

18  hereby extended until the conclusion of the hearing on Midland's motion for relief from stay–

19  that is, until Court issues its ruling on said motion.

20

21

22

23

24

1

1    **SO ORDERED**:

2    Date: Sept. ___, 2012                    _____

3                                             Hon. Robert C. Jones

4    **SO STIPULATED**:

5    Date: Sept. 12, 2012        McGRANE LLP

6
                                 By: /s/ *William McGrane*_____
7                                      William McGrane

8                                 Attorneys for Plaintiff Donna Cangelosi,
                                  as TDI Representative under an Order entered by
9                                 this Court on May 3, 2012

10

11
     Date:  Sept. 12, 2012       McKenna Long & Aldridge LLP
12

13                               By: /s/ *John Moe, II*_____
                                      John Moe, II
14
                                 Attorneys for Midland Pacific Building
15                               Corporation

16

17

18

19

20

21

22

23

24

Stipulation and Order Extending the Automatic Stay