**Entered on Docket**
**September 13, 2012**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>           Debtor,<br><br>Affects:<br><br>☒ All Debtors<br><br>WILLIAM A. LEONARD, JR., Chapter 7 Trustee, | CASE NO.: BK-S-09-32824-RCJ (Lead Case)<br>Jointly Administered with Case Nos:<br><br>BK-S-09-32831-RCJ;   BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ;   BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ    BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ;   BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ;   BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ;   BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ;   BK-S-09-32882-RCJ<br><br>Chapter 7<br>ADV. NO.: 11-01296;   ADV. NO.: 11-01297;<br>ADV. NO.: 11-01298;   ADV. NO.: 11-01299;<br>ADV. NO.: 11-01300;   ADV. NO.: 11-01301;<br>ADV. NO.: 11-01302;   ADV. NO.: 11-01303;<br>ADV. NO.: 11-01304;   ADV. NO.: 11-01305;<br>ADV. NO.: 11-01306;   ADV. NO.: 11-01307;<br>ADV. NO.: 11-01308;   ADV. NO.: 11-01309;<br>ADV. NO.: 11-01310;   ADV. NO.: 11-01311;<br>ADV. NO.: 11-01312;   ADV. NO.: 11-01313;<br>ADV. NO.: 12-01145;   ADV. NO.: 12-01154;<br>ADV. NO.: 12-01184;   ADV. NO.: 12-01202 |

**MINUTE ORDER IN CHAMBERS:**

   IT IS HEREBY ORDERED that oral arguments set on the Court's calendar for Monday, September 17, 2012 and Monday, November 26, 2012 are VACATED.

   The court will issue a written order on the pleadings.

   **IT IS SO ORDERED** this 12th day of September, 2012.

_____
ROBERT C. JONES
United States Chief District Judge