**Entered on Docket
December 07, 2012**

| | |
|---|---|
| THE MAJORIE FIRM LTD. | SULLIVAN, HILL, LEWIN, REZ & ENGEL |
| Francis B. Majorie PC | A Professional Law Corporation |
| Pro Hac Vice | James P. Hill, CA SBN 90478 (Pro Hac Vice) |
| 3514 Cedar Springs Road | Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice) |
| Dallas, Texas 75219 | Elizabeth E. Stephens, NV SBN 5788 |
| Telephone: (214) 522-7400 | 228 South Fourth Street, First Floor |
| Fax Number: (214) 522-7911 | Las Vegas, NV 89101 |
| | Telephone: (702) 382-6440 |
| Counsel for The Claims Recovery Trust | Fax Number: (702) 384-9102 |
| | |
| | Attorneys for Chapter 7 Trustee, |
| | William A. Leonard, Jr. |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) CASE NO. BK-S-09-32824-RCJ (Lead Case) |
| | ) |
| ASSET RESOLUTION, LLC, | ) Jointly Administered with Case Nos.: |
| | ) BK-S-09-32831-RCJ; BK-S-09-32839-RCJ; |
| Debtor. | ) BK-S-09-32843-RCJ; BK-S-09-32844-RCJ; |
| | ) BK-S-09-32846-RCJ; BK-S-09-32849-RCJ; |
| | ) BK-S-09-32851-RCJ; BK-S-09-32853-RCJ; |
| | ) BK-S-09-32868-RCJ; BK-S-09-32873-RCJ; |
| | ) BK-S-09-32875-RCJ; BK-S-09-32878-RCJ; |
| | ) BK-S-09-32880-RCJ; BK-S-09-32882-RCJ |
| | ) |
| | ) Chapter 7 |
| Affects: | ) |
| ☒ All Debtors | ) **[PROPOSED] AGREED ORDER** |
| ☐ Asset Resolution, LLC, 09-32824 | ) **CONFIRMING CLOSING UNDER THE** |
| ☐ Bundy 2.5 Million SPE, LLC, 09-32831 | ) **SETTLEMENT ORDER AND MATTERS** |
| ☐ Bundy Five Million SPE, LLC, 09-32839 | ) **RELATING TO THE CLAIMS RECOVERY** |
| ☐ CFP Anchor B SPE, LLC, 09-32843 | ) **TRUST** |
| ☐ CFP Cornman Toltec SPE, LLC, 09-32844 | ) |
| ☐ CFP Gess SPE LLC, 09-32846 | ) |
| ☐ CFP Gramercy SPE, LLC, 09-32849 | ) |
| ☐ Fiesta Stoneridge, LLC, 09-32851 | ) |
| | ) Ctrm: RCJ - Courtroom 6 |
| ☐ Fox Hills SPE, LLC, 09-32853 | ) Bruce R. Thompson Federal Building |
| ☐ HFAH Monaco SPE, LLC, 09-32868 | ) 400 S. Virginia Street |
| ☐ Huntsville SPE, LLC, 09-32873 | ) Reno, NV 89501 |
| ☐ Lake Helen Partners SPE, LLC, 09-32875 | ) Judge: Hon. Robert C. Jones |
| ☐ Ocean Atlantic SPE, LLC, 09-32878 | ) |
| ☐ Shamrock SPE, LLC, 09-32880 | ) |
| ☐ 10-90 SPE, LLC, 09-32882 | ) |

346997-v1                                             - 1 -

On September 6, 2012, the Court entered its Agreed Order Regarding Settlement And Related Relief (the "Settlement Order") [AR Bk Doc. 1915]. Weil, Gotshal & Manges, LP, Tyson Lomazow, and Milbank, Tweed, Hadley & McCloy LLP (jointly and severally, the "Lawyers") have filed a notice of appeal or request for permission to appeal of the Settlement Order to the Ninth Circuit Court of Appeals (the "Lawyers' Appeal"). Paragraph 44 of the Settlement Order provides that the Silar Parties, the B&B DL Settling Clients, and the Trustee shall use their best efforts to close and cooperate to close the Settlement despite any such appeal(s). Boris Piskun and the undersigned counsel for the other Settling Parties hereby advise the Court that the Settling Parties have closed all of the terms of the Settlement, notwithstanding the Lawyers' Appeal.

