**Electronically Filed on
March 13, 2013**

1  JANET L. CHUBB, ESQ.
   Nevada State Bar No. 176
2  LOUIS M. BUBALA III, ESQ.
   Nevada State Bar No. 8974
3  ARMSTRONG TEASDALE, LLP
   50 W. Liberty St., Suite 950
4  Reno, NV 89501
   Telephone: (775) 322-7400
   Facsimile: (775) 322-9049
5  Email: jchubb@armstrongteasdale.com
     and    bsalinas@armstrongteasdale.com
6     and    lbubala@armstrongteasdale.com

7  Attorneys for B&B DL Settling Clients

WILLIAM A. BREWER III, ESQ.
Texas State Bar No. 02967035
*Pro Hac Vice to be filed*
MICHAEL J. COLLINS, ESQ.
Texas State Bar No. 00785495
*Pro Hac Vice to be filed*
ROBERT M. MILLIMET, ESQ.
Texas State Bar No. 24025538
*Pro Hac Vice to be filed*
BICKEL & BREWER
1717 Main Street, Suite 4800
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
Email: wab@bickelbrewer.com
       mjc@bickelbrewer.com
       rrm@bickelbrewer.com

8

9

10                    **UNITED STATES BANKRUPTCY COURT**

11                           **DISTRICT OF NEVADA**

12  In re                                    ) CASE NO. BK-S-09-32824-RCJ (Lead Case)
                                             )
13  ASSET RESOLUTION, LLC,                   ) Jointly Administered with Case Nos.:
                                             ) BK-S-09-32831-RCJ; BK-S-09-32839-RCJ; BK-
14              Debtor.                       ) S-09-32843-RCJ; BK-S-09-32844-RCJ; BK-S-
                                             ) 09-32846-RCJ; BK-S-09-32849-RCJ; BK-S-09-
15                                           ) 32851-RCJ; BK-S-09-32853-RCJ; BK-S-09-
                                             ) 32868-RCJ; BK-S-09-32873-RCJ; BK-S-09-
16                                           ) 32875-RCJ; BK-S-09-32878-RCJ; BK-S-09-
                                             ) 32880-RCJ; BK-S-09-32882-RCJ
17                                           )
                                             ) Chapter 7
18  _____     )
    Affects:                                 ) ADV. CASE NO. 11-01298
19  ☒ All Debtors                            )
                                             )
20                                           )
    _____     )
    WILLIAM A. LEONARD, JR., Chapter 7       ) **NOTICE OF ENTRY OF ORDER**
21  Trustee,                                 ) **APPROVING SETTLEMENT**
                                             ) **AGREEMENT, DENYING SANCTIONS**
22              Plaintiff,                    ) **MOTION AND VACATING SANCTIONS**
                                             ) **ORDER IN PART, AND DISMISSAL OF**
23  v.                                       ) **ADVERSARY PROCEEDING WITH**
                                             ) **PREJUDICE, WITH CERTIFICATE OF**
24  KLESTADT & WINTERS, LLP,                 ) **SERVICE**
                                             )
25              Defendant.                    )
                                             )
26                                           )
                                             )
27                                           )

28

1        PLEASE TAKE NOTICE that an Order Approving Settlement Agreement, Denying

2  Sanctions Motion and Vacating Sanctions Order in Part, and Dismissal of Adversary Proceeding

3

4  With Prejudice, in the above-entitled case was entered on the 26th day of February, 2013. A true and

correct copy of said order is attached hereto.

5

Dated this 13th day of March, 2013        ARMSTRONG TEASDALE

6

                  By:  /s/ *Janet L. Chubb*

7                      Janet L. Chubb, Esq.

8                  Counsel for B&B DL Settling Clients

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

    1.        On March 13, 2013, I served the following document:

**NOTICE OF ENTRY OF ORDER APPROVING SETTLEMENT AGREEMENT, DENYING SANCTIONS MOTION AND VACATING SANCTIONS ORDER IN PART, AND DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE, WITH CERTIFICATE OF SERVICE**

    2.        I served the above-named document(s) by the following means to the persons as listed below:

    ■   a.     **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

MICHELLE L. ABRAMS on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA, LLC  mabrams@abramstanko.com

KEVIN S. ALLRED on behalf of Defendant MILBANK, TWEED, HADLEY & MCCLOY, LLP kevin.allred@mto.com, pax.schenkhuizen@mto.com

LAWRENCE C. BARTH on behalf of Defendant MILBANK, TWEED, HADLEY & MCCLOY, LLP lawrence.barth@mto.com

TODD L. BICE on behalf of Creditor WEIL GOTSHAL & MANGES, LLP lit@pisanellibice.com, eln@pisanellibice.com

