Entered on Docket
October 01, 2013

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>  Debtor.<br><br>────────────────────────<br>Affects:<br>☒ All Debtors<br>☐ Asset Resolution, LLC, 09-32824<br>☐ Bundy 2.5 Million SPE, LLC, 09-32831<br>☐ Bundy Five Million SPE, LLC, 09-32839<br>☐ CFP Anchor B SPE, LLC, 09-32843<br>☐ CFP Cornman Toltec SPE, LLC, 09-32844<br>☐ CFP Gess SPE LLC, 09-32846<br>☐ CFP Gramercy SPE, LLC, 09-32849<br>☐ Fiesta Stoneridge, LLC, 09-32851<br>☐ Fox Hills SPE, LLC, 09-32853<br>☐ HFAH Monaco SPE, LLC, 09-32868<br>☐ Huntsville SPE, LLC, 09-32873<br>☐ Lake Helen Partners SPE, LLC, 09-32875<br>☐ Ocean Atlantic SPE, LLC, 09-32878<br>☐ Shamrock SPE, LLC, 09-32880<br>☐ 10-90 SPE, LLC, 09-32882 | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br><br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ<br><br>Chapter 7<br><br>ORDER GRANTING EX PARTE APPLICATION BY THE CLAIMS RECOVERY TRUST AND ASSET RESOLUTION AND FOX HILLS SPE, LLC ESTATES FOR AUTHORIZATION TO DISTRIBUTE $150,000 OF SET-ASIDE FUNDS FOR RETENTION OF COUNSEL TO PURSUE THE DIRECT LENDERS' CLAIMS TO ESCROWED PROCEEDS AND RELATED MATTERS (FOX HILLS)<br><br>Crtrm: RCJ - Courtroom 6<br>       Bruce R. Thompson Federal Building<br>       400 S. Virginia Street<br>       Reno, NV 89501<br>Judge: Hon. Robert C. Jones |

The Court has considered the *ex parte* application filed on September 27, 2013 (the "Application") by The Claims Recovery Trust (the "Trust" or "CRT") and William A. Leonard, Jr. ("Trustee"), as the chapter 7 trustee of the bankruptcy estates of Asset Resolution, LLC ("Asset Resolution") and Fox Hills SPE, LLC ("Fox Hills SPE") (jointly and severally, the "Estates"), the

record, and the law, and finds that good cause exists for granting the Application and that sufficient and proper notice of the Application has been given.

**IT IS THEREFORE HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. The Court confirms that the Claims Recovery Trust has received "Assignments" of the Causes of Action described in the Resolution referred to in the Application, for liquidation on behalf of all direct lenders in the Fox Hills Loan on a "whole loan basis" and with Recoveries to be distributed as provided in the Resolution and the trust agreement.

3. The Trustee may immediately disburse the $150,000 of "Expense Set Aside" funds to The Majorie Firm Ltd. for its fees in representing The Claims Recovery Trust in connection with the matters referred to in the Resolution.

IT IS SO ORDERED this 30th day of September, 2013.

_____
Hon. Robert C. Jones, United States District Judge

Respectfully Submitted By:

Dated:    September 27, 2013

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By:    /s/ Jonathan S. Dabbieri
James P. Hill
Jonathan S. Dabbieri
Elizabeth E. Stephens
Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

Dated: September 27, 2013    THE MAJORIE FIRM LTD.

By:    /s/ Francis B. Majorie
Francis B. Majorie PC
Attorneys for The Claims Recovery Trust
###