**Entered on Docket**
**October 31, 2013**

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
ARMSTRONG TEASDALE, LLP
50 W. Liberty St., Suite 950
Reno, NV 89501
Telephone:  (775) 322-7400
Facsimile:  (775) 322-9049
Email:  jchubb@armstrongteasdale.com
      and  lbubala@armstrongteasdale.com

Attorneys for The Kehl Group, Charles B. Anderson
Trust, Rita P. Anderson Trust, and
Death Valley Acquisitions LLC

Submitted Electronically
on October 24, 2013

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ASSET RESOLUTION LLC,<br><br>BUNDY 2.5 MILLION SPE, LLC,<br>BUNDY FIVE MILLION SPE, LLC<br>CFP ANCHOR B SPE, LLC<br>CFP CORNMAN TOLTEC SPE, LLC<br>CFP GESS SPE LLC<br>CFP GRAMERCY SPE, LLC<br>FIESTA STONERIDGE, LLC<br>FOX HILLS SPE, LLC<br>HFAH MONACO SPE, LLC<br>HUNTSVILLE SPE LLC<br>LAKE HELEN PARTNERS SPE LLC<br>OCEAN ATLANTIC SPE LLC<br>SHAMROCK SPE LLC<br>10-90 SPE, LLC<br><br>          Debtors.<br><br>      Affects All Debtors<br>      Affects Only | Case No. BK-S-09-32824-RCJ (Lead Case)<br><br>(Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ<br><br>Chapter 7<br><br>**AMENDED ORDER ESTABLISHING**<br>**ADMINISTRATIVE CLAIMS BAR DATE**<br><br>Hearing Date:<br>Time:<br>Ctrm:    RCJ-Courtroom 6<br>         Bruce R. Thompson Federal Building<br>         400 S. Virginia Street<br>         Reno, NV  89501<br>Judge:   Hon. Robert C. Jones |

The Court, having considered the Motion for Order Establishing Administrative Claims Bar Date ("Motion") filed by William A. Leonard, Jr. ("Trustee"), the Chapter 7 trustee in the Asset Resolution, LLC related bankruptcy cases, BK-S-09-32824-RCJ (Lead Case), and its supporting papers filed on June 21, 2013 as Docket Nos. 2112 through 2114, no opposition or other response to the Motion having been filed; notice appearing proper; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

(1.)    The Motion is granted. All terms not defined herein shall have the meaning given them in the Motion.

(2.)    November 30, 2013 ("Administrative Claims Bar Date") shall be the last day for filing requests for allowance and payment of administrative expenses, including requests for payment under section 503(b) of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (each an administrative claim, and collectively "Administrative Claims") accrued and unpaid as of 30 days prior to the Administrative Claims Bar Date (i.e. October 31, 2013). Other than as set forth in paragraph (3) below, any holder of an Administrative Claim that fails to file a request for allowance and payment of an Administrative Claim on or before November 30, 2013 shall be forever barred, estopped and permanently enjoined from asserting such Administrative Claim against any of the Debtors or their bankruptcy estates.

(3.)    The Administrative Claims Bar Date does not apply to the following:

    (a)    Administrative Claims of one estate against another estate;

    (b)    Administrative Claims of professional persons retained pursuant to an order of the Bankruptcy Court for compensation of fees and reimbursement of expenses;

    (c)    Administrative Claims previously allowed by order of the Court;

    (d)    Administrative Claims on account of which a request for allowance and payment has already been filed; and

  (e) Administrative Claims held by the United States Trustee.

 (4.) Within 10 days of entry of the instant order, the Trustee will serve a copy of the "Administrative Claims Bar Date Notice" in the form attached as Exhibit "1" hereto on the following:

  (a) all "Limited Notice Parties" as defined in the Court's Order Limiting Notice entered January 7, 2010 (Docket No. 250);

  (b) all parties on the Court's ECF electronic mail service list in the jointly-administered cass;

  (c) all applicable governmental agencies and taxing authorities listed on the Court's website for noticing purposes pursuant to Federal Rule of Bankruptcy Procedure 5003(e); and

  (d) The following persons or entities identified, after a review of the Court docket, as potential administrative claimants;

   i. Klestadt & Winters;

   ii. Bryan Cave;

   iii. Duval & Stachenfeld;

   iv. Paritz & Co.;

   v. Situs, Inc.;

///

///

///

      vi.     Kolesar & Leatham;

      vii.    NachmanHaysBrown; and

      viii.   Epiq BK Solutions.

No additional notice of Administrative Claims Bar Date shall be required.

**IT IS SO ORDERED**.

Dated this 31st day of October, 2013.

_____
Honorable Robert C. Jones, United States District Judge

# LOCAL RULE 9021 DECLARATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☒ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party had approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 24th day of October, 2013

ARMSTRONG TEASDALE LLP

/s/ Louis M. Bubala III
LOUIS M. BUBALA III, ESQ.
JANET L. CHUBB, ESQ.

