Stacy Elledge Chiang, CPA/CFF, CIRA
Bruce Rogoff, Esq. (Massachusetts State Bar No. 542325)
LECG, LLC
2 Dukes Road
Wellesley, MA 02481
(617) 797-4553

(Former) Accountants to the Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>Debtor.<br><br>―――――――――――――――――――<br>Affects:<br>☒ All Debtors<br>☐ Asset Resolution, LLC, 09-32824<br>☐ Bundy 2.5 Million SPE, LLC, 09-32831<br>☐ Bundy Five Million SPE, LLC, 09-32839<br>☐ CFP Anchor B SPE, LLC, 09-32843<br>☐ CFP Cornman Toltec SPE, LLC, 09-32844<br>☐ CFP Gess SPE LLC, 09-32846<br>☐ CFP Gramercy SPE, LLC, 09-32849<br>☐ Fiesta Stoneridge, LLC, 09-32851<br>☐ Fox Hills SPE, LLC, 09-32853<br>☐ HFAH Monaco SPE LLC, 09-32868<br>☐ Huntsville SPE LLC, 09-32873<br>☐ Lake Helen Partners SPE LLC, 09-32875<br>☐ Ocean Atlantic SPE LLC, 09-32878<br>☐ Shamrock SPE LLC, 09-32880<br>☐ 10-90 SPE, LLC, 09-32882 | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br><br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ<br><br>Chapter 7<br><br>**ORDER ON FIRST AND FINAL APPLICATION OF LECG, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE**<br><br>Ctrm:   RCJ - Courtroom 6<br>            Bruce R. Thompson Federal Building<br>            400 S. Virginia Street<br>            Reno, NV 89501<br>Judge: Hon. Robert C. Jones |

399474-v1

- 1 -

The Fee Application of LECG, LLC ("LECG") for the period from July 9, 2010 through April 22, 2011 was filed on October 12, 2018 as Docket No 3369. The Court having considered the Fee Application, its supporting papers, no opposition or other response to the Fee Application having been filed; notice appearing proper; and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

The fees and costs prayed for by LECG for the period from July 9, 2010 through and including April 22, 2011, Chapter 7 fees in the amount of $44,214.50 and Chapter 7 costs of $10,014.16 are hereby allowed as reasonable compensation for actual, necessary services and expenses within the meaning of 11 U.S.C. §330(a)(1).

The Trustee is authorized to pay $44,214.50 in allowed fees and $10,014.16 in allowed costs to LECG immediately from funds of the Debtors' estates as set forth in the first and final fee application.

**IT IS SO ORDERED.**

Dated this 28th day of May, 2019.

_____
Honorable Robert C. Jones

Respectfully Submitted By:

LECG, LLC

By:    */s/ Stacy Elledge Chiang*
Stacy Elledge Chiang
Former Accountants for Chapter 7 Trustee,
William A. Leonard, Jr.

399474-v1

- 2 -

**LOCAL RULE 9021 DECLARATION**

In accordance with LR 9021, the party submitting this document certifies that the order accurately reflects the Court's ruling and that:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 13th day of November 2018.

LECG, LLC

By:    */s/ Stacy Elledge Chiang*
       Stacy Elledge Chiang
       Former Accountants for Chapter 7 Trustee,
       William A. Leonard, Jr.

399474-v1

- 3 -