Stacy Elledge Chiang, CPA/CFF, CIRA
**Squar, Milner, Peterson, Miranda & Williamson, LLP**
3655 Nobel Drive, Suite 300
San Diego, CA 92122
www.squarmilner.com
Telephone: (858) 597-4100
Facsimile: (858) 597-4111

Accountants to the Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re | CASE NO. BK-S-09-32824-RCJ (Lead Case) |
| ASSET RESOLUTION, LLC, | Jointly Administered with Case Nos.: BK-S-09-32831-RCJ; BK-S-09-32839-RCJ; BK-S-09-32843-RCJ; BK-S-09-32844-RCJ; BK-S-09-32846-RCJ; BK-S-09-32849-RCJ; BK-S-09-32851-RCJ; BK-S-09-32853-RCJ; BK-S-09-32868-RCJ; BK-S-09-32873-RCJ; BK-S-09-32875-RCJ; BK-S-09-32878-RCJ; BK-S-09-32880-RCJ; BK-S-09-32882-RCJ |
| Debtor. | |
| | Chapter 7 |

Affects:
☒ All Debtors
☐ Asset Resolution, LLC, 09-32824
☐ Bundy 2.5 Million SPE, LLC, 09-32831
☐ Bundy Five Million SPE, LLC, 09-32839
☐ CFP Anchor B SPE, LLC, 09-32843
☐ CFP Cornman Toltec SPE, LLC, 09-32844
☐ CFP Gess SPE LLC, 09-32846
☐ CFP Gramercy SPE, LLC, 09-32849
☐ Fiesta Stoneridge, LLC, 09-32851
☐ Fox Hills SPE, LLC, 09-32853
☐ HFAH Monaco SPE LLC, 09-32868
☐ Huntsville SPE LLC, 09-32873
☐ Lake Helen Partners SPE LLC, 09-32875
☐ Ocean Atlantic SPE LLC, 09-32878
☐ Shamrock SPE LLC, 09-32880
☐ 10-90 SPE LLC, 09-32882

**ORDER ON FIRST INTERIM APPLICATION OF SQUAR, MILNER, PETERSON, MIRANDA & WILLIAMSON, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE**

Ctrm:   RCJ - Courtroom 6
            Bruce R. Thompson Federal Building
            400 S. Virginia Street
            Reno, NV 89501
Judge: Hon. Robert C. Jones

399473-v1                                      - 1 -

1      The Fee Application of Squar, Milner, Peterson, Miranda & Williamson, LLP  ("Squar

2  Milner ") for the period from August 10, 2011 through August 31, 2018 was filed on October 12,

3  2018 as Docket No 3371.  The Court having considered the Fee Application, its supporting papers,

4  no opposition or other response to the Fee Application having been filed; notice appearing proper;

5  and good cause appearing therefor,

6      **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

7      The fees and costs prayed for by Squar Milner for the period from August 10, 2011 through

8  and including August  31, 2018, Chapter 7 fees in the amount of $174,517.00 and Chapter 7 costs of

9  $529.09, are hereby allowed as reasonable compensation for actual, necessary services and expenses

10  within the meaning of 11 U.S.C. §330(a)(1).

11      The Trustee is authorized to pay $174,517.00 in allowed fees and $529.09 in allowed costs to

12  Squar Milner immediately from funds of the Debtors' estates as set forth in the first interim fee

13  application.

14      **IT IS SO ORDERED.**

15      Dated this 28th day of May, 2019.

16

17  Respectfully Submitted By:

    Honorable Robert C. Jones

18  Squar, Milner, Peterson, Miranda & Williamson, LLP

19  By: _____*/s/ Stacy Elledge Chiang*_____

20  Stacy Elledge Chiang
    Accountants for Chapter 7 Trustee,

21      William A. Leonard, Jr.

22

23

24

25

26

27

28

**LOCAL RULE 9021 DECLARATION**

In accordance with LR 9021, the party submitting this document certifies that the order accurately reflects the Court's ruling and that:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 13th day of November, 2018.


Squar, Milner, Peterson, Miranda & Williamson, LLP

By:        _/s/ Stacy Elledge Chiang_
Stacy Elledge Chiang
Accountants for Chapter 7 Trustee,
William A. Leonard, Jr.