SULLIVAN, HILL, REZ & ENGEL
A Professional Law Corporation
James P. Hill, CA SBN 90478 (Pro Hac Vice)
Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice)
Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 382-6440
Fax Number: (702) 384-9102

Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>ASSET RESOLUTION, LLC<br><br><br><br>Debtor. | Case No.: BK-S-09-32824-RCJ<br><br>Chapter 7<br><br>Current Date: November 17, 2020<br>Current Time: 9:00 a.m.<br><br>Requested Date: February 17, 2021<br>Requested Dates: 9:00 a.m.<br><br>**ORDER** |
|---|---|

**STIPULATION TO CONTINUE NOVEMBER 17, 2020 HEARING**

This stipulation is entered into between the United States of America and William A. Leonard, Jr., Chapter 7 Trustee, by their respective attorneys, to continue the hearing on the Chapter 7 Trustee's Objection to Claim Nos. 13-1 and 13-2.

The Chapter 7 Trustee filed an Objection to Claim Nos. 13-1 and 13-2. Hearing on the objection is presently set for November 17, 2020.

On July 24, 2020, the United States filed a response to the Objection.

The Claim arises out of the Debtor's 2008 tax return and taxes claimed to be due by reason of such return. The Trustee's accountants have located in the debtor's books and records an amended 2008 return, prepared by the Debtor's then accountants. It is unclear whether the return was filed with the Internal Revenue Service (IRS). The amended return reflects that no tax was due for tax year 2008. The Trustee has provided a copy of the amended return to the IRS and the IRS has suggested that the Trustee file the amended

1

return so it may be processed by the IRS and that its processing may resolve, in whole or in part, the Claim asserted by the IRS. The Trustee's accountants have been requested to complete their review of the return so it may be signed and filed by the Trustee and then processed by the IRS.

The parties therefore request the current hearing date of November 17, 2020 be continued, to permit sufficient time for the return to be completed, filed, and processed.

All parties reserve their rights with respect to the claim and the pending objection.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED:

The hearing date on the Chapter 7 Trustee's Objection to Claim Nos. 13-1 and 13-2, presently scheduled for November 17, 2020, may be reset to February 17, 2021 or the first date thereafter convenient to the Court.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Brian W. Irvin
BRIAN W. IRVIN
Assistant United States Attorney

SULLIVAN HILLREZ &ENGEL
A Professional Law Corporation

By: /s/ Jonathan S. Dabbieri
James P. Hill
Jonathan S. Dabbieri (*pro hac vice*)
Elizabeth E. Stephens
Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

IT IS ORDERED that the hearing regarding Trustee's Objection to Proofs of Claims Nos. 13-1 and 13-2 (ECF No. 3555) currently scheduled for 11/17/2020 is hereby VACATED and RESET for Monday, 2/22/2021 at 10:00 a.m. via zoom video conference before Judge Robert C. Jones.

Dated this 10th day of November, 2020

_____
ROBERT C. JONES, U.S. DISTRICT JUDGE

2