SULLIVAN, HILL, REZ & ENGEL
A Professional Law Corporation
James P. Hill, CA SBN 90478 (Pro Hac Vice)
Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice)
Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 382-6440
Fax Number: (702) 384-9102

Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ASSET RESOLUTION, LLC<br><br><br><br>Debtor. | Case No.: BK-S-09-32824-RCJ<br><br>Chapter 7<br><br>Current Date: February 22, 2021<br>Current Time: 10:00 a.m.<br><br>Requested Date: March 22, 2021<br>Requested Time: 10:00 a.m. |

### STIPULATION TO CONTINUE FEBRUARY 22, 2021 HEARING

This stipulation is entered into between the United States of America and William A. Leonard, Jr., Chapter 7 Trustee, by their respective attorneys, to continue the hearing on the Chapter 7 Trustee's Objection to Claim Nos. 13-1 and 13-2.

The Chapter 7 Trustee filed an Objection to Claim Nos. 13-1 and 13-2. On July 24, 2020 the United States filed a response to the Objection. Hearing on the objection is presently set for February 22, 2021.

The Claim arises out of the Debtor's 2008 tax return and taxes claimed to be due by reason of such return. The Trustee's accountants have located in the debtor's books and records an amended 2008 return, prepared by the Debtor's then accountants. It is unclear whether the return was filed with the Internal Revenue Service (IRS). The amended return reflects that no tax was due for tax year 2008. The Trustee provided a copy of the amended return to the IRS and the

1  IRS suggested that the Trustee file an amended return so it may be processed by the IRS and that
2  its processing may resolve, in whole or in part, the Claim asserted by the IRS. The Trustee's
3  accountants prepared an amended return, which the Trustee signed and filed. The amended
4  return is now being reviewed by the IRS.

5      The parties therefore request the current hearing date of February 22, 2021 be continued,
6  to permit additional time for the return to be processed.

7      All parties reserve their rights with respect to the claim and the pending objection.

8      THEREFORE, IT IS HEREBY AGREED AND STIPULATED:

9      The hearing date on the Chapter 7 Trustee's Objection to Claim Nos. 13-1 and 13-2,
10 presently scheduled for February 22, 2021, may be reset to March 22, 2021 or the first date
11 thereafter convenient to the Court.

NICHOLAS A. TRUTANICH
United States Attorney

 /s/ Brian W. Irvin
BRIAN W. IRVIN
Assistant United States Attorney


SULLIVAN HILLREZ &ENGEL
A Professional Law Corporation
By: /s/ Jonathan S. Dabbieri
James P. Hill
Jonathan S. Dabbieri
Elizabeth E. Stephens
Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

