SULLIVAN, HILL, REZ & ENGEL
A Professional Law Corporation
  James P. Hill, CA SBN 90478 (Pro Hac Vice)
  Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice)
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 382-6440 /Fax Number: (702) 384-9102

Attorneys for Chapter 7 Trustee, William A. Leonard, Jr.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>           Debtor.<br><br>Affects:<br>☐ All Debtors<br>☒ Asset Resolution, LLC, 09-32824<br>☐ Bundy 2.5 Million SPE, LLC, 09-32831<br>☐ Bundy Five Million SPE, LLC, 09-32839<br>☐ CFP Anchor B SPE, LLC, 09-32843<br>☐ CFP Cornman Toltec SPE, LLC, 09-32844<br>☐ CFP Gess SPE LLC, 09-32846<br>☐ CFP Gramercy SPE, LLC, 09-32849<br>☐ Fiesta Stoneridge, LLC, 09-32851<br>☐ Fox Hills SPE, LLC, 09-32853<br>☐ HFAH Monaco SPE, LLC, 09-32868<br>☐ Huntsville SPE, LLC, 09-32873<br>☐ Lake Helen Partners SPE, LLC, 09-32875<br>☐ Ocean Atlantic SPE, LLC, 09-32878<br>☐ Shamrock SPE, LLC, 09-32880<br>☐ 10-90 SPE, LLC, 09-32882 | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br><br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ<br><br>Chapter 7<br><br>**ORDER CONTINUING HEARING DATE ON CLAIMS 13-1 AND 13-2 OF THE INTERNAL REVENUE SERVICE**<br><br>Current Date: February 22, 2021<br>Current Time: 10:00 a.m.<br><br>Continued Date: March 22, 2021<br>Continued Time: 10:00 a.m.<br>.<br>Judge: Hon. Robert C. Jones |

416694-v1                                       - 1 -

  The parties having stipulated to continue the hearing date on the trustee's objections to claims 13-1 and 13-2 of the Internal Revenue Service and good cause appearing,

  **IT IS HEREBY ORDERED** that the hearing on the objections, presently set for February 22, 2021 at 10:00 a.m. in the above entitled Court, is hereby continued to March 22, 2021 at 10:00 a.m.

  Dated this 17th day of February, 2021.

                    _____
                     Honorable Robert C. Jones

Respectfully Submitted By:

SULLIVAN, HILL, REZ & ENGEL
A Professional Law Corporation

By:   */s/ Jonathan S. Dabbieri*
    Jonathan S. Dabbieri
    Attorneys for Chapter 7 Trustee,
    William A. Leonard, Jr.

                ###

**LOCAL RULE 9021 DECLARATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 17th day of February 2021.

           SULLIVAN HILL REZ & ENGEL
           A Professional Law Corporation

By:   */s/ Jonathan S. Dabbieri*
        James P. Hill
        Jonathan S. Dabbieri
        Elizabeth E. Stephens
        Attorneys for Chapter 7 Trustee,
        William A. Leonard, Jr.