Michael A. Paasch (Florida Bar №. 852805)
MATEER & HARBERT, P.A.
225 E. Robinson St., Suite 600
Orlando, Florida 32801
Telephone: 407-425-9044
Facsimile: 407-423-2016
mpaasch@mateerharbert.com
*(pro hoc vice pending)*

Jeffrey D. Patterson (NVB 364)
Goold Patterson
1975 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Telephone: (702) 436-2600
Telecopy: (702) 436-2650
jdp@gooldpatterson.com
Attorneys for Orange County, FL Tax Collector

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>Asset Resolution, LLC,<br><br>　　　　Debtor. | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br><br>Jointly Administered With Case Nos:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ<br><br>Chapter 7 |
| ☒ Affects all Debtors<br><br>☒ Affects the following Debtor(s):<br>☒ Asset Resolution, LLC, 09-32824<br>☐ Bundy 2.5 Million SPE, LLC, 09-32831<br>☐ Bundy Five Million SPE, LLC, 09-32839<br>☐ CFP Anchor B SPE, LLC, 09-32842<br>☐ CFP Cornman Toltec SPE, LLC, 09-32846<br>☐ CFP Gess SPE LLC, 09-32846<br>☐ CFP Gramercy SPE, LLC, 09-32849<br>☐ Fiesta Stoneridge, LLC, 09-32851<br>☐ Fox Hills SPE, LLC, 09-32853<br>☐ HFAH Monaco SPE LLC, 09-32868<br>☐ Huntsville SPE LLC, 09-32873<br>☐ Lake Helen Partners SPE LLC, 09-32875<br>☐ Ocean Atlantic SPE LLC, 09-32878<br>☐ Shamrock SPE LLC, 09-32880<br>☐ 10-90 SPE, LLC, 09-32882 | **DECLARATION OF KEVIN PAGE IN SUPPORT OF SCOTT RANDOLPH, ORANGE COUNTY, FLORIDA TAX COLLECTOR'S MOTION FOR ORDER CONFIRMING THAT AUTOMATIC STAY IS INAPPLICABLE OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing Date:<br>Date:　June 21, 2021<br>Time:　11:30 a.m.<br>Place:　RCJ – Courtroom 6<br>　　　　Bruce R. Thompson Federal Building<br>　　　　400 S. Virginia St.<br>　　　　Reno, NV 89501<br><br>Via Zoom Video Conference |

GOOLD PATTERSON
ATTORNEYS AT LAW
1975 VILLAGE CENTER CIRCLE
SUITE 140
LAS VEGAS, NEVADA 89134
(702) 436-2600

## DECLARATION OF KEVIN PAGE

SCOTT RANDOLPH, ORANGE COUNTY, FLORIDA TAX COLLECTOR (the "Tax Collector"), hereby submits the Declaration of Kevin Page in support of the Tax Collector's Motion for Order Confirming that Automatic Stay is Inapplicable or, in the Alternative, for Relief from the Automatic Stay (the "Motion").

I, Kevin Page, declare as follows:

1. I am the Manager of Delinquent Taxes for Scott Randolph, the Orange County, Florida Tax Collector.

2. As part of my job duties, I am responsible for calculating and analyzing the amount due with respect to delinquent real property taxes, tax certificates, and tax deed applications, including statutory interest and other fees owed to the Tax Collector.

3. I submit this Declaration in support of the Motion.

4. If called as a witness, I could and would competently testify to all facts set forth herein within my personal knowledge except where stated upon information and belief.

5. Attached as Exhibit A to the Motion is a true and accurate summary of the delinquent real property taxes, outstanding tax certificates, and tax deed applications on the Main Property and Cross Parcel (as identified in the Motion).

6. As of May 1, 2021, the total amounts due on the Main Property and Cross Parcel are $2,059,023.90 and $44,127.46, respectively.

7. Upon information and belief, the legal descriptions for the Main Property and Cross Parcel are attached to the Motion as Exhibit B.

GOOLD PATTERSON
ATTORNEYS AT LAW
1975 VILLAGE CENTER CIRCLE
SUITE 140
LAS VEGAS, NEVADA 89134
(702) 436-2600

8. The real property taxes on the Main Property and Cross Parcel have not been paid since 2006 and 2005, respectively. Tax deed sales were scheduled on the Cross Parcel in 2010 and the individual condominium units comprising the Main Property in 2011, but were pulled due to this bankruptcy case.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 13th day of May, 2021 at Orlando, Florida.

_____
KEVIN PAGE, Manager, Delinquent Taxes
Office of the Orange County, Florida
Tax Collector

4832-3623-6777, v. 1

GOOLD PATTERSON
ATTORNEYS AT LAW
1975 VILLAGE CENTER CIRCLE
SUITE 140
LAS VEGAS, NEVADA 89134
(702) 436-2600

3