Michael A. Paasch (Florida Bar №. 852805)
MATEER & HARBERT, P.A.
225 E. Robinson St., Suite 600
Orlando, Florida 32801
Telephone: 407-425-9044
Facsimile: 407-423-2016
mpaasch@mateerharbert.com
*(pro hoc vice pending)*

Jeffrey D. Patterson (NVB 364)
Goold Patterson
1975 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Telephone: (702) 436-2600
Telecopy: (702) 436-2650
jdp@gooldpatterson.com
Attorneys for Orange County, FL Tax Collector

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>Asset Resolution, LLC,<br><br>　　　　Debtor. | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br><br>Jointly Administered With Case Nos:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ |
| | Chapter 7 |
| ☒　Affects all Debtors<br><br>☒　Affects the following Debtor(s):<br>☒　Asset Resolution, LLC, 09-32824<br>☐　Bundy 2.5 Million SPE, LLC, 09-32831<br>☐　Bundy Five Million SPE, LLC, 09-32839<br>☐　CFP Anchor B SPE, LLC, 09-32842<br>☐　CFP Cornman Toltec SPE, LLC, 09-32846<br>☐　CFP Gess SPE LLC, 09-32846<br>☐　CFP Gramercy SPE, LLC, 09-32849<br>☐　Fiesta Stoneridge, LLC, 09-32851<br>☐　Fox Hills SPE, LLC, 09-32853<br>☐　HFAH Monaco SPE LLC, 09-32868<br>☐　Huntsville SPE LLC, 09-32873<br>☐　Lake Helen Partners SPE LLC, 09-32875<br>☐　Ocean Atlantic SPE LLC, 09-32878<br>☐　Shamrock SPE LLC, 09-32880<br>☐　10-90 SPE, LLC, 09-32882 | **NOTICE OF HEARING ON SCOTT RANDOLPH, ORANGE COUNTY, FLORIDA TAX COLLECTOR'S MOTION FOR ORDER CONFIRMING THAT AUTOMATIC STAY IS INAPPLICABLE OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**<br>Hearing Date:<br>Date:　June 21, 2021<br>Time:　11:30 a.m.<br>Place:　RCJ – Courtroom 6<br>　　　　Bruce R. Thompson Federal Building<br>　　　　400 S. Virginia St.<br>　　　　Reno, NV 89501<br><br>Via Zoom Video Conference |

GOOLD PATTERSON
ATTORNEYS AT LAW
1975 VILLAGE CENTER CIRCLE
SUITE 140
LAS VEGAS, NEVADA 89134
(702) 436-2600

**PLEASE TAKE NOTICE** that Scott Randolph, Orange County, Florida Tax Collector (the "Tax Collector"), has filed a *Motion for Order Confirming that Automatic Stay is Inapplicable or, in the Alternative, for Relief from the Automatic Stay* (the "Motion") seeking to confirm the sale of tax certificates relating to real property located in Orlando, Florida identified as Assessor Parcel Numbers 27-22-29-2947-99999 and 27-22-2046-01001. The Motion is filed as Docket No. 3710, with the supporting Declarations of Kevin Page and Michael A. Paasch as Docket Nos. 3712 and 3713, respectively.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will take place on June 21, 2021 at 11:30 a.m. in the courtroom of the Judge Robert C. Jones at the Bruce R. Thompson Federal Building, 400 S. Virginia St., Reno, NV 89501 and will be held via Zoom video conference.

**PLEASE TAKE FURTHER NOTICE** that any oppositions to the Motion must be filed pursuant to Local Rule 9014(d)(1) and that if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the attorney giving this Notice no later than fourteen (14) days prior to the hearing on the Motion, unless an exception applies (See Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested, you *must* file a WRITTEN response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this Notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

GOOLD PATTERSON
ATTORNEYS AT LAW
1975 VILLAGE CENTER CIRCLE
SUITE 140
LAS VEGAS, NEVADA 89134
(702) 436-2600

2

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be continued without further notice.

Dated: May 14, 2021.

                                    **GOOLD PATTERSON**

                                By: _____
                                        Jeffrey D. Patterson
                                    Attorneys for Orange County, Florida Tax Collector

GOOLD PATTERSON
ATTORNEYS AT LAW
1975 VILLAGE CENTER CIRCLE
SUITE 140
LAS VEGAS, NEVADA 89134
(702) 436-2600

3