SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, CA SBN 90478 (Pro Hac Vice)
  Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice)
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 382-6440
Fax Number: (702) 384-9102

Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>           Debtor.<br><br>―――――――――――――<br>Affects:<br>☐ All Debtors<br>☒ Asset Resolution, LLC, 09-32824<br>☐ Bundy 2.5 Million SPE, LLC, 09-32831<br>☐ Bundy Five Million SPE, LLC, 09-32839<br>☐ CFP Anchor B SPE, LLC, 09-32843<br>☐ CFP Cornman Toltec SPE, LLC, 09-32844<br>☐ CFP Gess SPE LLC, 09-32846<br>☐ CFP Gramercy SPE, LLC, 09-32849<br>☐ Fiesta Stoneridge, LLC, 09-32851<br>☐ Fox Hills SPE, LLC, 09-32853<br>☐ HFAH Monaco SPE, LLC, 09-32868<br>☐ Huntsville SPE, LLC, 09-32873<br>☐ Lake Helen Partners SPE, LLC, 09-32875<br>☐ Ocean Atlantic SPE, LLC, 09-32878<br>☐ Shamrock SPE, LLC, 09-32880<br>☐ 10-90 SPE, LLC, 09-32882 | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ<br><br>Chapter 7<br><br>**AMENDED[1] NOTICE OF WITHDRAWAL OF DONNA CANGELOSI PROOF OF CLAIM NO. 320-1 AGAINST THE ESTATE OF ASSET RESOLUTION LLC**<br><br>Date:<br>Time:<br>Ctrm:   RCJ – Courtroom TBD<br>            Lloyd D. George Courthouse<br>            333 Las Vegas Blvd. South<br>            Las Vegas, NV 89101<br><br>Judge: Hon. Robert C. Jones |

―――――――――――――
[1] Amended to add Exhibit 1.

1

#4931504v1

)
)

**PLEASE TAKE NOTICE** that Donna Cangelosi hereby withdraws her Proof of Claim No. 320-1 filed on December 13, 2012 against the estate of Asset Resolution, LLC. A copy of Proof of Claim No. 320-1 is attached as **Exhibit 1** hereto.

Dated:

By: *[signature]*
Donna Cangelosi

#4931504v1

**EXHIBIT "1"**

| UNITED STATES BANKRUPTCY COURT  DISTRICT OF NEVADA | | ADMINISTRATIVE PROOF OF CLAIM FORM |
|---|---|---|
| | | **Administrative Claim Request** |
| Name of Debtor Against Which Administrative Claim is Held<br>Asset Resolution, LLC Debtor | Case No. of Debtor<br>BK-S-09-32824-RCJ (Lead Case) | |
| NOTE: This Administrative Proof of Claim is to be used solely in connection with a request for payment of an Administrative Claim arising after commencement of these cases pursuant to 11 U.S.C. § 503. | | THIS SPACE IS FOR COURT USE ONLY. |
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Donna Cangelosi | | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Donna Cangelosi<br>5860 Lausanne Drive<br>Reno, NV 89511<br><br>Telephone number: 775 849-7869 | | **Court Claim Number:** _____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |
| IMPORTANT: Please list the name and address of any property related to your Administrative Claim (if applicable).<br>Property Name:_____<br>Property Address:_____ | | |
| 1. **Basis for Claim:** Services performed regarding Asset Resolution Proof of Claims<br>See instruction #1 on reverse side.) | | |
| 2. Last four digits of any number by which Creditor identifies Debtor:_____ | | |
| 3. **TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:**<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. | $ **26,818.75**<br>(Total) | |
| 2. **BRIEF DESCRIPTION OF ADMINISTRATIVE CLAIM (attach any additional information):** | | |
| 5. **Credits:** The amount of all payments on this Administrative Claim has been credited for the purpose of making this proof of claim.<br>6. **Supporting Documents:** Attach redacted copies of any documents that support the Administrative Claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*<br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br>If the documents are not available, please explain:<br>**DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your Administrative Proof of Claim, enclose a stamped, self-addressed envelope and copy of this Administrative Proof of Claim, or you may view your Administrative Claim information by visiting the website of the Claims Agent (www.kccllc.net/StationCasinos). | | THIS SPACE IS FOR COURT USE ONLY.<br><br>2013 DEC 3 AM 11:42<br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK<br>RECEIVED AND FILED |
| **IF ADMINISTRATIVE PROOF OF CLAIM IS SENT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER, SEND TO:**<br><br>Please see instructions on back of Administrative Proof of Claim | | |
| Date: 11/30/2013 | Signature: *[signed]* the person filing this Administrative Proof of Claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this Administrative Proof of Claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |
| *Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. | | |

The Administrative Proof of Claim is for services performed as a committee member of the Claims Recovery Trust on behalf of the Asset Resolution Estate (ARC) to reduce or eliminate Proof of Claims of debtor Asset Resolution, LLC - case number BK-S-09-32824-RCJ and related bankruptcies cases.

Services are billed at an hourly rate of $175.00 per hour for a total hours of 153.25 hours through October 31, 2013.

