NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

ASSET RESOLUTION LLC

Debtor(s)

BK−09−32824−rcj
CHAPTER 7

ORDER GRANTING
APPLICATION FOR
PAYMENT OF UNCLAIMED FUNDS

On 05/04/2020, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$1426.69 is declared due to:
DILKS & KNOPIK, LLC. AS ASSIGNED BY GERALD A. SHERWIN

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
DILKS & KNOPIK, LLC.
35308 SE CENTER ST.
SNOQUALMIE, WA 98065

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

IT IS SO ORDERED.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED: May 31, 2022.

###