NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–09–32824–rcj<br>CHAPTER 7 |
| ASSET RESOLUTION LLC | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *3820* – Emergency Motion To Stay EX PARTE EMERGENCY MOTION FOR A DETERMINATION THAT THE AUTOMATIC STAY APPLIES OR TEMPORARY RESTRAINING ORDER TO DELAY DISTRIBUTION OF PROCEEDS BY CLARK COUNTY, NEVADA Filed by LOUIS M BUBALA III on behalf of B&B DL SETTLING CLIENTS (Attachments: # 1 Exhibit 1–11)(BUBALA, LOUIS)<br><br>*3821* – Declaration Of: WILLIAM A. LEONARD JR. Filed by LOUIS M BUBALA III on behalf of B&B DL SETTLING CLIENTS (Related document(s)3820 Motion To Stay filed by Creditor B&B DL SETTLING CLIENTS) (BUBALA, LOUIS)<br><br>*3822* – Declaration Of: DONNA CANGELOSI Filed by LOUIS M BUBALA III on behalf of B&B DL SETTLING CLIENTS (Related document(s)3820 Motion To Stay filed by Creditor B&B DL SETTLING CLIENTS) (BUBALA, LOUIS)<br><br>*3823* – Declaration Of: LOUIS M. BUBALA III Filed by LOUIS M BUBALA III on behalf of B&B DL SETTLING CLIENTS (Related document(s)3820 Motion To Stay filed by Creditor B&B DL SETTLING CLIENTS) (BUBALA, LOUIS)<br><br>*3824* – Supplemental Declaration Of: LOUIS M. BUBALA III REGARDING NOTICE OF MOTION Filed by LOUIS M BUBALA III on behalf of B&B DL SETTLING CLIENTS (Related document(s)3820 Motion To Stay filed by Creditor B&B DL SETTLING CLIENTS) (BUBALA, LOUIS) |
| Filed On: | 5/27/22 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)
    * The Case Caption does not match the docket sheet exactly. The case caption must include all parties including terminated parties.

Dated: 5/31/22

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**