Paragraph 43 of the Settlement Order also provides that the Court may enter one or more orders to further implement the Settlement terms approved in the Settlement Order. The Court has entered a series of orders pursuant to that paragraph. See, e.g., 892 Case Doc. 2308; 210 Case Docs. 173 & 174; AR Adv. 1100 Doc. 69; AR Bk Docs. 1949, 1950, & 1952. This Order is being jointly submitted to reflect the further agreement of the Settling Parties and the affirmation of the Court pursuant to paragraph 43 of the Settlement Order.

IT IS THEREFORE ORDERED THAT:

1. The Settlement has been consummated pursuant to the terms of the Settlement Order and, except for service of the "Collection Notices" thereunder, the "Effective Date" of the Settlement is DECLARED to be September 27, 2012.

2. The Claims Recovery Trust (the "Trust") is DECLARED to be fully and duly formed and to have ACCEPTED Assignments of Assets pursuant to the Settlement Order and The Claims Recovery Trust Agreement attached thereto and approved therein (the "Trust Agreement") as of November 14, 2012.[1]

3. William A. Leonard, Jr. has accepted appointment as Liquidating Trustee of the Trust, and is now serving in that capacity, pursuant to the Settlement Order and the Trust Agreement.

4. The Trustee has received and is holding in confidence the names and other pertinent

---

[1] Nothing in this Order is intended to alter or does alter the reservations of rights set forth in the Settlement Order with respect to Causes of Action asserted against the Lawyers or Assignments relating thereto.

346997-v1                                                    - 2 -

Case 09-32824-rcj    Doc 1988    Entered 12/07/12 10:51:24    Page 3 of 3

1 information of all Trust Beneficiaries in the Initial B&B DL Beneficiary Group.   The other Initial
2 Beneficiary is Silar Advisors individually and as manager.
3    5.    Pursuant to section 9.2 of the Trust Agreement, the Initial B&B DL Beneficiary
4 Group for appointments of Trust Committee Members by the Initial B&B DL Beneficiary Group has
5 been tabulated and confirmed.
6    6.    In addition to the Liquidating Trustee, the following persons are appointed as initial
7 Committee Members of the Committee of the Whole, the DL Committee, and the Silar Committee
8 under the Trust Agreement:  Donna Cangelosi (Committee Member duly appointed by Initial B&B
9 DL Beneficiary Group); Christina Knoles (Committee Member duly appointed by Initial B&B DL
10 Beneficiary Group); Robert Leeds (Committee Member duly appointed by Silar); and Gordon Miller
11 (Committee Member duly appointed by Silar).  Those persons have accepted their appointments and
12 this Order shall be deemed to be their Appointment Certificate under the Trust Agreement.
13    7.    The Liquidating Trustee has received the $100,000 Payment for the Trust.
14    8.    The Trust has retained The Majorie Firm Ltd. pursuant to the Settlement Order and
15 the Trust Agreement.
16    **IT IS SO ORDERED** this 7th day of December, 2012

_____
Honorable Robert C. Jones

19 AGREED:

20 BICKEL & BREWER                                    THE MAJORIE FIRM  LTD.

22 By:  _/s/ Robert M. Millimet_          By:  _/s/ Robert M. Millimet_
     Michael J. Collins, Esq., Pro Hac Vice       Francis B. Majorie, Pro Hac Vice
23   Robert M. Millimet, Esq., Pro Hac Vice
                                                  Counsel for Silar Parties
     Counsel for B&B DL Settling Clients

25 SULLIVAN, HILL, LEWIN, REZ & ENGEL        BORIS PISKUN, PRO SE
   A Professional Law Corporation

27 By:  _/s/ Jonathan S. Dabbieri_        By:  _/s/ Boris Piskun_
     Jonathan S. Dabbieri, Pro Hac Vice           Boris Piskun
28   Attorneys for Chapter 7 Trustee,
     William A. Leonard, Jr.

###

346997-v1                                - 3 -