KELLY J. BRINKMAN on behalf of Creditor COUNTY OF LOS ANGELES TAX COLLECTOR kbrinkman@gooldpatterson.com, smcmullen@gooldpatterson.com

LOUIS M. BUBALA on behalf of Creditor CERTAIN DIRECT LENDERS lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

ROBERT M. CHARLES on behalf of Creditor USACM LIQUIDATING TRUST rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

JANET L. CHUBB on behalf of Creditor B&B DL SETTLING CLIENTS bsalinas@armstrongteasdale.com

EMILY G. CLARK on behalf of Defendant EPSTEIN BECKER & GREEN eclark@lrlaw.com, jvienneau@lrlaw.com;jmoulian@lrlaw.com;lbrowning@lrlaw.com

DAVID A. COLVIN on behalf of Other Prof. TOM GRIMMETT dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

JOSEPH C. CORNEAU on behalf of Debtor 10-90 SPE, LLC jcorneau@klestadt.com

TIMOTHY S. CORY on behalf of Defendant KLESTADT & WINTERS, LLP
tcory@djplaw.com, sbryant@djplaw.com

TIMOTHY S CORY on behalf of Interested Party KLESTADT & WINTERS, LLP
tim.cory@corylaw.us, NV11@ecfcbis.com

NATALIE M. COX on behalf of Debtor ASSET RESOLUTION LLC
ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com

JONATHAN S. DABBIERI on behalf of Counter-Defendant WILLIAM LEONARD
dabbieri@sullivanhill.com,
hill@sullivanhill.com;hawkins@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;stein@sullivanhill.com;benoit@sullivanhill.com;ggarcia@sullivanhill.com;murdock@sullivanhill.com

CRAIG S. DUNLAP on behalf of Defendant ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
cdunlap@fclaw.com, cdunlap7@gmail.com;mhurtado@fclaw.com

LARS EVENSEN on behalf of Creditor BRYAN CAVE LLP
lkevensen@hollandhart.com, ecftevensen_bk@hollandhart.com;glpacheco@hollandhart.com

JASON CHANDLER FARRINGTON on behalf of Interested Party KLESTADT & WINTERS, LLP jason@farringtonhardy.com, iveta@farringtonhardy.com

DOUGLAS D. GERRARD on behalf of Creditor COMPASS BANK
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;jbidwell@gerrard-cox.com;KBassett@Gerrard-Cox.com

JONATHAN B. GOLDSMITH on behalf of Creditor G.T. LEACH BUILDERS, L.L.C.
jonathan@vegaslawsite.com,
goldecf@gmail.com;emilie@vegaslawsite.com;jose@vegaslawsite.com;ecf@vegaslawsite.com

TALITHA GRAY KOZLOWSKI on behalf of Defendant Conway Mackenzie, Inc.
bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

JAMES D. GREENE on behalf of Creditor Duval & Stachenfeld LLP
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

MARJORIE A. GUYMON on behalf of Defendant MARK COLLINS
bankruptcy@goldguylaw.com,
selenav@goldguylaw.com;kdavis@goldguylaw.com;peterc@goldguylaw.com

DANIEL T HAYWARD on behalf of Defendant COMPASS PARTNERS LLC
dhayward@laxalt-nomura.com, marnold@laxalt-nomura.com

1
2

VON S. HEINZ on behalf of Interested Party EPSTEIN BECKER & GREEN, P.C.
vheinz@lrlaw.com, jestrada@lrlaw.com

3

KARA B. HENDRICKS on behalf of Defendant GREENBERG TRAURIG, LLP
hendricksk@gtlaw.com, lvlitdock@gtlaw.com;heilichj@gtlaw.com

4

5

JEFFERY D. HERMANN on behalf of Creditor USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC jhermann@orrick.com, gwilley@orrick.com

6

7

MELANIE A. HILL on behalf of Defendant SERVICING OVERSIGHT SOLUTIONS
Melanie@MelanieHillLaw.com, ksmith@whiteandwetherall.com

8

9

10

RICHARD F. HOLLEY on behalf of Creditor CROSS FLS, LLC
rholley@nevadafirm.com,
vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafir
m.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

11

12

BRIAN E HOLTHUS on behalf of Interested Party CASTIAC PARTNERS LLC
bankruptcy@juww.com

13

RANDOLPH L. HOWARD on behalf of Debtor ASSET RESOLUTION LLC
rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

14

15

M. LANCE JASPER on behalf of Defendant MILBANK, TWEED, HADLEY & MCCLOY, LLP
lance.jasper@mto.com, vickie.leyson@mto.com

16

17

BRIAN A. JENNINGS on behalf of Defendant Conway Mackenzie, Inc.
bjennings@perkinscoie.com, MLMaag@perkinscoie.com