Case 09-32824-rcj    Doc 2299    Entered 10/31/13 15:37:33    Page 6 of 9

**EXHIBIT 1**

| | |
|---|---|
| 1 | SULLIVAN, HILL, LEWIN, REZ & ENGEL |
|   | A Professional Law Corporation |
| 2 |   James P. Hill, CA SBN 90478 (Pro Hac Vice) |
|   |   Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice) |
| 3 |   Elizabeth E. Stephens, NV SBN 5788 |
|   | 228 South Fourth Street, First Floor |
| 4 | Las Vegas, NV 89101 |
|   | Telephone: (702) 382-6440 |
| 5 | Fax Number: (702) 384-9102 |

Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | CASE NO. BK-S-09-32824-RCJ (Lead Case) |
| ASSET RESOLUTION, LLC, | Jointly Administered with Case Nos.: |
| | BK-S-09-32831-RCJ; BK-S-09-32839-RCJ; |
| Debtor. | BK-S-09-32843-RCJ; BK-S-09-32844-RCJ; |
| | BK-S-09-32846-RCJ; BK-S-09-32849-RCJ; |
| | BK-S-09-32851-RCJ; BK-S-09-32853-RCJ; |
| | BK-S-09-32868-RCJ; BK-S-09-32873-RCJ; |
| | BK-S-09-32875-RCJ; BK-S-09-32878-RCJ; |
| | BK-S-09-32880-RCJ; BK-S-09-32882-RCJ |
| | Chapter 7 |
| Affects: | |
| ☒ All Debtors | **NOTICE OF DEADLINE FOR FILING** |
| ☐ Asset Resolution, LLC, 09-32824 | **ADMINISTRATIVE CLAIMS** |
| ☐ Bundy 2.5 Million SPE, LLC, 09-32831 | |
| ☐ Bundy Five Million SPE, LLC, 09-32839 | |
| ☐ CFP Anchor B SPE, LLC, 09-32843 | |
| ☐ CFP Cornman Toltec SPE, LLC, 09-32844 | |
| ☐ CFP Gess SPE LLC, 09-32846 | |
| ☐ CFP Gramercy SPE, LLC, 09-32849 | |
| ☐ Fiesta Stoneridge, LLC, 09-32851 | |
| ☐ Fox Hills SPE, LLC, 09-32853 | |
| ☐ HFAH Monaco SPE, LLC, 09-32868 | |
| ☐ Huntsville SPE, LLC, 09-32873 | Ctrm: RCJ-Courtroom 6 |
| ☐ Lake Helen Partners SPE, LLC, 09-32875 | Bruce R. Thompson Federal Building |
| ☐ Ocean Atlantic SPE, LLC, 09-32878 | 400 S. Virginia Street |
| ☐ Shamrock SPE, LLC, 09-32880 | Reno, NV 89501 |
| ☐ 10-90 SPE, LLC, 09-32882 | Judge: Hon. Robert C. Jones |

///

///

///

- 1 -

352360-v1

1    NOTICE IS HEREBY GIVEN that on _____, the Court entered an order
2  establishing _____ ("Administrative Claims Bar Date") as the last date for any
3  person or entity who asserts an administrative expense claim ("Administrative Claim") against any
4  of the above-captioned debtors (collectively, "Debtors") to file a request for allowance and payment
5  of such claim.  The Administrative Claims Bar Date applies to claims against the Debtors arising
6  AFTER the Debtors filed for bankruptcy on October 14, 2009, but before _____.
7  The Bankruptcy Code (11 U.S.C. § 101 et seq.) defines an Administrative Claim as an unsecured
8  claim for "the actual, necessary costs and expenses of preserving the estate." If your claim arose
9  BEFORE the Debtors filed for bankruptcy (that is, before October 14, 2009), that claim is not likely
10 an Administrative Claim.

11    Any holder of an Administrative Claim that fails to file a request for allowance and payment
12 of an Administrative Claim on or before the Administrative Claims Bar Date shall be forever barred,
13 estopped and permanently enjoined from asserting such Administrative Claims against any of the
14 Debtors or their bankruptcy estates.

15    At this time, you do NOT have to file a request for allowance and payment of an
16 Administrative Claim if you hold one of the following types of claims:

17    (1)    Administrative Claims of one bankruptcy estate against another bankruptcy estate;
18    (2)    Administrative Claims of professional persons retained by the Trustee pursuant to an
19           order of the Bankruptcy Court for compensation of fees and reimbursement of
20           expenses;
21    (3)    Administrative Claims previously allowed by order of the Court;
22    (4)    Administrative Claims on account of which a request for allowance and payment has
23           already been filed; and
24    (5)    Administrative Claims held by the United States Trustee.
25 ///
26 ///
27 ///
28 ///

- 2 -

352360-v1

<u>The fact that you received this notice does not necessarily mean that you have an Administrative Claim or that the Trustee, the Debtors or the Court believe that you have any Administrative Claims.</u>

Dated:   June 21, 2013

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By:   <u>/s/ Jonathan S. Dabbieri</u>
James P. Hill
Jonathan S. Dabbieri
Elizabeth E. Stephens
Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

- 3 -

352360-v1