416690-v1                                    2

```
 1  SULLIVAN HILL REZ & ENGEL
    A Professional Law Corporation
 2    James P. Hill, CA SBN 90478 (Pro Hac Vice)
      Jonathan S. Dabbieri, SBN 91963 (Pro Hac Vice)
 3    Elizabeth E. Stephens, NV SBN 5788
    228 South Fourth Street, First Floor
 4  Las Vegas, NV 89101
    Telephone:    (702) 382-6440
 5  Fax Number:   (702) 384-9102

 6  Attorneys for Chapter 7 Trustee,
    William A. Leonard, Jr.
 7
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | CASE NO. BK-S-09-32824-RCJ (Lead Case) |
| ASSET RESOLUTION, LLC, | Jointly Administered with Case Nos.: |
| Debtor. | BK-S-09-32831-RCJ;  BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ;  BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ;  BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ;  BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ;  BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ;  BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ;  BK-S-09-32882-RCJ |
| | Chapter 7 |
| Affects:<br>☒ All Debtors<br>☒ Asset Resolution, LLC, 09-32824<br>☐ Bundy 2.5 Million SPE, LLC, 09-32831<br>☐ Bundy Five Million SPE, LLC, 09-32839<br>☐ CFP Anchor B SPE, LLC, 09-32843<br>☐ CFP Cornman Toltec SPE, LLC, 09-32844<br>☐ CFP Gess SPE LLC, 09-32846<br>☐ CFP Gramercy SPE, LLC, 09-32849<br>☐ Fiesta Stoneridge, LLC, 09-32851<br>☐ Fox Hills SPE, LLC, 09-32853<br>☐ HFAH Monaco SPE LLC, 09-32868<br>☐ Huntsville SPE LLC, 09-32873<br>☐ Lake Helen Partners SPE LLC, 09-32875<br>☐ Ocean Atlantic SPE LLC, 09-32878<br>☐ Shamrock SPE LLC, 09-32880<br>☐ 10-90 SPE, LLC, 09-32882 | **CERTIFICATE OF SERVICE**<br><br><br><br><br><br><br><br>Ctrm:  RCJ - Courtroom 6<br>      Bruce R. Thompson Federal Building<br>      400 S. Virginia Street<br>      Reno, NV 89501<br>Judge: Hon. Robert C. Jones |

/ / /

/ / /

/ / /

416675-v1                              - 1 -

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 600 B Street, Suite 1700, San Diego, California 92101. On February 17, 2021, I served the foregoing document(s), described as:

1. **STIPULATION TO CONTINUE FEBRUARY 22, 2021 HEARING**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On February 17, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- MICHELLE L. ABRAMS    michelle@clearcounsel.com
- RYAN A. ANDERSEN    ryan@vegaslawfirm.legal, tatiana@vegaslawfirm.legal;charlai@vegaslawfirm.legal;mariana@vegaslawfirm.legal;ecf-df8b00a4597e@ecf.pacerpro.com;notices@nextchapterbk.com
- RALPH ASCHER    Ralphascher@aol.com
- KAREN M. AYARBE    kayarbe@lkglawfirm.com, clamia@lkglawfirm.com;gakltd@kernltd.com
- TODD L. BICE    lit@pisanellibice.com, zs@pisanellibice.com
- JAMES M. BRAKO
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com
- MICHAEL J. BROCK    mbrock@maybrocklaw.com, para02@maybrocklaw.com
- OGONNA M. BROWN    OBrown@lrrc.com, KPimentel@lrrc.com,ogonna-brown-4984@ecf.pacerpro.com
- LOUIS M. BUBALA    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
- Jason J. Bach    aloraditch@bachlawfirm.com;sandra.herbstreit@bachlawfirm.com
- JANET L. CHUBB    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
- DAVID A. COLVIN    dcolvin@lvpaiute.com
- TIMOTHY S. CORY    tcory@crdslaw.com, creade@crdslaw.com
- JONATHAN S. DABBIERI    dabbieri@sullivanhill.com, hill@sullivanhill.com;hawkins@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;dabbieri@ecf.inforuptcy.com
- CRAIG S. DUNLAP    cdunlap@cdunlaplaw.com, cdunlap7@gmail.com
- FORD ELSAESSER    ford@eaidaho.com
- EPIQ CORPORATE RESTRUCTURING, LLC (sg)    Pacerteam@choosegcg.com, rjacobs@ecf.epiqsystems.com
- SEAN P FLANAGAN    sean@flanaganltd.com
- JOSEPH P. GARIN    snutt@lipsonneilson.com;kleaver@lipsonneilson.com;aochoa@lipsonneilson.com;jcerezo@lipsonneilson.com
- GREGORY E GARMAN    ggarman@gtg.legal, bknotices@gtg.legal

416675-v1    - 2 -

- DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM;kjohnson@gerrard-cox.com;emedellin@gerrard-cox.com, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;gmilne@gerrard-cox.com
- TALITHA B. GRAY KOZLOWSKI    tgray@gtg.legal, bknotices@gtg.legal
- JAMES D. GREENE    jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- DEBORAH M. GUTFELD    dgutfeld@perkinscoie.com, deborah-kennedy-8069@ecf.pacerpro.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, selenav@goldguylaw.com;peterc@goldguylaw.com;jschneringer@goldguylaw.com;ljohns@goldguylaw.com;peggyg@goldguylaw.com