Services include:

- Determination and verification of all ARC (and related cases) Proof of Claims and status;
- Analysis of and classification of Proofs of Claim;
- Claimant's justification of Claim;
- Negotiations/Settlement discussions with Claimant for reduction/elimination of claim;
- Recommendations to attorneys for subsequent required filings regarding Proofs of Claim.

Exhibit A attached represents all Proof of Claims where work was performed or services were rendered.

Amore detailed billing summary which may contains sensitive litigation issues, inappropriate for this filing can be provided separately to the ARC Trustee upon his request.

**EXHIBIT A  ARC PROOF OF CLAIMS**

| NAME | Claim Register Number | Date Claim | Claim Amounts | Category | Category Description | NOTE | More Detail | Objection Filed? | Date Objection | Objecting Party | O bj | Status of Claim | Claim Amounts Not Yet Objected To |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ruden, McClosky, Smith, Schuster & Russell, P.A. | 1 | 1/13/2010 | $ 57,683.22 | 3 | Servicing | Legal Fees | workout/foreclosure - Palm Harbor One loan | Doc 1573 | 8/10/2011 | ARC Trustee | | Remains under review | $ - |
| Sutton Land Title Agency | 1B | 2/8/2010 | $ 33,158.20 | 4 | Property Specific | Title Costs | | Doc 1576 | 8/10/2011 | ARC Trustee | | No Response | $ - |
| Riemer & Braunstein LLP | 139 | 3/30/2010 | $ 5,002.22 | 3 | Servicing | Legal Fees | workout/foreclosure - Ocean Atlantic $9,425,000 loan | Doc 1542 | 6/16/2011 | ARC Trustee | | No Response | $ - |
| Ice Miller LLP | 185 | 5/27/2010 | $ 5,692.79 | 3 | Servicing | Legal Fees | workout/foreclosure - Binford Medical Developers loan | Doc 1579 | 8/10/2011 | ARC Trustee | | No Response | $ - |
| Jaffe Raitt Heuer & Weiss | 2 | 1/13/2010 | $ 10,133.70 | 3 | Servicing | Legal Fees | workout - Harbor Georgetown loan | Doc 1574 | 8/10/2011 | ARC Trustee | | Extension granted pending settlement negotiations | $ - |
| Andrew A. Walcher | 105 | 3/8/2010 | $ - | 1.5 | Direct Lender - Non-B&B Clients | TBD - FEB 2007 TORTS | filed by DL | NO | | | | | $ - |
| Robert W. Ulm Living Tr Dtd 4/11/05 | 109 | 3/10/2010 | $ 3,108.12 | 2.5 | Direct Lender - Non-B&B Clients | Gramercy | filed by DL | NO | | | | | $ 3,108.12 |
| Bullivan Houser Bailey PC | 129 | 3/22/2010 | $ 95,018.92 | 3 | Servicing | Legal Fees | Compass local counsel, also workout - Binford Medical | Doc 1541 | 6/16/2011 | ARC Trustee | | No Response | $ - |
| Robert W. Ulm IRA | 234 | 6/7/2010 | $ 360,000.00 | 2.5 | Direct Lender - Non-B&B Clients | Damages | filed by DL | NO | | | | | $ 360,000.00 |
| Robert W. Ulm IRA | 235 | 6/7/2010 | $ 125,000.00 | 2.5 | Direct Lender - Non-B&B Clients | Damages | filed by DL | NO | | | | | $ 125,000.00 |
| PEDRO & CAROL A. BARROSO | 298 | 5/10/2011 | $ 100,000.00 | 1 | Direct Lender - Non-B&B Clients | | filed by DL | Doc 1585 | 8/10/2011 | ARC Trustee | | | $ - |
| PEDRO & CAROL A. BARROSO | 299 | 5/23/2011 | $ 100,000.00 | 1 | Direct Lender - Non-B&B Clients | | filed by DL | Doc 1586 | 8/10/2011 | ARC Trustee | | | $ - |
| Isaak, Christopher R | 300 | 5/27/2011 | $ 660,000.00 | 1.5 | Direct Lender - Non-B&B Clients | | filed by DL | NO | | | | | $ 660,000.00 |
| The Garden City Group, Inc. | 179 | 5/21/2010 | $ 104,742.75 | 3 | Mailing / Reprographics | Legal Fees | | Doc 1545 | 6/16/2011 | ARC Trustee | | Extension granted pending settlement negotiations | $ - |
| LA COUNTY TREASURER | 282 | 10/22/2010 | $ 548,459.55 | 7 | Property-Specific Taxes | PROPERTY TAXES - CASTAIC | | NO | | | | | $ 548,459.55 |
| LA COUNTY TREASURER | 283 | 10/22/2010 | $ 93,313.92 | 7 | Property-Specific Taxes | PROPERTY TAXES - CASTAIC | | NO | | | | | $ 93,313.92 |
| LA COUNTY TREASURER | 301 | 12/12/2011 | $ 2,350,335.73 | 7 | Property-Specific Taxes | PROPERTY TAXES - CASTAIC | | NO | | | | | $ 2,350,335.73 |
| LA COUNTY TREASURER | 302 | 12/12/2011 | $ 427,875.44 | 7 | Property-Specific Taxes | PROPERTY TAXES - CASTAIC | | NO | | | | | $ 427,875.44 |
| Harris County, et al | 4-1 | 1/13/2010 | $ 2,649,535.19 | 7 | Property-Specific Taxes | Taxes | | NO | | | | | $ 2,649,535.19 |
| Harris County, et al | 4-2 | 4/26/2011 | $ 4,753.39 | 7 | Property-Specific Taxes | Taxes | amended claim | Doc 1680 | 1/27/2012 | Silar | | | $ - |
| USA Capital Diversified Trust Deed Fund, LLC | 206 | 6/7/2010 | $ 1,000,000.00 | 2.5 | Direct Lender - Non-B&B Clients | Damages | filed by DL | NO | | | | | $ - |