18

19

GAYLE A. KERN on behalf of Creditor SHEPPARD MULLIN RICHTER & HAMPTON LLP
(ss)
gakltd@kernltd.com, christinelamia@kernltd.com;nicolemilton@kernltd.com

20

21

22

ROBERT R. KINAS on behalf of Creditor USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@s
wlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

23

24

DEAN T. KIRBY on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA, LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

25

JOANNA S. KISHNER on behalf of Attorney KLESTADT & WINTERS, LLP
kishnerj@clarkcountycourts.org

26

27

TRACY L. KLESTADT on behalf of Debtor 10-90 SPE, LLC tklestadt@klestadt.com,
tklestadt@gmail.com

28

NILE LEATHAM on behalf of Defendant KOLESAR & LEATHAM, CHTD.

1    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

2    WILLIAM A LEONARD biff7tte@mindspring.com, ca46@ecfcbis.com

3    TYSON M. LOMAZOW tlomazow@milbank.com

4
5    FRANCIS B. MAJORIE on behalf of Counter-Claimant SERVICING OVERSIGHT SOLUTIONS
     fbmajorie@themajoriefirm.com, ECFNoticesTheMajorieFirm@gmail.com

6    WILLIAM MCGRANE on behalf of Interested Party MCGRANE LLP
     william.mcgrane@mcgranellp.com,
7    anna.song@mcgranellp.com;mitch.chyette@mcgranellp.com;jonathan.bye@mcgranellp.com

8    ROBERT E. MCPEAK on behalf of Creditor Carallas Holdings, Inc.
9    mcpeakr@ballardspahr.com

10   SHAWN W MILLER on behalf of Interested Party DOUGLAS PETERSON
     smiller@millerwrightlaw.com,
11   cmiller@millerwrightlaw.com,randerson@millerwrightlaw.com,efile@millerwrightlaw.com

12   ROBERT M MILLIMET on behalf of Creditor CERTAIN DIRECT LENDERS
13   RRM@bickelbrewer.com

14   STEPHEN MOLLATH on behalf of Creditor DONNA CANGELOSI
15   joan@prezantmollath.com

16   ERVEN T. NELSON on behalf of Cross Defendant CITRON INVESTMENT GROUP, INC.
     enelson@djplaw.com
17
18   VICTORIA L NELSON on behalf of Interested Party CCM PATHFINDER GRAMERCY, LLC
     vnelson@nevadafirm.com,
19   apestonit@nevadafirm.com;gbagley@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevada
     firm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagley@nevadafirm.com;apestonit
20   @nevadafirm.com;jhoumand@nevadafirm.com

21   BOB L. OLSON on behalf of Defendant GREENBERG TRAURIG, LLP
     bolson@swlaw.com,
22   mfull@swlaw.com;jmath@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com

23   JEFFERY D PATTERSON on behalf of Creditor COUNTY OF LOS ANGELES TAX
24   COLLECTOR jdp@gooldpatterson.com

25   JON T PEARSON on behalf of Creditor Carallas Holdings, Inc.
     pearsonj@ballardspahr.com, LVDocket@ballardspahr.com
26

27   J. STEPHEN PEEK on behalf of Interested Party KATHERINE WINDLER
     speek@hollandhart.com
28

CRAIG E. POWER on behalf of Creditor G.T. LEACH BUILDERS, L.L.C.
cpower@cbylaw.com, nstephens@cbylaw.com;msegura@cbylaw.com;asprague@cbylaw.com

DENNIS M. PRINCE on behalf of Creditor BULLIVANT HOUSER BAILEY, PC
dprince@princekeating.com, aebinger@princekeating.com

LISA A. RASMUSSEN on behalf of Creditor 6425 Gess Partners, LLC
lisa@lrasmussenlaw.com,
secretary@lrasmussenlaw.com;julian@lrasmussenlaw.com;alex@lrasmussenlaw.com

CHRISTINE A ROBERTS on behalf of Plaintiff WILLIAM LEONARD
roberts@sullivanhill.com,
hill@sullivanhill.com;vidovich@sullivanhill.com;stephens@sullivanhill.com;stein@sullivanhill.com;calderone@sullivanhill.com;manning@sullivanhill.com;iriarte@sullivanhill.com;millerick@sullivanhill.com;murdock@sullivanhill.com;ggarcia@sullivanhill.com

MARTHA E. ROMERO on behalf of Creditor SAN BERNARDINO COUNTY
ROMERO@mromerolawfirm.com