- DANIEL T HAYWARD    dhayward@laxalt-nomura.com, kmartin@laxalt-nomura.com
- KARA B. HENDRICKS    hendricksk@gtlaw.com, lvlitdock@gtlaw.com;flintza@gtlaw.com
- JEFFERY D. HERMANN    jhermann@orrick.com, gwilley@orrick.com
- JEFFERY D. HERMANN    jhermann@orrick.com, gwilley@orrick.com
- MICHAEL W. HILE    mhile@jacobsonhile.com
- JAMES P. HILL    hill@shlaw.com, hill@sullivanhill.com
- MELANIE A. HILL    Melanie@MelanieHillLaw.com, tdells@cox.net
- RICHARD F. HOLLEY    rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
- BRIAN E HOLTHUS    bankruptcy@juww.com, bankruptcy@juwlaw.com;mw@juwlaw.com;kom@juwlaw.com
- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
- BRIAN W. IRVIN    BRIAN.IRVIN@USDOJ.GOV, angelina.villalpando@usdoj.gov;dionne.white@usdoj.gov;maritess.recinto@usdoj.gov;maria.covarrubias@usdoj.gov;samira.tamules@usdoj.gov
- ALEX J. KACHMAR    joelsner@weintraub.com, bjennings@weintraub.com
- GAYLE A. KERN    gkern@lkglawfirm.com, gakltd@kernltd.com;kayarbe@lkglawfirm.com;skaradanis@lkglawfirm.com;clamia@lkglawfirm.com
- ROBERT R. KINAS    rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
- DEAN T. KIRBY    dkirby@kirbymac.com, jwilson@kirbymac.com;twright@kirbymac.com
- DEAN T. KIRBY    dkirby@kirbymac.com, jwilson@kirbymac.com;twright@kirbymac.com
- TRACY L. KLESTADT    tklestadt@klestadt.com
- JOHN P. KREIS    jkreis@kreislaw.com
- BRYCE K KUNIMOTO    bkunimoto@hollandhart.com
- JOHN J. LAXAGUE    jlaxague@caneclark.com, joe@laxaguelaw.com
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

416675-v1         - 3 -

- JAMES J LEE    james@leelitigate.com
- LEE COUNTY TAX COLLECTOR (cs)    cathys@leetc.com
- WILLIAM A. LEONARD    Trustee@bktte.com, wal@trustesolutions.net
- ANNE M. LORADITCH    aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
- MONA LYMAN BURTON    monaburton@msn.com
- FRANCIS B. MAJORIE    fbmajorie@themajoriefirm.com, ECFNoticesTheMajorieFirm@gmail.com
- PATRICIA A. MARR    patricia@marrlawlv.com
- SHAWN W MILLER    smiller@hainesandkrieger.com, dkrieger@kriegerlawgroup.com;graham@kriegerlawgroup.com
- ROBERT M MILLIMET    RRM@bickelbrewer.com
- ROYI MOAS    rmoas@wrslawyers.com, mshield@wrslawyers.com
- JOHN A MOE    john.moe@dentons.com
- STEPHEN MOLLATH    joan@prezantmollath.com
- ERVEN T. NELSON    erv@hyperionlegal.com
- VICTORIA L NELSON    vnelson@nelsonhoumand.com
- BOB L. OLSON    bolson@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com
- RONAK N PATEL    DRESPARZA@RIVCO.ORG
- JEFFERY D PATTERSON    jdp@gooldpatterson.com
- JON T PEARSON    jpearson@gelaw.com
- J. STEPHEN PEEK    speek@hollandhart.com, vlarsen@hollandhart.com,krcole@hollandhart.com
- CRAIG E. POWER    cpower@cbylaw.com, msegura@cbylaw.com
- DENNIS M. PRINCE    eservice@egletlaw.com, aebinger@thedplg.com
- LISA A RASMUSSEN    Lisa@veldlaw.com, martha@veldlaw.com
- MICHAEL D. RAWLINS    mrawlins@smithshapiro.com, jbidwell@smithshapiro.com
- CHRISTINE A ROBERTS    Christine@crobertslaw.net, Christine@crobertslaw.net;lynn@crobertslaw.net
- KEVIN S. ROSEN    krosen@gibsondunn.com
- JOHN M. SAMBERG    jsamberg@wrslawyers.com, efilingjms@wrslawyers.com
- SEAN C. SOUTHARD    ssouthard@klestadt.com
- ELIZABETH E. STEPHENS    stephens@sullivanhill.com, hill@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.com
- BRADLEY J. STEVENS    bstevens@jsslaw.com, lbourland@jsslaw.com
- CINDY LEE STOCK    cindy@clstock.com
- ERIC W. SWANIS    swanise@gtlaw.com, lvlitdock@gtlaw.com
- AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
- U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
- MARTIN L. WELSH    mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com;nv.ecf@aislegaltrac.com
- PATRICIA WILSON HADFIELD    patriciah@bankruptcyLG.com, reno@bankruptcylg.com;chadj@bankruptcylg.com;notices@nextchapterbk.com
- KATHERINE M. WINDLER    kwindler@verizon.net
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

416675-v1    - 4 -

- FRANK J. WRIGHT    ecfbankruptcy@fjwright.law, frank@fjwright.law;imelda@fjwright.law

☐ **UNITED STATES MAIL, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary*)

☐ **BY DIRECT E-MAIL (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary.*) Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 17, 2021 at San Diego, California.

*/s/ Linda Gubba-Reiner*
Linda Gubba-Reiner

416675-v1

- 5 -