| Sheppard Mullin Richter & Hampton LLP | 207 | 6/7/2010 | $ 853,088.44 | 3.5 | Servicing | Legal Fees | workout/foreclosure - CA loans | NO | | | | | $ 853,088.44 |
| USACM Liquidating Trust | 144 | 4/13/2010 | $ - | 1 | Direct Lender - Non-B&B Clients | | filed by DL | Doc 1577 | 8/10/2011 | ARC Trustee | | Statement of Non-Opposition filed on | $ - |
| USACM Liquidating Trust | 145 | 4/13/2010 | $ - | 1 | Direct Lender - Non-B&B Clients | Duplicate of Claim 144 | filed by DL | Doc 1578 | 6/10/2011 | ARC Trustee | | Statement of Non-Opposition filed on 8/25/2011 - Doc 1595 | $ - |
| EPIQ Bankruptcy Solutions LLC | 221 | 6/8/2010 | $ 88,155.42 | 5.5 | Bankruptcy Administration | Claims Agent | | NO | | | | | $ 88,155.42 |
| TXU Energy | 3 | 1/13/2010 | $ 697.25 | B | Utilities | Utilities | | Doc 1575 | 8/10/2011 | ARC Trustee | | | $ - |
| Fiore & Hamburger | 14 | 2/8/2010 | $ 7,200.00 | 3 | Servicing | Legal Fees | workout/foreclosure - Amesbury/Hatters Point loan | Doc 1540 | 6/16/2011 | ARC Trustee | | Extension granted pending settlement negotiations | $ - |
| Barack Ferrazzano Kirschbaum & Nagelberg | 194 | 6/4/2010 | $ 3,704.50 | 4 | ARC Vendor | Legal Fees | | Doc 1546 | 6/16/2011 | ARC Trustee | | No Response | $ - |
| Sullivan & Worcester LLP | 199 | 6/4/2010 | $ 602,189.64 | 3 | Servicing | Legal Fees | workout/foreclosure - Palm Harbor One and | Doc 1547 | 6/16/2011 | ARC Trustee | | Extension granted pending settlement negotiations | $ - |
| Bialson, Berger & Schwab | 6 | 1/13/2010 | $ 1,493.50 | 4 | ARC Vendor | Legal Fees | | Doc 1539 | 6/16/2011 | ARC Trustee | | No Response | $ - |
| Jennings, Strouss & Salmon, P.L.C. | 80 | 2/19/2010 | $ 47,546.30 | 3.5 | Servicing | Legal Fees | workout/foreclosure - Cornman Toltec 160, LLC | NO | | | | | claim was filed against CFP Cornman Toltec SPE LLC | $ 47,546.30 |
| Akerman Senterfitt, LLP | 151 | 4/29/2010 | $ 25,000.00 | 4 | ARC Vendor | Legal Fees | | Doc 1543 | 6/16/2011 | ARC Trustee | | No Response | $ - |
| Weil Gotshal & Manges LLP | 170 | 5/14/2010 | $ 629,629.98 | 3 | Servicing | Legal Fees | workout/foreclosure - TX loans | Doc 1544 | 6/16/2011 | ARC Trustee | | Claim Withdrawn on 9/16/2011 - Doc 1610 | $ - |
| Milbank, Tweed, Hadley & McCloy LLP | 200 | 6/7/2010 | $ 648,518.02 | 3 | Servicing | Legal Fees | workout/foreclosure - various loans | Doc 1548 | 6/16/2011 | ARC Trustee | | Extension granted pending settlement negotiations | $ - |
| Sara Pfrommer | 204 | 6/7/2010 | $ 487,181.91 | 5 | Bankruptcy Administration | Fees as Chief Restructuring Officer | | Doc 1580 | 8/10/2011 | ARC Trustee | | Response Filed | $ - |
| Kolesar & Leatham, Chtd. | 208 | 6/7/2010 | $ 16,315.00 | 4 | ARC Vendor | Legal Fees | | Doc 1581 | 8/10/2011 | ARC Trustee | | No Response | $ - |
| US TRUSTEE | 281 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 284 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 285 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 286 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 287 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 288 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 289 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 290 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 291 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 292 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 293 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 294 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 295 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 296 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| US TRUSTEE | 297 | 10/25/2010 | $ 1,300.00 | 9 | UST Chapter 11 Fees | UST CHAPTER 11 FEES | | NO | | | | | $ 1,300.00 |
| Internal Revenue Service | 13-1 | 1/27/2010 | $ 149,900.04 | 6 | Income Taxes | Taxes | | NO | | | | | $ 149,900.04 |
| Internal Revenue Service | 13-2 | 2/10/2010 | $ 269,900.04 | 6 | Income Taxes | Taxes | | NO | | | | | $ 269,900.04 |
| Bryan Cave LLP | 210 | 6/7/2010 | $ 166,891.64 | 4 | ARC Vendor | Legal Fees | | Doc 1582 | 8/10/2011 | ARC Trustee | | Claim Withdrawn on 9/14/2011 - Doc 1606 | $ - |
| BRYAN CAVE | 280 | 7/8/2010 | $ 166,891.64 | 4 | ARC Vendor | Legal Fees | | Doc 1584 | 8/10/2011 | ARC Trustee | | Claim Withdrawn on 8/31/2011 - Doc 1597 | $ - |