SEAN C. SOUTHARD on behalf of Debtor ASSET RESOLUTION LLC
ssouthard@klestadt.com

ELIZABETH E. STEPHENS on behalf of Plaintiff WILLIAM LEONARD
stephens@sullivanhill.com,
calderone@sullivanhill.com,vidovich@sullivanhill.com;roberts@sullivanhill.com,hill@sullivanhill.com,Manning@sullivanhill.com,stein@sullivanhill.com,iriarte@sullivanhill.com,ggarcia@sullivanhill.com,murdock@sullivanhill.com,millerick@sullivanhill.com

MICHAEL E SULLIVAN on behalf of Plaintiff MCGRANE LLP
msullivan@rbsllaw.com, mmeier@rbsllaw.com

ERIC W. SWANIS on behalf of Interested Party GREENBERG TRAURIG, LLP
swanise@gtlaw.com, lvlitdock@gtlaw.com;bonnerc@gtlaw.com

JEFFREY R. SYLVESTER on behalf of Creditor SULLIVAN & WORCESTER LLP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

THE GARDEN CITY GROUP, INC. (cj) craig.johnson@gardencitygroup.com,
rvhteam@gcginc.com;Pacerteam@gardencitygroup.com;etlteam@gcginc.com

AMY N. TIRRE on behalf of Creditor COMMERCIAL MORTGAGE MANAGERS, INC.
amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - LV - 7  USTPRegion17.LV.ECF@usdoj.gov

LIANE K. WAKAYAMA on behalf of Other Prof. TOM GRIMMETT
jwatt@maclaw.com, lwakayama@maclaw.com

1  DAVID V. WILSON on behalf of Creditor G.T. LEACH BUILDERS, L.L.C.
   dwilson@haysmcconn.com, gflores@haysmcconn.com
2

3  KATHERINE M. WINDLER on behalf of Creditor BRYAN CAVE LLP
   kwindler@verizon.net, ervin.upton@bryancave.com
4

5  RYAN J. WORKS on behalf of Cross-Claimant MARK COLLINS
   rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com
6

7  FRANK J. WRIGHT on behalf of Creditor Hall Phoenix/Inwood Ltd. and Hall Financial Group,
   Ltd. fwright@wgblawfirm.com

8                    X b.    **United States mail, postage fully prepaid** (list persons and addresses):

9  ALLIANCE REALTY PARTNERS, LLC
   C/O MCDONALD CARANO WILSON LLP
10 2300 W. SAHARA AVE., SUITE 1000
   LAS VEGAS, NV 89102
11
   KES AND RUTH ANDERSEN
12 3137 N. CAJUN CIR.
   HANFORD, CA 93230
13
   SCOTT AUGUST
14 SIERRA LIQUIDITY FUND, LLC
   2699 WHITE ROAD, STE. 255
15 IRVINE, CA 92614

16 FILIBERTO AUGUSTI ON BEHALF OF INTERESTED PARTY GREENBERG TRAURIG, LLP
   1330 CONNECTICUT AVENUE NW
17 WASHINGTON, DC 20036

18 HENRY P BAER ON BEHALF OF CREDITOR EPIQ BANKRUPTCY SOLUTIONS, LLC
   LATHAM & WATKINS, LLP
19 885 THIRD AVENUE
   NEW YORK, NY 10022
20
   DAVID BLATT
21 C/O LAXALT & NOMURA, LTD
   9600 GATEWAY DR
22 RENO, NV 89521

23 CHRISTINE BRAGER
   2525 ARAPAHOE AV
24 E4-136
   BOULDER, CO 80302
25
   ROBERT E. BROOKS
26 1405 14TH AVE SW.
   MINOT, ND 58701
27

28

1  MURIEL L. BROWNE
   700 KEELE DR
2  RENO, NV 89509

3  ROBERT W. BROWNE
   700 KEELE DR
4  RENO, NV 89509

5  CARMEN CHAMOUN
   1935 PARKSIDE CIR S
6  BOCA RATON, FL 33486

7  TONY CHAMOUN
   1935 PARKSIDE CIR S
8  BOCA RATON, FL 33486

9  ROB CHARLES ON BEHALF OF CREDITOR USACM LIQUIDATING TRUST
   ONE SOUTH CHURCH AVENUE, SUITE 700
10 TUCSON, AZ 85701-1611

11 COUNTY OF SAN BERNARDINO, CALIFORNIA
   172 W. THIRD ST, 1ST FLOOR
12 SAN BERNARDINO, CA 92415

13 JOHN P DILLMAN ON BEHALF OF CREDITOR HARRIS COUNTY
   POB 3064
14 HOUSTON, TX 77253

15 JOSHUA I. DIVACK ON BEHALF OF CREDITOR SMOF-A, LLC
   HAHN & HESSEN LLP
16 488 MADISON AVENUE
   NEW YORK, NY 10022
17
   TREVIN B. ECKERSLEY
18 22961 BRAZOS DRIVE
   PORTER, TX 77365
19
   DAVID M. EDWARDS
20 2736 DESERT CRYSTAL DR
   LAS VEGAS, NV 89134
21
   RUDI EICHLER
22 5112 ALFINGO ST
   LAS VEGAS, NV 89135-3215
23
   MELANIE A. ELLS ON BEHALF OF INTERESTED PARTY SILAR ADVISORS, LP
24 8509 NORMANDY SHORES
   LAS VEGAS, NV 89131
25
   FRANK E. ENSIGN
26 POB 803
   WADSWORTH, NV 89442
27