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, CA SBN 90478 (*Pro Hac Vice*)
  Jonathan S. Dabbieri, CA SBN 91963 (*Pro Hac Vice*)
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone:     (702) 382-6440
Fax Number:   (702) 384-9102

Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>　　　　　Debtor.<br>_____<br>Affects:<br><br>☐ All Debtors<br>☒ Asset Resolution, LLC, 09-32824<br>☐ Bundy 2.5 Million SPE, LLC, 09-32831<br>☐ Bundy Five Million SPE, LLC, 09-32839<br>☐ CFP Anchor B SPE, LLC, 09-32843<br>☐ CFP Cornman Toltec SPE, LLC, 09-32844<br>☐ CFP Gess SPE LLC, 09-32846<br>☐ CFP Gramercy SPE, LLC, 09-32849<br>☐ Fiesta Stoneridge, LLC, 09-32851<br>☐ Fox Hills SPE, LLC, 09-32853<br>☐ HFAH Monaco SPE LLC, 09-32868<br>☐ Huntsville SPE LLC, 09-32873<br>☐ Lake Helen Partners SPE LLC, 09-32875<br>☐ Ocean Atlantic SPE LLC, 09-32878<br>☐ Shamrock SPE LLC, 09-32880<br>☐ 10-90 SPE, LLC, 09-32882<br>☐ Bundy Canyon Land Development, LLC, 13-13491 | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br><br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ;  BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ;  BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ;  BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ;  BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ;  BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ;  BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ;  BK-S-09-32882-RCJ<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>Judge: Hon. Robert C. Jones |

#5228144v1

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 600 B Street, Suite 1700, San Diego, California 92101. On May 9, 2022, I served the foregoing document(s), described as:

- **AMENDED NOTICE OF WITHDRAWAL OF DONNA CANGELOSI PROOF OF CLAIM 320-1 AGAINST THE ESTATE OF ASSET RESOLUTION LLC**

☒    by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒    **ECF SYSTEM** On May 9, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- MICHELLE L. ABRAMS    michelle@clearcounsel.com
- RYAN A. ANDERSEN    ryan@vegaslawfirm.legal, tatiana@vegaslawfirm.legal;charlai@vegaslawfirm.legal;melissa@vegaslawfirm.legal;ecf-df8b00a4597e@ecf.pacerpro.com;notices@nextchapterbk.com;valerie@vegaslawfirm.legal
- RALPH ASCHER    Ralphascher@aol.com
- JASON J. BACH    aloraditch@bachlawfirm.com;sandra.herbstreit@bachlawfirm.com
- TODD L. BICE    lit@pisanellibice.com, zs@pisanellibice.com
- JAMES M. BRAKO
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com
- MICHAEL J. BROCK    mbrock@maybrocklaw.com
- OGONNA M. BROWN    OBrown@lrrc.com, nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com
- LOUIS M BUBALA    lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com
- JANET L. CHUBB    lbubala@kcnvlaw.com, cbrimm@kcnvlaw.com
- DAVID A. COLVIN    dcolvin@lvpaiute.com
- TIMOTHY S. CORY    tcory@crdslaw.com, creade@crdslaw.com
- JONATHAN S. DABBIERI    dabbieri@sullivanhill.com, hill@sullivanhill.com;hawkins@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;dabbieri@ecf.inforuptcy.com
- CRAIG S. DUNLAP    cdunlap@cdunlaplaw.com, cdunlap7@gmail.com
- FORD ELSAESSER    ford@eaidaho.com
- EPIQ CORPORATE RESTRUCTURING, LLC (sg)    pacerteam@choosegcg.com, rjacobs@ecf.epiqsystems.com
- SEAN P FLANAGAN    sean@flanaganltd.com
- JOSEPH P. GARIN    snutt@lipsonneilson.com;kleaver@lipsonneilson.com;aochoa@lipsonneilson.com;jcerezo@lipsonneilson.com
- GREGORY E GARMAN    ggarman@gtg.legal, bknotices@gtg.legal
- DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM;kjohnson@gerrard-cox.com;emedellin@gerrard-cox.com, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-