28

EPIQ BANKRUPTCY SOLUTIONS, LLC
757 THIRD AVE.
THIRD FLOOR
NEW YORK, NY 10017

EVELYN FISHER REV TRUST DATED 11/7/05
1131 SHADOWCREST LANE
FALLBROOK, CA 92028

FIRST SAVING BANK
4122 E. MCLELLAN #3
MESA, AZ 85205

ANNE FLANNERY
932 BRIDGES DR
ARLINGTON, TX 78012-2047

FREEDOM PROPERTIES
18695 OCEANSIDE LN
MONUMENT, CO 80132-8860

ROBERT GOFFSTEIN
2320 DAKOTA LODGE AVE.
LAS VEGAS, NV 89123

LYNELLE L. GOODREAU
170 SO. FULLER AVE
LOS ANGELES, CA 90036

HELEN GRAEBER
PO BOX 48
YAZOO CITY, MS 39194

WAYNE S GRAJEWSKI ON BEHALF OF DEFENDANT ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP
300 SOUTH GRAND AVENUE, 14TH FLR
LOS ANGELES, CA 90071-3124

RAYMOND T GRENIER
TRUSTEE OF RAYMOND T GRENIER JR TRUST
1171 LOREN DRIVE
PRESCOTT, AZ 86305

DAVID L GROSS
FAMILY TRUST
140 STROMBOLI DR.
ISLAMORADA, FL 33036

DEBORAH M. GUTFELD ON BEHALF OF DEFENDANT CONWAY MACKENZIE, INC.
PERKINS COIE LLP
131 SOUTH DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603

1    EMERY EL HABIBY ON BEHALF OF CREDITOR LOS ANGELES COUNTY TREASURER
     AND TAX COLLECTOR
2    648 KENNETH HAHN HALL OF ADMINISTRATION
     500 WEST TEMPLE STREET
3    LOS ANGELES, CA 90012-2713

4    HELEN GRAY TRUST
     C/O JACK D PIPPIN
5    5180 N W 168TH PLACE
     PORTLAND, OR 97229-1860

6
     DONALD L HESS
7    1818 MADERO DRIVE
     THE VILLAGES, FL 32159

8
     JAMES P. HILL ON BEHALF OF PLAINTIFF WILLIAM LEONARD
9    SULLIVAN HILL LEWIN REZ & ENGEL
     550 WEST C ST., STE 1500
10   SAN DIEGO, CA 92101

11   PATRICIA O HOGLUND
     PO BOX 31038
12   SEATTLE, WA 98103

13   JANICE JANIS LIVING TRUST DATED 2/3/99
     2525 ARAPAHOE AV
14   BOULDER, CO 80302

15   ROYCE G. JENKINS
     410 ARKANSAS RD
16   SADLER, TX 76264-3145

17   KEN KANEDA
     15386 ICKNIELD WY
18   TRUCKEE, CA 96161

19   KANEDA LIVING TRUST DATED 5/30/02
     K KEN & BRIGITTE AREND-KANEDA TRUSTEES
20   15386 ICKNIELD WAY
     TRUCKEE, CA 96161

21
     AIMEE KEARNS
22   5886 NORTH BONITA VISTA STREET
     LAS VEGAS, NV 89149

23
     AIMEE E. KEARNS
24   TRUSTEE OF THE KM TRUST
     5886 NORTH BONITA VISTA STREET
25   LAS VEGAS, NV 89149

26   NORMAN N. KINEL ON BEHALF OF INTERESTED PARTY OFFICIAL COMMITTEE OF
     UNSECURED CREDITORS
27   DUVAL & STACHENFELD LLP
     101 PARK AVENUE, 11TH FLOOR
28   NEW YORK, NY 10178

DAVID AND MABLE KRAVITZ
3816 FM 346 E
TYLER, TX 75703

BRYCE K KUNIMOTO ON BEHALF OF INTERESTED PARTY KATHERINE WINDLER
HOLLAND & HART LLP
3800 HOWARD HUGHES PARKWAY, 10TH FLOOR
LAS VEGAS, NV 89169