#5228144v1

Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;gmilne@gerrard-cox.com

- TALITHA B. GRAY KOZLOWSKI     tgray@brg.legal, bknotices@gtg.legal
- JAMES D. GREENE     jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- DEBORAH M. GUTFELD     dgutfeld@perkinscoie.com, deborah-kennedy-8069@ecf.pacerpro.com
- MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, peterc@goldguylaw.com;jschneringer@goldguylaw.com;ljohns@goldguylaw.com;cdupont@goldguylaw.com;mariaa@goldguylaw.com;lauriea@goldguylaw.com
- DANIEL T HAYWARD     dhayward@laxalt-nomura.com, kmartin@laxalt-nomura.com
- KARA B. HENDRICKS     hendricksk@gtlaw.com, lvlitdock@gtlaw.com;flintza@gtlaw.com
- JEFFERY D. HERMANN     jhermann@orrick.com, gwilley@orrick.com
- JEFFERY D. HERMANN     jhermann@orrick.com, gwilley@orrick.com
- MICHAEL W. HILE     mhile@jacobsonhile.com
- JAMES P. HILL     hill@shlaw.com, hill@sullivanhill.com
- MELANIE A. HILL     Melanie@MelanieHillLaw.com, tdells@cox.net
- RICHARD F. HOLLEY     rholley@nevadafirm.com, oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com
- BRIAN E HOLTHUS     bankruptcy@juww.com, bankruptcy@juwlaw.com;mw@juwlaw.com
- BRIAN W. IRVIN     BRIAN.IRVIN@USDOJ.GOV, angelina.villalpando@usdoj.gov;dionne.white@usdoj.gov;maritess.recinto@usdoj.gov;maria.covarrubias@usdoj.gov;samira.tamules@usdoj.gov
- ALEX J. KACHMAR     joelsner@weintraub.com, bjennings@weintraub.com
- GAYLE A. KERN     gkern@lkglawfirm.com, gakltd@kernltd.com;kayarbe@lkglawfirm.com;skaradanis@lkglawfirm.com;clamia@lkglawfirm.com
- ROBERT R. KINAS     rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com;credd@swlaw.com
- DEAN T. KIRBY     dkirby@kirbymac.com, jwilson@kirbymac.com
- DEAN T. KIRBY     dkirby@kirbymac.com, jwilson@kirbymac.com
- TRACY L. KLESTADT     tklestadt@klestadt.com
- JOHN P. KREIS     jkreis@kreislaw.com
- BRYCE K KUNIMOTO     bkunimoto@hollandhart.com
- JOHN J. LAXAGUE     jlaxague@caneclark.com, joe@laxaguelaw.com
- NILE LEATHAM     nleatham@nevadafirm.com, nleatham@ecf.courtdrive.com;agandara@nevadafirm.com;apestonit@nevadafirm.com;mlangsner@nevadafirm.com;mvanheuvelen@nevadafirm.com;oswibies@nevadafirm.com
- JAMES J LEE     james@leelitigate.com
- LEE COUNTY TAX COLLECTOR (cs)     cathys@leetc.com
- WILLIAM A. LEONARD     Trustee@bktte.com, wal@trustesolutions.net
- ANNE M. LORADITCH     aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
- MONA LYMAN BURTON     monaburton@msn.com

#5228144v1

- FRANCIS B. MAJORIE    fbmajorie@themajoriefirm.com, ECFNoticesTheMajorieFirm@gmail.com
- PATRICIA A. MARR    patricia@marrlawlv.com
- SHAWN W MILLER    smiller@hainesandkrieger.com, dkrieger@kriegerlawgroup.com;graham@kriegerlawgroup.com
- ROBERT M MILLIMET    RRM@bickelbrewer.com
- ROYI MOAS    rmoas@wrslawyers.com, mshield@wrslawyers.com
- JOHN A MOE    john.moe@dentons.com
- BYRON Z. MOLDO    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,ssingh@ecjlaw.com
- STEPHEN MOLLATH    joan@prezantmollath.com
- ERVEN T. NELSON    ervnelson6@gmail.com
- VICTORIA L NELSON    vnelson@nelsonhoumand.com
- BOB L. OLSON    bolson@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;nkanute@swlaw.com;credd@swlaw.com
- RONAK N PATEL    DRESPARZA@RIVCO.ORG
- JEFFERY D PATTERSON    jdp@gooldpatterson.com
- JON T PEARSON    jpearson@gelaw.com
- J. STEPHEN PEEK    speek@hollandhart.com, vlarsen@hollandhart.com,krcole@hollandhart.com
- CRAIG E. POWER    cpower@cbylaw.com, msegura@cbylaw.com
- DENNIS M. PRINCE    dprince@thedplg.com, aebinger@thedplg.com
- LISA A RASMUSSEN    Lisa@Veldlaw.com, diana@veldlaw.com
- MICHAEL D. RAWLINS    mrawlins@smithshapiro.com, jbidwell@smithshapiro.com;acannon@smithshapiro.com
- CHRISTINE A ROBERTS    Christine@crobertslaw.net, lynn@crobertslaw.net
- KEVIN S. ROSEN    krosen@gibsondunn.com
- JOHN M. SAMBERG    jsamberg@wrslawyers.com, efilingjms@wrslawyers.com
- SEAN C. SOUTHARD    ssouthard@klestadt.com
- ELIZABETH E. STEPHENS    stephens@sullivanhill.com, hill@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.com
- BRADLEY J. STEVENS    bstevens@jsslaw.com, lbourland@jsslaw.com
- CINDY LEE STOCK    cindy@clstock.com
- ERIC W. SWANIS    swanise@gtlaw.com, lvlitdock@gtlaw.com
- AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
- U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
- MARTIN L. WELSH    mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com;nv.ecf@aislegaltrac.com
- PATRICIA WILSON HADFIELD    patriciah@bankruptcyLG.com, patricia@bankruptcylawyerredding.com;chadj@bankruptcylg.com;notices@nextchapterbk.com
- KATHERINE M. WINDLER    kwindler@verizon.net
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
- FRANK J. WRIGHT    ecfbankruptcy@fjwright.law, frank@fjwright.law;imelda@fjwright.law