CAROL LEIBY
TRUSTEE LEIBY FAMILY 1992 TRUST
19344 MACKLIN STREET
APPLE VALLEY, CA 92308

RICHARD LEIBY
19344 MACKLIN STREET
APPLE VALLEY, CA 92308

LEIBY FAMILY 1992 TRUST DATED 7/8/92
RICHARD & CAROL LEIBY TRUSTEES
19344 MACKLIN ST
APPLE VALLEY, CA 92308

MANGANO HOMES INC
C/0 ANDREW MANGANO
1005 N DEMAREE
VISALIA, CA 93291

SYLVIA MAYER ON BEHALF OF CREDITOR WEIL GOTSHAL & MANGES, LLP
WEIL. GOTSHAL & MANGES LLP
700 LOUISIANNA, STE. 1600
HOUSTON, TX 77002

MICHAEL MAROKO & HAVIVA MAROKO 2001 REVOCABLE INTERVIVOS TRUST
DATED 12/19/2011
6440 WILBUR AVENUE #415
RESEDA, CA 91335-5934

JOHN A MOE ON BEHALF OF DEFENDANT ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP
300 SOUTH GRAND AVENUE, 14TH FLR
LOS ANGELES, CA 90071-3124

MATTHEW MOLITCH
7500 APPLE SPRINGS AVE
LAS VEGAS, NV 89131

MONTEREY NATIONAL LLC
414 MORNING GLORY ROAD
ST. MARYS, GA 31558

FRIEDA MOON
2504 CALLITA CT
LAS VEGAS, NV 89102

JOHN H MOWBRAY ON BEHALF OF DEFENDANT ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP
300 S 4TH ST #1400
LAS VEGAS, NV 89101

PATRICK J. ORR ON BEHALF OF DEBTOR ASSET RESOLUTION LLC
KLESTADT & WINTERS, LLP
292 MADISON AVENUE
17TH FLOOR
NEW YORK, NY 10017

CRAIG P ORROCK
6565 SPENCER STREET, STE 211
LAS VEGAS, NV 89109

PALMINTERE REVOCABLE TRUST DTD 6/19/1998
PHILIP A. & NANCI S. PALMINTERE TRUSTEES
11219 STAUFFER LANE
CUPERTINO, CA 95014

PARITZ & COMPANY, P.A.
15 WARRNE STREET
HACKENSACK, NJ 07601

PERKINS COIE LLP ON BEHALF OF DEFENDANT CONWAY MACKENZIE, INC.
131 SOUTH DEARBORN STREET, SUITE 1700
CHICAGO, IL 60603

ERIC PERLMAN
PO BOX 8636
14762 WOLFGANG
TRUCKEE, CA 96162

BORIS PISKUN
C/O LAXALT & NOMURA, LTD
9600 GATEWAY DRIVE
RENO, NV 89521

LORNE R. POLGER ON BEHALF OF CREDITOR CCM PATHFINDER GRAMERCY, LLC
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B STREET, SUITE 2100
SAN DIEGO, CA 92101-4469

MORTON J PORT
PO BOX 4505
INCLINE VILLAGE, NV 89450

PATRICIA L PORT
PO BOX 4505
INCLINE VILLAGE, NV 89450

PORTNOFF BUILDING
285 FRANCISCO ST
HENDERSON, NV 89014

FOLEY & LARDNER LLP
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101

SAN DIEGO COUNTY TREASURER-TAX COLLECTOR
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101

WILMER SCHARF
14600 BEVERLY LANE
SAVAGE, MN 55378

ANDREA B. SCHWARTZ ON BEHALF OF U.S. TRUSTEE UNITED STATES TRUSTEE
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

CHARLES SMALL
1051 N CENTRAL AVE #267
SHOW LOW, AZ 85901-2713

JOYCE E SMITH
1900 BAYHILL DR
LAS VEGAS, NV 89117

ROBERT SMITH
PO BOX 40072
RENO, NV 89504

TERRYLIN SMITH
PO BOX 40072
RENO, NV 89504

BRADLEY J. STEVENS ON BEHALF OF CREDITOR JENNINGS, STROUSS & SALMON,
P.L.C.
JENNINGS, STROUSS & SALMON, P.L.C.
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385

RAND SULLIVAN
527 OLD QUARRY RD. N
LARKSPUR, CA 94939

SULLIVAN HILL LEWIN REZ & ENGEL
228 SOUTH FOURTH ST., FIRST FLR
LAS VEGAS, NV 89101

LOUISE TEETER
IRA ROLLOVER
5301 BEETHOVEN ST
STE 160
LOS ANGELES, CA 90066

1  | TERRENCE POLEN, TRUSTEE OF JACK POLEN TRUST
   | 3502 S MORGAN ST
2  | SEATTLE, WA 98118

3  | LAURA TOMAC
   | 13 NORDYKE ROAD
4  | YERINTON, NV 89447

5  | STEVE TOMAC
   | 13 NORDYKE ROAD
6  | YERINTON, NV 89447

7  | ROBERT ULM
   | 414 MORNING GLORY ROAD
8  | ST. MARYS, GA 31558

9  | UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
   | PO BOX 193939
10 | SAN FRANCISCO, CA 94119-3939