#5228144v1

1  ☐ **UNITED STATES MAIL, postage fully prepaid**:

2  Hon. Robert C. Jones                United States Trustees Office
   United States District Court - Reno  300 Las Vegas Boulevard, S,
3  400 S. Virginia St.                  Room 4300                        Terrance, Polen, Trustee
   Reno, NV 89501                       Las Vegas, NV 89101              *Requested Email Service Only*
4                                       *On ECF/No Courtesy Copy Sent*

5

6  ☒ **BY DIRECT E-MAIL (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary.*) Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**\*\*SEE ATTACHED SERVICE LIST\*\***

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2022 at San Diego, California.

                                                     */s/ Linda Gubba-Reiner*
                                                     Linda Gubba-Reiner

#5228144v1

ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ

## SERVICE LIST VIA DIRECT EMAIL

| | |
|---|---|
| Tracy L. Klestadt<br>Sean C. Southard<br>Joseph C. Corneau<br>Ian R. Winters<br>Klestadt & Winters, LLP<br>570 Seventh Avenue, 17th Floor<br>New York, NY 10018<br>tklestadt@klestadt.com; ssouthard@klestadt.com<br>iwinters@klestadt.com ; jcorneau@klestadt.com<br>*General Counsel for Debtors*<br>**ECF** | Randolph L. Howard<br>Natalie Cox<br>KOLESAR & LEATHAM, CHTD<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br>rhoward@klnevada.com<br>*Local Counsel for Debtors*<br>**ECF**<br>**NOT SERVED (per Order on 7/9/2013)** |
| Katherine Windler<br>BRYAN CAVE, LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>katherine.windler@bryancave.com<br>*Special Counsel for Debtors*<br>**ECF**<br>**Undeliverable**<br>**(no forwarding address provided to Trustee)** | Henry P Baer<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022<br>henry.baer@lw.com<br>*Counsel for Epiq Bankruptcy Solutions*<br>**Undeliverable**<br>**(no forwarding address provided to Trustee)** |
| Francis B. Majorie<br>THE MAJORIE FIRM, LTD<br>3514 Cedar Springs Road<br>Dallas, TX 75219<br>fbmajorie@themajoriefirm.com<br>AGottlieb@themajoriefirm.com<br>*Counsel for Interested Party Silar Advisors, LP and Silar Special Opportunities Fund, LP*<br>**ECF** | Melanie A. Hill, Esq.<br>LAW OFFICE OF MELANIE HILL<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, Nevada 89148<br>Melanie@MelanieHillLaw.com<br>*Local Counsel for Silar Advisors, L.P. and Silar Special Opportunities Fund, L.P.*<br>**ECF** |
| William A. Brewer III<br>Luke McGrath<br>Alexander D. Widell<br>BICKEL & BREWER<br>767 Fifth Avenue, 50th Floor<br>New York, New York 101533<br>wab@bickelbrewer.com<br>*Counsel for Certain Direct Lenders*<br>**Request for Special Notice** | Robert M. Millimet<br>Michael J. Collins<br>BICKEL & BREWER<br>4800 Bank One Center<br>1717 Main Street<br>Dallas, Texas 75201<br>mjc@bickelbrewer.com<br>rrm@bickelbrewer.com<br>*Counsel for Certain Direct Lenders*<br>**Request for Special Notice & ECF** |

**ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ**

**SERVICE LIST VIA DIRECT EMAIL**

| | |
|---|---|
| Janet L. Chubb<br>Louis M. Bubala, III<br>KAEMPFER CROWEL<br>50 W. Liberty Street, Ste. 700<br>Reno, NV 89501<br>jchubb@kcnvlaw.com<br>lbubala@akcnvlaw.com<br>*Counsel for the Kehl Family*<br>*& Local Counsel for Certain Direct Lenders*<br>**Request for Special Notice & ECF** | Bradley J. Stevens<br>JENNINGS, STROUSS & SALMON, PLC<br>201 East Washington Street, 11 Floor<br>Phoenix, AZ 85004-2385<br>bstevens@jsslaw.com<br>*Counsel for Jennings, Strouss & Salmon*<br>**Request for Special Notice**<br>**Undeliverable**<br>*(no forwarding address provided to Trustee)* |
| Kirk Brett<br>DUVAL & STACHENFELD LLP<br>101 Park Avenue, 11th Floor<br>New York, NY 10178<br>kbrett@dsllp.com<br>*Counsel for Official Committee of Unsecured Creditors*<br>**Request for Special Notice** | James D. Greene<br>GREENE INFUSO, LLP<br>3960 Howard Hughes Pkwy., Ste. 700<br>Las Vegas, NV 89169<br>jgreene@greeneinfusolaw.com<br>*Local Counsel for Official Committee of Unsecured Creditors*<br>**ECF** |
| Anthony Vassallo<br>Tal Sapeika<br>Jeff Stein<br>THE GARDEN CITY GROUP, INC.<br>105 Maxess Rd.<br>Melville, NY 11747-3836<br>~~Angela.ferrante@gcginc.com~~<br>**Request for Special Notice**<br>**Undeliverable**<br>*(no forwarding address provided to Trustee)* | Robert W. Ulm<br>414 Morning Glory Road<br>St. Mary's, GA 31558<br>robert.w.ulm@gmail.com<br>**Request for Special Notice** |
| Craig E. Power<br>Lisa M. Norman<br>COKINOS, BOSIEN & YOUNG<br>Four Houston Center<br>1221 Lamar, 16th Floor<br>Houston, Texas 77010<br>cpower@cbylaw.com<br>*Counsel for G.T. Leach Builders, LLC*<br>**Request for Special Notice & ECF** | Jason Medley<br>Jason.Medley@leclairryan.com<br>*Local Counsel for G.T. Leach Builders, LLC*<br><br>*As of August 19, 2021*<br>**Jason.Medley@ClarkHillStrasburger.com** |
| Barry Glaser<br>STECKBAUER WEINHART LLP<br>333 S. Hope Street, 36th Floor<br>Los Angeles, California 90071<br>~~bglaser@swesq.com~~<br>*Counsel for County of Los Angeles Tax Collector*<br>**Request for Special Notice**<br>**Undeliverable**<br>*(no forwarding address provided to Trustee)* | Jeffrey D. Patterson<br>Kelly J. Brinkman<br>GOOLD PATTERSON ALES & DAY<br>1975 Village Center Circle, Suite 140<br>Las Vegas, NV 89134<br>jpatterson@gooldpatterson.com<br>kbrinkman@gooldpatterson.com<br>*Local Counsel for County of Los Angeles Tax Collector*<br>**Request for Special Notice & ECF** |

ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ

SERVICE LIST VIA DIRECT EMAIL

| | |
|---|---|
| Lisa A. Rasmussen<br>LAW OFFICE OF LISA RASMUSSEN, ESQ.<br>616 South 8th Street<br>Las Vegas, NV 89101<br>Lisa@LRasmussenLaw.com<br>*Counsel for Donna Cangelosi, et al.*<br>**Request for Special Notice & ECF** | Scott August<br>SIERRA LIQUIDITY FUND, LLC<br>2699 White Road, Ste. 255<br>Irvine, CA 92614<br>saugust@sierrafunds.com<br>**Request for Special Notice** |
| Gayle A. Kern<br>GAYLE A. KERN, LTD.<br>5421 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>gaylekern@kernltd.com<br>*Counsel for Sheppard, Mullin, Richter & Hampton*<br>**Request for Special Notice & ECF** | Victor Alan Perry<br>PERRY, SPANN & WESTBROOK, APC<br>1701 W. Charleston Blvd. Ste. 200<br>Las Vegas, NV 89102<br>~~vperry@perryspann.com~~<br>*Local Counsel for Michael Clevenger*<br>**Undeliverable**<br>**(no forwarding address provided to Trustee)** |
| Rob Charles<br>LEWIS AND ROCA LLP<br>One South Church Avenue, Suite 700<br>Tucson, Arizona 85701-1611<br>RCharles@LRLaw.com<br>*Counsel for USACM Liquidating Trust*<br>**Request for Special Notice & ECF** | John P Dillman<br>LINEBARGER GOGGAN BLAIR & SAMPSON<br>P.O. BOX 3064<br>Houston, TX 77253<br>Houston_bankruptcy@publicans.com<br>*Counsel for Harris County*<br>**Request for Special Notice** |
| Joshua I. Divack<br>HAHN & HESSEN LLP<br>488 Madison Avenue<br>New York, New York 10022<br>jdivack@hahnhessen.com<br>*Counsel for SMOF-A, LLC*<br>**Request for Special Notice** | Frank J. Wright<br>Wright Ginsberg Brusilow P.C.<br>14755 Preston Road, Suite 600<br>Dallas, TX 75254<br>bankruptcy@wgblawfirm.com<br>*Counsel for Hall Phoenix/Inwood Ltd. and Hall Financial Group, Ltd.*<br>**Request for Special Notice**<br>**Undeliverable**<br>**(no forwarding address provided to Trustee)** |
| Lorne R. Polger<br>lploger@pathfinderfunds.com<br>*Counsel for CCM Pathfinder Gramercy, LLC* | Robert Leeds<br>Rleeds@silarcapital.com<br>Donna Cangelosi<br>dcangelosi@gmail.com<br>Gordon Miller<br>gimtwo@comcast.net |

ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ

SERVICE LIST VIA DIRECT EMAIL

| | |
|---|---|
| Victor Vilaplana<br>Matthew J. Riopelle<br>FOLEY & LARDNER<br>402 W. Broadway, Suite 2100<br>San Diego, CA 92101<br>vavilaplana@foley.com<br>*Counsel for CCM Pathfinder Pompano Bay*<br>**Request for Special Notice** | Victoria L. Nelson, Esq.<br>SANTORO, DRIGGS, WALCH,<br>KEARNEY, HOLLEY & THOMPSON<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>vnelson@nelsonhoumand.com<br>*Local Counsel for CCM Pathfinder Pompano Bay*<br>**ECF** |
| Timothy W. Walsh<br>Jason Karaffa<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>~~Thomas.Califano@dlapiper.com~~<br>Craig.Martin@dlapiper.com.<br>*Counsel for Klestadt & Winters, LLP and Tracy L. Klestadt*<br>**Request for Special Notice & ECF**<br>**Undeliverable**<br>*(no forwarding address provided to Trustee)* | Timothy S. Cory<br>Law Offices of Timothy S. Cory & Associates<br>8831 W. Sahara Avenue<br>Las Vegas, NV 89102<br>tim.cory@corylaw.us<br>*Local Counsel for Klestadt & Winters, LLP and Tracy L. Klestadt*<br>**ECF**<br>**Undeliverable**<br>*(no forwarding address provided to Trustee)* |
| Dean T. Kirby, Jr.<br>KIRBY & MCGUINN<br>600 B Street, Suite 1950<br>San Diego, CA 92101<br>dkirby@kirbymac.com<br>*Counsel for Debt Acquisition Company of America, LLC*<br>**ECF** | Eric Swanis<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169<br>swanise@gtlaw.com<br>*Interested Party*<br>**ECF** |
| J. Stephen Peek<br>Bryce K. Kunimoto<br>Lars K. Evensen<br>HOLLAND & HART LLP<br>3800 Howard Hughes Parkway, 10th Floor<br>Las Vegas, Nevada 89169<br>speek@hollandhart.com<br>bkunimoto@hollandhart.com<br>lkevensen@hollandhart.com<br>*Counsel for Bryan Cave LLC and Katherine Windler*<br>**Request for Special Notice & ECF** | Michael R. Bakst<br>Marla B. Neufeld<br>RUDEN MCCLOSKY, P.A.<br>222 Lakeview Avenue, Suite 800<br>West Palm Beach, FL 33401<br>michael.bakst@ruden.com<br>marla.neufeld@ruden.com<br>**Request for Special Notice** |

ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ

SERVICE LIST VIA DIRECT EMAIL

Jeffrey R. Sylvester
SYLVESTER & POLEDNAK
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
jeff@sylvesterpolednak.com
*Local Counsel for Sullivan & Worcester, LLP*

Dean C. Waldt
BALLARD SPAHR LLP
Plaza 1000 - Suite 500 Main Street
Voorhees, NJ 08043-4636
waldtd@ballardspahr.com
*Counsel for Carallas Holdings, Inc.*
**Request for Special Notice**

David A. Barksdale
Jon Pearson
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, NY 89106-4617
barksdaled@ballardspahr.com
pearsonj@ballardspahr.com
*Local Counsel for Carallas Holdings, Inc.*
**Request for Special Notice**

Ryan J. Works, Esq.
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
~~kthomas@mcdonaldcarano.com~~
*Counsel for Alliance Realty Partners, LLC
AND
Counsel for Defendants Parke S. Teal,
Richard K. Basso, and Mark Collins in Adversary
Case No. 11-01080-RCJ*
**ECF & Request for Special Notice**
*Undeliverable
(no forwarding address provided to Trustee)*

~~Liane K. Wakayama, Esq.~~
MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
Email: info@maclaw.com
*Counsel for Tom Grimmett, as Receiver in Related U.S.
District Court Case*
**Request for Special Notice**

Richard C. Greenberg
Michael J. Weinberger
GREENBERG, WHITCOMBE & TAKEUCHI, LLP
21515 Hawthorne Blvd., Ste.450
Torrance, CA 90503
rgreenberg@gwtllp.com
mweinberger@gwtllp.com
*Counsel for Commercial Mortgage Managers, Inc.*

ASSET RESOLUTION, LLC, et al., Lead Case No. 09-32824-RCJ

SERVICE LIST VIA DIRECT EMAIL

| | |
|---|---|
| McAlan Duncan<br>Cory Emerson<br>CROSS FLS<br>16475 North Dallas, Parkway, Suite 550<br>Addison, TX 75001<br>mduncan@crossfls.com<br>cemerson@crossfls.com | Robert R. Kinas<br>Claire Y. Dossier<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>rkinas@swlaw.com<br>*Counsel for USA Capital Diversified Trust Deed Fund, LLC* |
| Jeffery D. Hermann<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497<br>jhermann@orrick.com<br>*Counsel for USA Capital Diversified Trust Deed Fund, LLC* | Julie E. Oelsner, Esq.<br>400 Capitol Mall, 11th Floor<br>Sacramento, CA 95814<br>joelsner@weintraub.com<br>*Counsel for Michael Clevenger* |
| Terrance Polen, Trustee<br>3502 S. Morgan Street<br>Seattle, WA 98118<br>tjpolen@gmail.com<br>*Trustee for the Pole Family Trust*<br>**Removed from mail service as requested by email dated April 1, 2020** | |