11 | ROY R. AND NANCY B. VENTURA
   | 1749 N. 2190 W.
12 | ST. GEORGE, UT 84770

13 | VICTOR A. VILAPLANA ON BEHALF OF INTERESTED PARTY CCM PATHFINDER
   | POMPANO BAY, LLC
14 | FOLEY & LARDNER LLP
   | 402 W. BROADWAY, SUITE 2100
15 | SAN DIEGO, CA 92101

16 | ROMAN WELTER
   | 227 GRANDVIEW AVE
17 | MONTICELLO, IA 52310-4720

18 | AUDREY WHIGHTSIL
   | 1051 N CENTRAL AVE #267
19 | SHOW LOW, AZ 85901-2713

20 | ALEXANDER D. WIDELL ON BEHALF OF CREDITOR CERTAIN DIRECT LENDERS
   | 767 FIFTH AVENUE, 50TH FLOOR
21 | NEW YORK, NY 10153

22 | WILLIAM H & DONNA MORGAN LIV TR DTD 6/7/04
   | WILLIAM & DONNA MORGAN TRUSTEES
23 | 182 GAULT WAY
   | SPARKS, NV 89431

24 |

25 | IAN R. WINTERS ON BEHALF OF DEBTOR ASSET RESOLUTION LLC
   | KLESTADT & WINTERS, LLP
   | 292 MADISON AVENUE, 17TH FLR
26 | NEW YORK, NY 10017-6314

27 | WOODS FAMILY TRUST, ROBERT D. WOODS, TRUSTEE
   | 2787 MILANO DR
28 | SPARKS, NV 89434

1

2    DANIEL A ZAZOVE ON BEHALF OF DEFENDANT CONWAY MACKENZIE, INC.
     20 S CLARK ST #2210
3    CHICAGO, IL 60603

4    RAYMOND J. ZURFLUH
     617 VOLCANO VIEW TRAIL
5    REDDING, CA 96003

6    SHIRLEY J. ZURFLUH
     617 VOLCANO VIEW TRAIL
7    REDDING, CA 96003

8    DANIEL A. ZAZOVE ON BEHALF OF DEFENDANT CONWAY MACKENZIE, INC.
     PERKINS COIE LLP
9    131 SOUTH DEARBORN STREET
     SUITE 1700
10   CHICAGO, IL 60603

11          I declare under penalty of perjury that the foregoing is true and correct.

12          DATED this 13th day of March 2013.

13          _____Barbara Salinas_____          _/s/  Barbara Salinas_____
                     Name                                        Signature

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Entered on Docket**
**February 26, 2013**

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
ARMSTRONG TEASDALE, LLP
50 W. Liberty St., Suite 950
Reno, NV 89501
Telephone: (775) 322-7400
Facsimile: (775) 322-9049
Email: jchubb@armstrongteasdale.com
    and   bsalinas@armstrongteasdale.com
    and   lbubala@armstrongteasdale.com

Attorneys for B&B DL Settling Clients

WILLIAM A. BREWER III, ESQ.
Texas State Bar No. 02967035
*Pro Hac Vice to be filed*
MICHAEL J. COLLINS, ESQ.
Texas State Bar No. 00785495
*Pro Hac Vice to be filed*
ROBERT M. MILLIMET, ESQ.
Texas State Bar No. 24025538
*Pro Hac Vice to be filed*
BICKEL & BREWER
1717 Main Street, Suite 4800
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
Email: wab@bickelbrewer.com
      mjc@bickelbrewer.com
      rrm@bickelbrewer.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) CASE NO. BK-S-09-32824-RCJ (Lead Case) |
| ASSET RESOLUTION, LLC, | ) Jointly Administered with Case Nos.: |
| Debtor. | ) BK-S-09-32831-RCJ; BK-S-09-32839-RCJ; BK-S-09-32843-RCJ; BK-S-09-32844-RCJ; BK-S-09-32846-RCJ; BK-S-09-32849-RCJ; BK-S-09-32851-RCJ; BK-S-09-32853-RCJ; BK-S-09-32868-RCJ; BK-S-09-32873-RCJ; BK-S-09-32875-RCJ; BK-S-09-32878-RCJ; BK-S-09-32880-RCJ; BK-S-09-32882-RCJ |
| | ) Chapter 7 |
| Affects:<br>☒ All Debtors | ) ADV. CASE NO. 11-01298 |
| WILLIAM A. LEONARD, JR., Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v. | ) **ORDER APPROVING SETTLEMENT AGREEMENT, DENYING SANCTIONS MOTION AND VACATING SANCTIONS ORDER IN PART, AND DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** |

| 1 | KLESTADT & WINTERS, LLP, | ) Ctrm: RCJ - Courtroom 6 |
| 2 | Defendant. | ) Bruce R. Thompson Federal Building<br>) 400 S. Virginia Street<br>) Reno, NV 89501 |
| 3 | | ) Judge: Hon. Robert C. Jones |
| 4 | | )<br>) |

**UPON** the Joint Motion (the "Motion") for Approval of Settlement, Denial of Sanctions Motion, and Vacatur of Sanctions Order In Part, and Dismissal of Proceeding with Prejudice, filed by the "B&B DL Settling Clients" under the Agreed Order Regarding Settlement and Related Relief entered by the Court on September 6, 2012, in Case No. 09-32824 (the "Settlement Order"), Klestadt & Winters, LLP ("K&W") and Tracy L. Klestadt ("Klestadt," and together with K&W, the "Klestadt Parties"), Sara Pfrommer ("Pfrommer"), and William A. Leonard, Jr. as the chapter 7 trustee ("Trustee") for the estate of Asset Resolution, LLC ("Asset Resolution") and fourteen related special purpose entities (together with Asset Resolution, "Debtors") (jointly and severally with the other parties to the settlement, the "Parties"), it is hereby

**ORDERED**, that the Motion is granted in all respects; and it is further

**ORDERED**, that the Settlement Agreement annexed to the Motion as Exhibit A, is hereby approved in all respects; and it is further

**ORDERED**, that the Sanctions Motion (as defined in the Motion) is denied, with prejudice, as against Klestadt and K&W, *nunc pro tunc* to May 25, 2010; and it is further

**ORDERED**, that the Sanctions Order (as defined in the Motion), as against Klestadt & K&W, be and hereby is vacated, *nunc pro tunc* to May 25, 2010; and it is further

**ORDERED**, that each of the releases granted in the Settlement Agreement, subject to the occurrence of the Effective Date (as defined in the Settlement Agreement), are hereby authorized and approved in all respects; and it is further

1

2

**ORDERED**, that nothing in the Settlement Agreement or this Order is intended to or does release, waive, estop, or impact in any way the rights of any parties to the settlement approved by this Order to assert claims which they may hold against Bryan Cave LLP and/or Katherine Windler in connection with any matters (including without limitation claims arising out of transactions, occurrences, acts, and/ or omissions which were the subject of the Sanctions Motion).

3

4

5

6

7

**ORDERED**, that, pursuant to the Settlement Agreement, K&W has transferred the sum of $150,000 (the "B&B DL Settlement") to Durham Jones & Pinegar, to be held in escrow pending the occurrence of the Effective Date, and, upon the occurrence of the Effective Date, the B&B DL Settlement shall be transferred to Bickel & Brewer as counsel and in trust for the B&B DL Settling Clients as provided for in the Settlement Agreement; and it is further

8

9

10

11

12

**ORDERED**, that K&W is authorized to retain $150,000 of the K&W Retainer paid by Asset Resolution, LLC to K&W in full and final compensation for services rendered and expenses incurred in connection with the Bankruptcy Cases; and it is further

13

14

15

16

**ORDERED**, that, pursuant to the Settlement Agreement, K&W has transferred $50,000 (the "Silar Parties Settlement") to Durham Jones & Pinegar, to be held in escrow pending the occurrence of the Effective Date, and, upon the occurrence of the Effective Date, the Silar Parties Settlement shall be transferred to Silar Advisors or its designee(s) as a partial contribution for the release of certain monies held in the registry of the Court as further provided in the Settlement Agreement; and it is further

17

18

19

20

21

22

23

**ORDERED**, that the above-captioned adversary proceeding is hereby dismissed, with prejudice; and it is further

24

25

**ORDERED**, that the Parties are authorized to take all actions necessary to effectuate the Settlement Agreement and this Order; and it is further

26

27

28

1      **ORDERED**, that pursuant to Bankruptcy Rule 3020(e), the fourteen (14)-day stay of this

2 Order imposed thereby is waived and this Order shall be effective and enforceable immediately

3 upon its entry; and it is further

4

5      **ORDERED**, that the failure to reference, cite, reproduce or quote any particular

6 provision of the Settlement Agreement in this Order shall have no effect on the binding effect,

7 enforceability or legality of such provisions, and such provisions shall have the same binding

8 effect, enforceability and legality as every other provision of the Settlement Agreement.

9 Dated:   February 25, 2013.

10

11                  Honorable Robert C. Jones

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28